**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED

12/29/2021 AK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| JERICO MATIAS CRUZ | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| v. | ) | |
| | ) | |
| STARBUCKS CORPORATION, | ) | 1:21-cv-06916 |
| ALYSSA TRIPPIEDI, | ) | Judge Mary M. Rowland |
| CITY OF CHICAGO, | ) | Magistrate Judge Sunil R. Harjani |
| KRZYSZTOF ZAGOZDON, | ) | |
| UMER KHAN, | ) | |
| PATRICK G. EBERLIN, | ) | |
| SARGON OSHANA, | ) | |
| IRFAN IBRAHIMOVIC, | ) | |
| JEAN-PIERRE MAHE, | ) | |
| NANCY RIVERA, | ) | |
| RAFAEL MEDINA, | ) | |
| TIMOTHY BERAN, | ) | |
| DAVID WU, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| JERICO MATIAS CRUZ | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| v. | ) | |
| | ) | |
| STARBUCKS CORPORATION, | ) | |
| ALYSSA TRIPPIEDI, | ) | |
| CITY OF CHICAGO, | ) | |
| KRZYSZTOF ZAGOZDON, | ) | |
| UMER KHAN, | ) | |
| PATRICK G. EBERLIN, | ) | |
| SARGON OSHANA, | ) | |
| IRFAN IBRAHIMOVIC, | ) | |
| JEAN-PIERRE MAHE, | ) | |
| NANCY RIVERA, | ) | |
| RAFAEL MEDINA, | ) | |
| TIMOTHY BERAN, | ) | |
| DAVID WU, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## COMPLAINT

NOW COMES *pro se* Plaintiff Jerico Matias Cruz, ("Cruz") files an federal civil rights lawsuit against Defendants Starbucks Corporation, *et al.,* as protected by the U.S. Constitution and laws pursuant to Fed. R. Civ. P. 8(a) and (10), 42 U.S. Code Sections 1983, 1985(3), and 1986, 42 U.S. Code Section 2000(a), (b)(2), and (e), and Federal District Court's Jurisdiction and Venue, 28 U.S. Code Sections 723(b), 723(c), 1343, 1367, and 2072 and in support thereof, states as follows:

## INTRODUCTION

1. *Pro Se* Plaintiff Jerico Matias Cruz currently lives at 5135 N Keating Ave, Chicago, Illinois 60630.

2. Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413, is currently located at 4715 W Foster Ave, Chicago, Illinois 60630; Defendant Alyssa Trippiedi is working for Starbucks Coffee#58413, which is currently located at 4715 W Foster Ave, Chicago, Illinois 60630; Defendant City of Chicago Department of Police, also known as Chicago Police Department ("CPD"), is currently located at 3510 S Michigan Ave, Chicago, Illinois 60653;

Defendant Krzysztof Zagozdon is working for 17th District CPD, which is currently located at 4650 N Pulaski Rd, Chicago, Illinois 60630; Defendant Umer Khan is working for 17th District CPD, which is currently located at 4650 N Pulaski Rd, Chicago, Illinois 60630; Defendant Patrick G. Eberlin is working for 17th District CPD, which is currently located at 4650 N Pulaski Rd, Chicago, Illinois 60630; Defendant Sargon Oshana is working for 17th District CPD, which is currently located at 4650 N Pulaski Rd, Chicago, Illinois 60630; Defendant Irfan Ibrahimovic is working for 17th District CPD, which is currently located at 4650 N Pulaski Rd, Chicago, Illinois 60630; Defendant Jean-Pierre Mahe is working for 17th District CPD, which is currently located at 4650 N Pulaski Rd, Chicago, Illinois 60630; Defendant Nancy Rivera is working for 17th District CPD, which is currently located at 4650 N Pulaski Rd, Chicago, Illinois 60630; Defendant Rafael Medina is working for 17th District CPD, which is currently located at 4650 N Pulaski Rd, Chicago, Illinois 60630; Defendant Timothy Beran is working for 17th District CPD, which is currently located at 4650 N Pulaski Rd, Chicago, Illinois 60630; and Defendant David Wu is working for 17th District CPD, which is currently located at 4650 N Pulaski Rd, Chicago, Illinois 60630.

3. On or about June 13, 2021 at approximately 7:00 PM, *pro se* Plaintiff was illegally removed, publicly humiliated, publicly denied with public accommodation, and falsely accused for criminal trespass to real property by Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413 and Defendant Alyssa Trippiedi even though *pro se* Plaintiff was a Starbucks Reward Account holder and a customer during the alleged incident.

4. On or about June 13 at approximately 7:45 PM, 2021, Defendants City of Chicago Department of Police, 17th District, Krzysztof Zagozdon, Umer Khan, Patrick G. Eberlin, Sargon Oshana, Irfan Ibrahimovic, Jean-Pierre Mahe, and Nancy Rivera falsely arrested and charged *pro se* Plaintiff for criminal trespass to real property in the parking lot of The Jaffe Companies or outside the premises of Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413. Defendant Rafael Medina knowingly, unlawfully, intentionally, and negligently approved the original case incident report or R.D. No. JE264805.

5. On or about June 14, 2021 at approximately 1:00 PM, *pro se* Plaintiff filed an original case incident report about his missing credit card, Capital One Platinum Mastercard, to City of Chicago Department of Police, 17th District's administrative clerk, an African-American woman, while my CPD Personal Property Invoice Numbers 14924662 and 14924663 were under the custody of 17th District CPD and my small red-bag was under the custody of 16th District CPD. This original case incident report generated an R.D. No. JE265043, which was connected to public accommodation violation by Starbucks employees on or about June 13, 2021. Defendant Timothy Beran knowingly, unlawfully, intentionally, and negligently approved the original case incident report or R.D. No. JE265043.

6. Defendant David Wu was a lieutenant of the City of Chicago Department of Police, 17th District, during my custody with 17th District CPD's Group A Holding Room. Further, Defendant David Wu monitored my temporary detention at 17th District CPD and when I personally inventoried my personally property prior to filing a police report. Defendant David Wu was one of the signatories of my personal properties.

**BACKGROUND**

3

7.  On or about June 13, 2021, *pro se* Plaintiff was a 33-year-old, a single Asian-American male of Filipino American descent. *Pro Se* Plaintiff was born in Pampanga, Philippines and raised in Chicago, Cook County, Illinois 60630.[1] *Pro Se* Plaintiff is an alumni of Chicago Public Schools, both middle school and high school. In 2001, *pro se* Plaintiff studied and completed middle school at Lyman A. Budlong Elementary School.[2] In 2005, *pro se* Plaintiff studied and completed high school diploma at Roald Amundsen High School.[3] In 2006, *pro se* Plaintiff enlisted and completed United States (U.S.) Army Basic Training and his first military occupational specialty, Motor Transport Operator, at the U.S. Army Transportation School in Fort Leonard Wood, Missouri.[4] In 2009, *pro se* Plaintiff completed Bachelors of Art ("BA") in Economics at the Northeastern Illinois University ("NEIU");[5] at the same year, *pro se* Plaintiff also completed *pro se* Plaintiff's second military occupational specialty ("MOS"), Psychological Operations Specialist, at the U.S. Army John F. Kennedy Special Warfare Center and School.[6] In 2011, *pro se* Plaintiff fulfilled and completed all Master's degree requirements between Fall 2010 and Summer 2011 for Master of Science in Policy Economics at the University of Illinois at Urbana-Champaign ("UIUC").[7]

8.  *Pro Se* Plaintiff has no history of criminal record for the past 19 years.[8] *Pro Se* Plaintiff served in the United States Army ("USA"), United States Army Reserve ("USAR") and Illinois Army National Guard ("ILARNG") between March 2006 and February 2017. As a service member of the United States, ("U.S."), *pro se* Plaintiff has no crime records and investigative files with USA between March 2006 and February 2017. *Pro Se* Plaintiff is not in the FBI's most wanted watch list, and has no crime records and investigative files between 2001 and 2017. *Pro Se* Plaintiff has no crime records and investigative files with U.S. Drug Enforcement Administration ("DEA") between 2001 and 2017. *Pro Se* Plaintiff has no crime records and investigative files with U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") between 2001 and 2017. Plaintiff has no crime records and investigative files with U.S. Secret Service ("Secret Service") between 2001 and 2017. *Pro Se* Plaintiff has no crime records and investigative files with U.S. Marshals Service ("USMS") between 2001 and 2017. *Pro Se* Plaintiff has no crime records and investigative files with State of Illinois Department of State Police, also known as Illinois State Police ("ISP") between 2001 and 2017. *Pro Se* Plaintiff has no crime records and investigative files with Cook County Sheriff's Office ("CCSO") between 2001 and 2017. *Pro Se* Plaintiff has no arrest records and investigative files with Defendant City of Chicago Department of Police between 2001 and 2017.

9.  In 2018, *pro se* Plaintiff clears three criminal background checks from three different employers[9]. Board of Education of the City of Chicago, also known as Chicago Board of

---

[1]  *See* Exhibit G: Review *pro se* Plaintiff's U.S. Passport, Illinois Driver's License and Schools' transcripts and schedules; Please visit *pro se* Plaintiff's Linkedin profile: https://www.linkedin.com/in/jeric0mcruz; and personal website: https://jeric0mcruz.wordpress.com.

[2]  *See* Exhibit G: Review *pro se* Plaintiff's Lyman A. Budlong Elementary School registration card.

[3]  *See* Exhibit G: Review *pro se* Plaintiff's Roald Amundsen High School transcript.

[4]  *See* Exhibit G: Review *pro se* Plaintiff's military record.

[5]  *See* Exhibit G: Review *pro se* Plaintiff's NEIU transcript.

[6]  *See* Exhibit G: Review *pro se* Plaintiff's military record.

[7]  *See* Exhibit G: Review *pro se* Plaintiff's UIUC schedule.

[8]  *See* Exhibits E and F: *Pro Se* Plaintiff's federal and state criminal investigative files and records.

[9]  *See* Exhibit G: *Pro Se* Plaintiff's ISP and FBI Criminal Background Checks: CPS, UGE, and CPD.

Education ("CBOE") and Chicago Public Schools ("CPS") conducts a comprehensive ISP and FBI Criminal Background Check; and Mercy Medical Group's ("MMG") drug test with a legal consent from *pro se* Plaintiff. United Ground Express, Inc. ("UGE"), a subsidiary company of United, collaboratively work with U.S. Department of Homeland Security ("DHS") to fingerprint *pro se* Plaintiff to clear an identification card from Chicago O'Hare International Airport ("ORD") to pass the secured area. Defendant City of Chicago Department of Police Headquarters Personnel conduct a comprehensive ISP and FBI Criminal Background Check, and Forensic Hair Drug Analysis and Urinalysis on-site during the pre-employment process. On or about July and August 2018, Kentech Consulting, Inc. conducts another *pro se* Plaintiff's comprehensive criminal background check with fabricated written narrative, results, and executive summary, including falsely alarming the entire staff of Kentech Consulting, Inc. of *pro se* Plaintiff's behaviors based entirely on false perception from a phone conversation.[10] Theodore Polygraph Service, Inc. also falsifies the written narrative of the polygraph examination report submitted to Defendant 1 in which *pro se* Plaintiff did not take polygraph examination at all. Kentech Consulting, Inc. and Theodore Polygraph Service, Inc. are third-party and local government contractors of the City of Chicago.

10. On or about April 2020, *pro se* Plaintiff applies for *Permanent Employee Registration Card[11]* ("PERC") from the State of Illinois Department of Financial and Professional Regulation ("IDFPR"). Accurate Biometrics, Inc. ("Accurate Biometrics") is a third-party vendor that provides fingerprint service to potential employees of private companies and public organizations. Accurate Biometrics has fingerprinted *pro se* Plaintiff to conduct ISP and FBI comprehensive Criminal Background Check on behalf of State of Illinois Department of Financial and Professional Regulation ("IDFPR"). *Pro Se* Plaintiff submits a complete PERC application and pays $55.00 plus tax to IDFPR to process *pro se* Plaintiff's PERC application. IDFPR receives and processes *pro se* Plaintiff's PERC application and eventually issues *pro se* Plaintiff's PERC license no. 129449018.

11. On or about September 1, 2020, *pro se* Plaintiff appeared at the Circuit Court of Cook County, Illinois First Municipal District Branch 23 Room no. 2. The Circuit Court of Cook County's Deputy Sheriff informs *pro se* Plaintiff about the current situation of Circuit Court of Cook County of First Municipal District Branch 23 Room no. 2 due to COVID-19 Pandemic, and so, the Judge and courtroom's activities are conducted via Zoom meeting. The Deputy Sheriff shows the displayed notice posted in the glass wall of the Circuit Court of Cook County. The Circuit Court of Cook County of First Municipal District Branch 23 Room no. 2 dismisses *pro se* Plaintiff's criminal misdemeanor case. *Pro Se* Plaintiff returns to Circuit Court of Cook County of First Municipal District Branch 23 Room no. 2 the following day to pick up *pro se* Plaintiff's disposition. The disposition indicates *pro se* Plaintiff's criminal misdemeanor case is dismissed, or *pro se* Plaintiff's criminal charges are *stricken off – leave to reinstate[12]*, without a criminal conviction. This disposition belongs to Defendant City of Chicago Department of Police, 16th District CPD peace officers who respond to 9-11 call on Wednesday, August 5, 2020 at the Jefferson Park Branch Library and then unlawfully arrest and falsely imprison *pro se* Plaintiff between four and five hours due to COVID-19 Pandemic.

---

[10]*See Jerico Matias Cruz v. City of Chicago Department of Police,* 2019CH12268; *Jerico Matias Cruz v. City of Chicago Department of Police et al., et al.,* 2020L062054; *Jerico Matias Cruz v. City of Chicago et al, et al.* 1:20-cv-01783.
[11]See Exhibit A: *Pro Se* Plaintiff's PERC License and ISP and FBI Criminal Background Check.
[12]*See* Exhibit C: 16th District CPD Disposition.

12. On or about October 15, 2020, *pro se* Plaintiff files a petition to expunge and impound criminal records. On or about March 31, 2021, *pro se* Plaintiff's petition to expunge and impound criminal records is granted. *Pro Se* Plaintiff's *Order to Expunge and Impound Criminal Records*[13] states the following: (1) "The above Arresting Agency and the Chicago Police Department shall expunge the arrest(s) from its records, if any, within sixty (60) days of the date of service of this order. It is further directed that the Arresting Agency shall request the return of all identification materials from any other repositories and custodians of statistics that were previously notified of this arrest(s) by the Arresting Agency;" (2) "The Circuit Court Clerk shall impound the record of this arrest until further order of the court upon good cause shown and shall obliterate the name of the Petitioner on the official index;" (3) "The Illinois State Police, Bureau of Identification, shall expunge (or impound, if required by law) their files of the record of this arrest(s) within sixty (60) days of the date of service of this order;" (4) "This order shall not become effective until thirty (30) days after entry;" and (5) "In accordance with the law of protection, civil no contact orders, civil no contact stalking orders and minor traffic orders shall not be expunged and impounded."

13. On or about June 13, 2021 at 4:39 PM, *pro se* Plaintiff enters to Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413's premise or in-store to pickup *pro se* Plaintiff's grande Starbucks cold brew coffee, which costs $4.37, including Illinois sales tax, while using *pro se* Plaintiff's Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413 rewards account online and picking up his purchased item in-store.[14] *Pro Se* Plaintiff asks one of the employees of Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413, who calls herself the supervisor, Defendant Alyssa Trippiedi, for help purchasing using *pro se* Plaintiff's Starbucks rewards account online because *pro se* Plaintiff is unable to see or locate the purchased item online in contrast to the drink, Freshly Brewed Coffee, which costs approximately $2.95 plus Illinois sales tax. While *pro se* Plaintiff is in-store, *pro se* Plaintiff is using *pro se* Plaintiff's laptop to connect to Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413's public WiFi network in-store, while Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413's radio is turned on and the sound of the radio is somewhat louder than usual. *Pro Se* Plaintiff is also talking to somebody on *pro se Plaintiff*'s personal phone, a smartphone, while sipping or drinking *pro se* Plaintiff's Starbucks purchased item from the store and using Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413's public WiFi network. One of the employees asks *pro se* Plaintiff if *pro se* Plaintiff is okay while *pro se* Plaintiff is using *pro se* Plaintiff's smartphone inside the store, while *pro se* Plaintiff is talking to somebody, and while Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413's radio is turned on and louder than usual. *Pro Se* Plaintiff replies, "Yes, I am okay," and also gives Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413's employee a thumb's up. Defendant Alyssa Trippiedi tells *pro se* Plaintiff to go outside the Starbucks, specifically in the patio area where *pro se* Plaintiff can sit on one of the tables outside and scolds *pro se* Plaintiff, "You are making too much noise inside the store."

14. *Pro Se* Plaintiff looks around and check if there is a customer other than himself. *Pro Se* Plaintiff sees nobody inside the store during that time. *Pro Se* Plaintiff replies, "No, I am

---

13      *See* Exhibit D: *Pro Se* Plaintiff's Expungement Records.
14      *See* Exhibit I: *Pro Se* Plaintiff's Starbucks Membership and Purchase History.

staying inside. I am not making any noise." The supervisor, Defendant Alyssa Trippiedi, only wants *pro se* Plaintiff to stay outside Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413's premise and not leave the vicinity of Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413, while *pro se* Plaintiff is on *pro se* Plaintiff's phone. *Pro Se* Plaintiff does not know why there is a 9-11 call for this unlawful arrest committed by Defendant City of Chicago Department of Police, 17th District CPD peace officers: Defendants Krzysztof Zagozdon, Umer Khan, Patrick G. Eberlin, Sargon Oshana, Irfan Ibrahimovic, Jean-Pierre Mahe, and Nancy Rivera. Defendants Krzysztof Zagozdon and Umer Khan respond to 9-11 call made from 4715 W Foster Ave, Chicago, Illinois 60630. Defendants Krzysztof Zagozdon and Umer Khan ask *pro se* Plaintiff to leave the vicinity of Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413, while *pro se* Plaintiff is inside the Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413's premise. Defendants Krzysztof Zagozdon and Umer Khan accuse *pro se* Plaintiff of criminal trespassing, while *pro se* Plaintiff is a legitimate customer of Defendant Starbucks Corppration, doing business as Starbucks Coffee#58413. Defendant Alyssa Trippiedi fails to follow the store policy and *pro se* Plaintiff feels that he is being discriminated as a customer and as a Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413 rewards account holder. Defendants Krzysztof Zagozdon and Umer Khan accuses *pro se* Plaintiff of criminal trespassing while *pro se* Plaintiff is not violating any store policy, Chicago Municipal Code, Illinois Criminal Statutes, and Federal Criminal Statutes.[15]

15. The exchange of statements continue about the Illinois laws, specifically Illinois criminal laws, between *pro se* Plaintiff and Defendants Krzysztof Zagozdon and Umer Khan about the Illinois criminal laws that Defendants Krzysztof Zagozdon and Umer Khan are trying to enforce, while they are normally performing their patrol duty during their watch inside their beat or their specific jurisdiction. When *pro se* Plaintiff decides to go outside the Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413, Defendant Alyssa Trippiedi tells *pro se* Plaintiff earlier that to stay in the patio area, but Defendants Krzysztof Zagozdon and Umer Khan tell *pro se* Plaintiff to leave the vicinity of Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413. *Pro Se* Plaintiff asks Defendants Krzysztof Zagozdon and Umer Khan to call Defendant Alyssa Trippiedi to confirm her statement about the accusation of criminal trespassing. *Pro Se* Plaintiff asks the supervisor, "Did you tell me to go outside the Starbucks?" Defendant Alyssa Trippiedi says, "Yes." When *pro se* Plaintiff is done asking question(s), *pro se* Plaintiff decides to leave when Defendants Patrick G. Eberlin, Sargon Oshana, Irfan Ibrahimovic, Jean-Pierre Mahe, and Nancy Rivera, arrive on the scene. *Pro Se* Plaintiff asks Defendant Patrick G. Eberlin, the supervisor on the scene, about the laws that they are trying to enforce. When *pro se* Plaintiff is trying to take a video and is trying to get their names, Defendants Krzysztof Zagozdon, Umer Khan, Patrick G. Eberlin, Sargon Oshana, Irfan Ibrahimovic, Jean-Pierre Mahe, and Nancy Rivera unlawfully arrest *pro se* Plaintiff in the parking lot of Eden Collections managed by The Jaffe Companies. Defendants Krzysztof Zagozdon, Umer Khan, Patrick G. Eberlin, Sargon Oshana, Irfan Ibrahimovic, Jean-Pierre Mahe, and Nancy Rivera charges *pro se* Plaintiff of criminal trespass to real property without a probable cause, while *pro se* Plaintiff is asking for their names, so that *pro se* Plaintiff can file complaint to Civilian Office of Police Accountability ("COPA") of the unlawful arrest and falsification of criminal charges.

---

[15]*See* Exhibit M: Review 17th District CPD peace officers' bodycam footages requested via Illinois Freedom of Information Act.

16. On or about June 13, 2021, Defendants City of Chicago Department of Police, 17th District, Krzysztof Zagozdon, Umer Khan, Patrick G. Eberlin, Sargon Oshana, Irfan Ibrahimovic, Jean-Pierre Mahe, and Nancy Rivera unlawfully arrest *pro se* Plaintiff outside Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413. When *pro se* Plaintiff is detained inside Group A Holding Room, Defendants Krzysztof Zagozdon and Umer Khan perform an inventory of *pro se* Plaintiff's personal belongings using the Form CPD-34.523 (REV. 10/09) with Invoice No. 14924662 and PKG No. 5679427 and Invoice No. 14924663 and PKG No. 5679429.[16] On or about June 13-14, 2021, *pro se* Plaintiff's personal belongings stay in Defendant City of Chicago Department of Police, 17th District's custody between 7:45 PM and 1:30 AM. Although Defendants Krzysztof Zagozdon and Umer Khan transfer *pro se* Plaintiff to Defendant City of Chicago Department of Police, 16th District, for fingerprinting and photographing, *pro se* Plaintiff's (1) U.S. Army desert belt, (2) U.S. Army Combat boots laces, (3) IL Driver's License Card, (4) personal card and $20.00 in the bag, (5) U.S. Army Cold Weather Jacket, and (6) SUV/Car Key go/follow/transfer with *pro se* Plaintiff to Defendant City of Chicago Department of Police, 16th District's custody. Defendants Krzysztof Zagozdon and Umer Khan tell *pro se* Plaintiff to go back to Defendant City of Chicago Department of Police, 17th District, to pick up *pro se* Plaintiff's personal belongings. Defendant City of Chicago Department of Police's 17th District and 16th District personnel search *pro se* Plaintiff and inventory whatever personal belongings that *pro se* Plaintiff has during *pro se* Plaintiff's detention, while *pro se* Plaintiff is under their custody.

17. When Defendant City of Chicago Department of Police, 16th District's detention aide releases *pro se* Plaintiff from their custody, detention aide returns *pro se* Plaintiff's six (6) personal belongings. Ofc. [name not clearly stated on I-Bond no. I8759320] with Star no. 1651 prepares the I-Bond for *pro se* Plaintiff to sign. Defendant 1, Ofc. (Unknown) with Star no. 1651 has to countersign the I-Bond, too. And then *pro se* Plaintiff put *pro se* Plaintiff boots laces and belt on; and *pro se* Plaintiff put his personal card, IL Driver's License card, and $20.00 into one of his Khaki pant's pocket and his black Honda Pilot's key into the other pocket. *Pro Se* Plaintiff has to return to Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413's parking lot of Eden Collection Project managed by The Jaffe Companies, to retrieve *pro se* Plaintiff's black Honda Pilot.

18. *Pro Se* Plaintiff has to walk for 1.1 miles from Defendant City of Chicago Department of Police,16[th] District, which is located at 5151 N Milwaukee Ave, Chicago, Illinois 60630 to Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413's parking lot of Edens Collection managed by The Jaffe Companies that is located at 4715 W Foster Ave, Chicago, Illinois 60630, which is approximately twenty-two (22) minutes.[17] *Pro Se* Plaintiff drive from Starbucks Corporation, doing business as Starbucks Coffee#58413's parking lot to Defendant City of Chicago Department of Police, 17th District, to retrieve *pro se* Plaintiff's personal belongings. *Pro Se* Plaintiff starts driving from Defendant Starbucks Corporation, doing business as Starbucks Coffee#58413's parking lot, Seafood City's parking lot, and then *pro se* Plaintiff turns left to Elston Ave and *pro se* Plaintiff also turns left on Lawrence Ave, and then *pro se* Plaintiff turns right to N Pulaski Rd toward Defendant City of Chicago Department of Police, 17th District, which takes approximately about seven (7) minutes. From hereon, *pro*

---

16      *See* Exhibit J: *Pro se* Plaintiff's Evidence-Property Envelope.

17      *See* Exhibit H: Two Maps from 16th District CPD to Starbucks and then from Starbucks to 17th District CPD.

se Plaintiff has spoken to Defendant City of Chicago Department of Police, 17th District Ofc. Laqui, Defendant David Wu, and 17th District's administrative clerk, a female African-American descent, when *pro se* Plaintiff arrives at Defendant City of Chicago Department of Police, 17th District's lobby area. *Pro se* Plaintiff shows his two-page invoices and Defendant City of Chicago Department of Police, 17th District's administrative clerk, returns *pro se* Plaintiff's personal belongings.

19. On or about June 14, 2021 at approximately 12:30 AM, *pro se* Plaintiff personally inventories *pro se* Plaintiff's personal belongings: *pro se* Plaintiff's personal items inside *pro se* Plaintiff's green bag; personal items inside *pro se* Plaintiff's black wallet; and other *pro se* Plaintiff's laptop, laptop's adapter, and *pro se* Plaintiff's Modern Real Estate Practice in Illinois Edition 10 textbook.[18] *Pro se* Plaintiff removes all his personal belongings from *pro se* Plaintiff's green bag and black wallet, laptop's adapter from the laptop's adapter box, and lay down all *pro se* Plaintiff's personal belongings in the countertop of Defendant City of Chicago Department of Police, 17th District's lobby area. *Pro se* Plaintiff explains to Defendant David Wu and Defendant City of Chicago Department of Police, 17th District's administrative clerk that *pro se* Plaintiff is missing *pro se* Plaintiff's Capital One Platinum credit card. Defendant City of Chicago Department of Police, 17th District's administrative clerk initiates an original case incident report with an RD No. JE265043 with IUCR Code: 5093, or stolen or lost property. Approving supervisor, Defendant Timothy Beran with Star no. 2556, approves the police report with false narrative as stated: "In Summary, [V] Cruz, Jerico walked into the 17th District to report this incident. Victim related that his capital one platinum card was last seen inside his wallet. Around 0100 hrs he discovered his card missing. vin was given."

## LEGAL STANDARD

20. U.S. District Court for the Northern District of Illinois operates under the U.S. Constitution, U.S. Code, Code of Federal Regulations, U.S. Supreme Court Rules, and U.S. President's Executive Orders.

21. Civil proceedings enacted upon the codified rules of Federal Rules of Civil Procedure.[19] 28 U.S. Code Section 723 (b); 28 U.S. Code Section 723(c); 28 U.S. Code Section 28 1343; 28 U.S. Code Section 1367; 28 U.S. Code Section 2072.

22. Civil proceedings also follow the codified rules of Local Rules of the U.S. District Court for Northern District of Illinois.

23. U.S. District Court for Northern District of Illinois adjudicates prima facie evidence and material facts in accordance with *pro se* Plaintiff's pleading. Defendants shall be held accountable to answer *pro se* Plaintiff's pleading after issuance of summon within twenty-one (21) days, excluding Federal legal holidays. Any responsive Federal statutes or laws should be applied when U.S. District Court for the Northern District of Illinois cross-examine prima facie evidence and materia facts by following Federal Rules of Civil Procedure, Federal Rules of Evidence, and Local Rules of the U.S. District Court for the Northern District of Illinois during

---

[18]     *See* Exhibit L: *pro se* Plaintiff's Personal Belongings, such as Real Estate Textbook, Laptop Adapter, Greenbag, etc.
[19]*See* Clark and Moore, *A New Federal Civil Procedure-I. The Background,* 44 Yale L.J. 387, 391 (1935).

Civil proceedings.

24. Pursuant to Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois, *pro se* Plaintiff's complaint or pleading follows the codified rules of Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois when adjudicating U.S. District Court for the Northern District of Illinois' Federal civl cases, which include the Federal Civil Rights Act, 42 U.S. Code Sections 1983, 1985(3), and 1986, 42 U.S. Code Section 2000(a), (b), and (e). *Pro Se* Plaintiff's complaint or pleading is perfectly file on proper venue; *pro se* Plaintiff's complaint is lawfully dealt with subject matter jurisdiction and personal jurisdiction; and *pro se* Plaintiff's complaint is constructed simply and conservatively guided by Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois. *Pro Se* Plaintiff's complaint or pleading enumerates a list of material facts that have been photographed, photocopied, audio recorded, and/or video recorded; prima facie evidence from *pro se* Plaintiff's Exhibits A-M; and other material facts and prima facie evidence related to *pro se* Plaintiff's civil case.

25. Honorable Court allows to grant *pro se* Plaintiff to use the power of subpoena and expert witness during the cross-examination of prima facie evidence and material facts. *Pro Se* Plaintiff and Defendants have an authority to answer to discovery, interrogatories, and/or depositions during the arraignment and/or discovery or at a later date and time through oral and/or written motions and/or petitions. Any additional material facts and prima facie evidence attached to *pro se* Plaintiff's complaint is considered an Exhibit and/or Affidavit that can be used during cross-examination.

26. Previous adjudicated Federal civil cases relevant to *pro se* Plaintiff's civil case could be cited and/or mentioned on written statement and/or an oral argument for cross-examination of prima facie evidence and material facts with respect to Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for Northern District of Illinois. *Pro Se* Plaintiff and Defendants have a liberty to present previous Federal civil case with written statements and/or oral arguments without violating the codified rules of Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois. Any violation of Federal Rules of Civil Procedure and Local Rules of the U.S. District Court for the Northern District of Illinois cannot be waived and be granted by a U.S. District Court for the Northern District of Illinois judge, and therefore, *pro se* Plaintiff's complaint or pleading is subject to dismissal ditto to Defendants to *pro se* Plaintiff's complaint or pleading.

## **ARGUMENT**

27. Section 1983 of the Federal Civil Rights Act indicates that anyone who has been deprived with legal rights can initiate a federal civil action.

> "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State of Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the *deprivation of any rights*, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at laws, suit in equity, or

other proper proceeding for redress...." 42 U.S. Code Section 1983.

28. Section of 1985(3) of the Federal Civil Rights Act shows that two or more individuals cannot deprive a person's legal rights, privileges, or immunities because each person's legal rights, privileges, or immunities are subject to equal protection of the laws of the Fourteen Amendment of the U.S. Constitution.

> "If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws...." 42 U.S. Code Section 1985(3).

29. Section of 1986 of the Federal Civil Rights Act demonstrates that anyone who conspires to commit a wrongful act and has prior knowledge of such wrongful act is liable to injured party.

> "Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in Section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented...." 42 U.S. Code Section 1986.

30. Section of 2000(a) of the Federal Civil Rights Act states that everyone has equal access and equal enjoyment of goods, services, and facilities that accommodate the public.

> "All persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination or segregation on the ground of race, color, religion, or national origin." 42 U.S. Code Section 1986(a).

31. Section of 2000(b)(2) of the Federal Civil Rights Act states that any interstate commerce activities supported by State action of such place of public accommodation are protected by U.S. Constitution and laws.

> "Each of the following establishments which serves the public is a place of public accommodation within the meaning of this subchapter if its operations affect commerce, or if discrimination or segregation by it is supported by State action: any restaurant, cafeteria, lunchroom, lunch counter, soda fountain, or other facility principally engaged in selling food for consumption on the premises, including, but not limited to, any such facility located on the premises of any retail establishment; or any gasoline station...." 42 U.S. Code Section 2000(b)(2).

**32.** Section of 2000(e) of the Federal Civil Rights Act states that any private clubs or establishments not open to the public are excepted or excluded to this Act.

> "The provision of this subchapter shall not apply to a private club or other establishment not in fact open to the public, except to the extent that the facilities of such establishment are made available to the customers or patrons of an establishment within the scope of subsection (b)...." 42 U.S. Code Section 2000(e).

## **CONCLUSION**

WHEREFORE, *pro se* Plaintiff prays for the Honorable Court to grant the following relief:

(1) Order to the Honorable Court to grant *pro se* Plaintiff's temporary injunction while Defendants are awaiting for the result of Federal civil jury trial at the U.S. District Court for the Northern District of Illinois;

(2) Order to the Honorable Court to grant *pro se* Plaintiff's permanent injunction against Defendants once the civil jury trial is final;

(3) Order to the Honorable Court to grant *pro se* Plaintiff's punitive damages, and/or equitable remedy to prevent Defendants causing more injuries or harmful damages to *pro se* Plaintiff's health and well-being, and/or if Defendants fail to obey the court-ordered injunction once it is fully implemented by the Honorable Court.

(4) Other reliefs in accordance with responsive and applicable U.S. Constitution and laws.

Dated: December 29, 2021                    Respectfully Submitted by,

     */s/ Jerico Matias Cruz*
Jerico Matias Cruz
5135 N Keating Ave
Chicago, Illinois 60630
theconsultantoo0oo@gmail.com or
j-cruz7@neiu.edu
(847) 906-3123
*Pro Se Litigant*

12

# Exhibit A: Permanent Employee Registration Card ("PERC")

- PERC License
- PERC's ISP and FBI Comprehensive Criminal Background Check on Behalf of Illinois Department of Financial and Professional Regulation



Illinois Department of Financial and
Professional Regulation

# Lookup Detail View

**Contact**
Contact Information

| Name | City/State/Zip | DBA / AKA |
|------|----------------|-----------|
| JERICO MATIAS CRUZ | Chicago, IL 60630 | |

**License**
License Information

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|----------------|-------------|--------|----------------------|----------------|-----------------|------------------|
| 129449018 | PERMANENT EMPLOYEE REGISTRATION | ACTIVE | 04/20/2020 | 02/02/2021 | 05/31/2024 | N |

Generated on:  7/12/2021 12:16:25 AM

# Accurate Biometrics



*America's Premier Fingerprinting Service*

Tel: 1-866-361-9944
AccurateBiometrics.com

**Live Scan Fingerprinting & Identity Services**

| | |
|---|---|
| Applicant Name: | **CRUZ, JERICO M** |
| Agency/Authorized Recipient Name: | **DPR-Security-PERC (IDFPR)** |
| Payment Amount/Type: | **$65.00 / Credit Card** |
| Fingerprint Type: | **Fee Applicant** |
| Transaction Control Number (TCN): | **_____6729** |
| Date Fingerprinted: | **04/18/2020** |
| Technician/Location Printed: | **AJ / CHICAGO-NORTH** |
| IL Licensed Fingerprint Vendor Number: | **249.000415** |

THANK YOU for giving us the opportunity to provide our fingerprinting services to you. Please Retain this Receipt for Your Records. There is a $10.00 Replacement Fee. Fingerprints are processed immediately. Once processed, no refunds or cancellations can occur. **You are required to agree to the following before we take your fingerprints:**

### Applicant Consent

*I am allowing Accurate Biometrics, Inc., (and any of its agents), to capture and transmit my fingerprints for the purpose of checking my criminal history record information (CHRI). I authorize the release to the Agency (your Authorized Recipient) referenced in this receipt of any CHRI that may exist regarding me from any agency, organization, institution, or entity having such information on file. I am aware and understand my fingerprints may be transmitted to, retained by, and used to check the CHRI files of, the Illinois State Police (ISP) and/or the Federal Bureau of Investigation (FBI) to include but not limited to civil, criminal and latent fingerprint databases. I understand if my photo was taken, my photo may be shared only for employment or licensing purposes and may be retained by the ISP or the FBI. I understand I have the right to challenge any information disseminated from these criminal justice agencies regarding me that may be inaccurate or incomplete pursuant to Title 28 Code of Federal Regulation 16.34 and Chapter 20 ILCS 2630/7 of the Criminal Identification Act.*

*I acknowledge reading the Retention and Destruction Policy for Fingerprints and Other Information (Policy) document which was made available to me. I understand that unless obligated by governmental customer contract or the FBI to maintain Biometrics for a specified period of time, all Biometrics will be retained by Accurate Biometrics, Inc. for 90 days from the date of receipt, fingerprint capture or card scan date, or the date last modified as set forth in the Policy. The Policy is also available upon request emailed to privacy@accuratebiometrics.com or by letter sent to Attn: President, Accurate Biometrics, Inc., 500 Park Boulevard, Suite 1260, Itasca, Illinois 60143.*

*Applicant signature*



*America's Premier Fingerprinting Service*

Tel: 1-866-361-9944
AccurateBiometrics.com

I acknowledge receiving and reading the following Privacy Statement:

### Privacy Statement

**Authority**: The FBI's acquisition, preservation, and exchange of fingerprints and associated information is generally authorized under 28 U.S.C. 534. Depending on the nature of your application, supplemental authorities include Federal statutes, State statutes pursuant to Pub. L. 92-544, Presidential Executive Orders, and federal regulations. Providing your fingerprints and associated information is voluntary; however, failure to do so may affect completion or approval of your application.

**Principal Purpose**: Certain determinations, such as employment, licensing, and security clearances, may be predicated on fingerprint-based background checks. Your fingerprints and associated information/biometrics may be provided to the employing, investigating, or otherwise responsible agency, and/or the FBI for the purpose of comparing your fingerprints to other fingerprints in the FBI's Next Generation Identification (NGI) system or its successor systems (including civil, criminal, and latent fingerprint repositories) or other available records of the employing, investigating, or otherwise responsible agency. The FBI may retain your fingerprints and associated information/biometrics in NGI after the completion of this application and, while retained, your fingerprints may continue to be compared against other fingerprints submitted to or retained by NGI.

**Routine Uses**: During the processing of this application and for as long thereafter as your fingerprints and associated information/biometrics are retained in NGI, your information may be disclosed pursuant to your consent, and may be disclosed without your consent as permitted by the Privacy Act of 1974 and all applicable Routine Uses as may be published at any time in the Federal Register, including the Routine Uses for the NGI system and the FBI's Blanket Routine Uses. Routine Uses include, but are not limited to, disclosures to: employing, governmental or authorized non-governmental agencies responsible for employment, contracting, licensing, security clearances, and other suitability determinations; local, state, tribal, or federal law enforcement agencies; criminal justice agencies; and agencies responsible for national security or public safety.

**Payments**. If paying by credit card, I understand this is an alternative payment option and a fee may apply. If paying by credit card, I also confirm, I have presented full and valid payment for services provided by Accurate Biometrics, Inc. I understand fingerprinting transmission may be delayed if insufficient payment is presented at the time of fingerprinting. If your fingerprints are AFIS unacceptable and reprinting is necessary to receive result a $10.00 reprint fee is charged by the Illinois State Police.

# Exhibit B: Misdemeanor Complaints

- Criminal Trespass to State Supported Land
- Breach of Peace

23-2    01-Sep-2020    CPD 016
(Court Branch #    (Court Date/Time)    (Arresting Agency #)
or District #)

MISDEMEANOR COMPLAINT  (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)    (Rev. 12/7/00) CCCR 0655

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

                                    Plaintiff }

                    v.                                    NO. _____ 20187698

Jerico Cruz

                                    Defendant. }

Chicago Public Library _____ complainant, now appears before
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states the following:

That: Jerico Cruz of 5135 N. Keating Chicago has, on or about
        (defendant)                              (address)

05-AUG-2020 at the location of 5363 W. Lawrence Chicago Illinois
    (date)                              (place of offense)

committed the offense(s) of Trespass to state land

in that he/she knowingly entered and remained inside a chicago public library
supported in whole by the State and chicago public libraries such
land being located at 5363 W. Lawrence. After receiving Notice that
such entry was forbidden.

in violation of ~~520~~ 720 Illinois Compiled Statutes 5,0 / 21-5-A
                    (Chapter)                              (Act)          (Sub Section)

**AOIC Code**

[ ][ ][ ][ ][ ][ ]

                                    X Karen V. Griebel
                                    (Complainant's Signature)

                                    5363 W. Lawrence
                                    (Complainant's Address)

STATE OF ILLINOIS }                 312 744-1998
COOK COUNTY      } SS:              (Complainant's Telephone)

                                    Karen V. Griebel
                                    (Complainant's Name Printed or Typed)

The complainant, being first duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and
that the same is true.

                                    X Karen V. Griebel
                                    (Complainant's Signature)

                                                                2020

Subscribed and sworn to before me on this 06th day of August _____,

                    D. Brown                    HIDE?? ??
                                    (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is
probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED,    Judge _____
    or                                                              Judge's No.

WARRANT ISSUED,    Bail set at: _____
    or

BAIL SET AT: _____    Judge _____
                                                              Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

L3-2    01-Sep-2020    CPD 010

(Court Branch # or District #)    (Court Date/Time)    (Arresting Agency #)

**MISDEMEANOR COMPLAINT** (This form replaces CCG-0655 , CCMC-0222 & CCMC-0225)    (Rev. 12/7/00) CCCR 0655

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

                     **Plaintiff**

     v.

Jerico Cruz

                 **Defendant.**    NO. _____

                             20187698

I: Chicago Public library     complainant, now appears before

     (Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states the following:

That: Jerico Cruz   of 6135 N. Keating Chicago   has, on or about

     (defendant)                  (address)

05-AUG-2020   at the location of 5363 W. Lawrence Chicago Illinois

(date)                    (place of offense)

committed the offense(s) of Disorderly Conduct

in that he/she knowingly and intentionally raised his voice and refused to wear a mask in such an unreasonable manner as to alarm and disturb Karen Griebel and provoke a breach of peace.

in violation of ~~650~~ 720 Illinois Compiled Statutes 26 5.0 / 26-1-A-1

     (Chapter)                                   (Act)           (Sub Section)

**AOIC Code**

     X Karen V. Griebel

                 (Complainant's Signature)

     5363 W. Lawrence

                 (Complainant's Address)

     773 312-744-1988

                 (Complainant's Telephone)

STATE OF ILLINOIS } ss:    Karen V. Griebel

COOK COUNTY }         (Complainant's Name Printed or Typed)

FILED AUG 21 2020 DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL

The complainant, being first duly sworn on oath, deposes and says that he/she read the foregoing complaint by him/her subscribed and that the same is true.

     X Karen V. Griebel

                 (Complainant's Signature)

Subscribed and sworn to before me on this 5th day of August, 2020

     D Brown   #128274

                 (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

**SUMMONS ISSUED,** Judge _____     Judge's No.

     or

**WARRANT ISSUED,** Ball set at: _____

     or

**BAIL SET AT:** _____ Judge _____     Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# Exhibit C:
# Certified Statement of Conviction / Disposition

- Certified Statement of Conviction / Disposition



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS                                          NUMBER: 20118769801

### CRUZ, JERICO M

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|-------|---------|--------|-------------|-------------|
| 1 | 720 ILCS 5.0/21-5-A | MA | CRIM TRESPASS TO STATE LAND | 8/5/2020 |
| 2 | 720 ILCS 5.0/26-1-A-1 | MC | DISORDERLY CONDUCT - BREACH OF | 8/5/2020 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**8/5/2020 DEFENDANT RELEASED ON I BOND**

**8/21/2020 CASE FILED**

**10/15/2020 PETITION FOR EXPUNGEMENT FILED**

**10/15/2020 EXPUNGE/SEAL - SENT TO AGENCY**

**10/15/2020 NO FEE**

**3/31/2021 PETITION/EXPUNGEMENT-ALLOWED**

ATCHERSON, SOPHIA

**HEARINGS**

9/1/2020          9:00 AM Bond Set By Rule of Court          Branch 23/Room 1

**PLEAS, DISPOSITIONS AND SENTENCES:**

Printed: 6/15/2021 1:29:01 PM



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

<div align="center">

**VS**

</div>

**NUMBER: 20118769801**

**CRUZ, JERICO M**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**Disposition:**

| | | |
|---|---|---|
| 1 | 9/1/2020 | STRICKEN OFF - LEAVE REINSTATE |
| 2 | 9/1/2020 | STRICKEN OFF - LEAVE REINSTATE |

**Sentence (Credit):**

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

**Date: 6/15/2021**

**IRIS Y MARTINEZ
CLERK OF THE CIRCUIT COURT OF COOK COUNTY**



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS                                                          NUMBER: 20118769801

### CRUZ, JERICO M

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|-------|---------|--------|-------------|-------------|
| 1 | 720 ILCS 5.0/21-5-A | MA | CRIM TRESPASS TO STATE LAND | 8/5/2020 |
| 2 | 720 ILCS 5.0/26-1-A-1 | MC | DISORDERLY CONDUCT - BREACH OF | 8/5/2020 |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**8/5/2020  DEFENDANT RELEASED ON I BOND**

**8/21/2020  CASE FILED**

**HEARINGS**

    9/1/2020       9:00 AM  Bond Set By Rule of Court       Branch 23/Room 1

**PLEAS, DISPOSITIONS AND SENTENCES:**

**Disposition:**

    1       9/1/2020  STRICKEN OFF - LEAVE REINSTATE

    2       9/1/2020  STRICKEN OFF - LEAVE REINSTATE

**Sentence (Credit):**

Printed: 10/15/2020 12:55:14 PM

 **Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

VS                                              NUMBER: 20118769801

**CRUZ, JERICO M**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

**Date: 10/15/2020**

**DOROTHY BROWN**
**CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

2 of 2

Printed: 10/15/2020 12:55:14 PM

 **Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

**VS**                                                    **NUMBER: 19122914601**

**CRUZ, JERICO M**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|-------|---------|--------|-------------|-------------|
| 1 | 720 ILCS 5/21-5(A) | MA | CRIM TRESPASS TO STATE LAND | |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**11/13/2019 DEFENDANT RELEASED ON I BOND**

**11/21/2019 CASE FILED**

**12/5/2019 SPECIAL CONDITIONS OF BAIL ORDERED**

**1/9/2020 JURY WAIVED**

**1/24/2020 CASE ADVANCED**

**1/24/2020 VACATE ORDER**

**1/24/2020 ORDER EXTENDED, NUNC PRO TUNC**

    KUZAS, ROBERT D

**10/15/2020 PETITION FOR EXPUNGEMENT FILED**

**10/15/2020 EXPUNGE/SEAL - SENT TO AGENCY**

**10/15/2020 NO FEE**

**3/31/2021 PETITION/EXPUNGEMENT-ALLOWED**

    ATCHERSON, SOPHIA

**HEARINGS**

    12/4/2019    1:00 PM Notice to Appear Issued    Branch 43/Room 1

Printed: 6/15/2021 1:07:44 PM



**Clerk of the Circuit Court
of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 19122914601**

### CRUZ, JERICO M

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 1/9/2020 | 1:00 PM Motion Defendant | Branch 43/Room 1 |
| 1/23/2020 | 1:00 PM Case Advanced | Branch 43/Room 1 |
| 2/10/2020 | 1:00 PM Motion Defendant | Branch 43/Room 1 |
| 3/31/2021 | 1:00 PM Hearing | 101 Expunge/Seal REC |

## PLEAS, DISPOSITIONS AND SENTENCES:

**Plea:**

    1      1/9/2020 PLEA OF NOT GUILTY

**Disposition:**

    1      1/9/2020 FINDING OF NOT GUILTY

    1      1/9/2020 FINDING OF NOT GUILTY / MOTION TO VACATE SUPERVISION GRANTED

**Sentence (Credit):**

    1      1/9/2020 SUPERVISION       Term: 1 mos

    1      1/9/2020            SUPERVISION

    1      1/24/2020 AMENDED      VACATE SENTENCE

 **Clerk of the Circuit Court of Cook County**

**PEOPLE OF THE STATE OF ILLINOIS**

<div style="text-align:center">VS</div>

**NUMBER: 19122914601**

**CRUZ, JERICO M**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, IRIS Y MARTINEZ, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

**Date: 6/15/2021**

**IRIS Y MARTINEZ**
**CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

Printed: 6/15/2021 1:07:44 PM



**Clerk of the Circuit Court of Cook County**

## PEOPLE OF THE STATE OF ILLINOIS

### VS

**NUMBER: 19122914601**

### CRUZ, JERICO M

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**Charging the above named defendant with:**

| COUNT | STATUTE | DEGREE | DESCRIPTION | ARREST DATE |
|-------|---------|--------|-------------|-------------|
| 1 | 720 ILCS 5/21-5(A) | MA | CRIM TRESPASS TO STATE LAND | |

The following disposition(s) was/were rendered before the Honorable Judge(s):

**EVENTS AND ORDERS OF THE COURT:**

**11/13/2019 DEFENDANT RELEASED ON I BOND**

**11/21/2019 CASE FILED**

**12/5/2019 SPECIAL CONDITIONS OF BAIL ORDERED**

**1/9/2020 JURY WAIVED**

**1/24/2020 CASE ADVANCED**

**1/24/2020 VACATE ORDER**

**1/24/2020 ORDER EXTENDED, NUNC PRO TUNC**

KUZAS, ROBERT D

**HEARINGS**

| | | | |
|---|---|---|---|
| 12/4/2019 | 1:00 PM | Notice to Appear Issued | Branch 43/Room 1 |
| 1/9/2020 | 1:00 PM | Motion Defendant | Branch 43/Room 1 |
| 1/23/2020 | 1:00 PM | Case Advanced | Branch 43/Room 1 |
| 2/10/2020 | 1:00 PM | Motion Defendant | Branch 43/Room 1 |

Printed: 1/29/2020 10:46:33 AM



**Clerk of the Circuit Court of Cook County**

### PEOPLE OF THE STATE OF ILLINOIS

**VS**

**NUMBER: 19122914601**

**CRUZ, JERICO M**

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of COOK COUNTY/LOCAL PROSECUTOR HAS FILED A COMPLAINT with the Clerk of the Circuit Court.

**PLEAS, DISPOSITIONS AND SENTENCES:**

**Plea:**

> 1      1/9/2020 PLEA OF NOT GUILTY

**Disposition:**

> 1      1/9/2020 FINDING OF NOT GUILTY
>
> 1      1/9/2020 FINDING OF NOT GUILTY

**Sentence (Credit):**

> 1      1/9/2020 SUPERVISION      Term: 1 mos
>
> 1      1/9/2020      SUPERVISION

**I hereby certify that the foregoing has been entered of record on the above captioned case.**

**Date: 1/29/2020**

**DOROTHY BROWN**
**CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

Printed: 1/29/2020 10:46:33 AM

# CASE SUMMARY
## CASE NO. 19122914601

**State of Illinois vs. JERICO CRUZ**

§
§
§
§

Location: **Branch 43**
Judicial Officer: **Branch 43, Room 1**
Filed on: **11/21/2019**

---

### CASE INFORMATION

**Offense**
1. CRIM TRESPASS TO STATE LAND

Sequence: 1

| **Statute** | **Deg** | **Date** |
|---|---|---|
| 720 ILCS 5/21-5(a) | MA | 11/13/2019 |

Case Type: **Misdemeanor**

Case Status: **01/09/2020  Case Disposed**

**Statistical Closures**
01/09/2020     Guilty Bench Trial

**Bonds**
Recognizance Bond - Police Department    #I6896767
11/13/2019          Defendant Released on I Bond
Counts: 1

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number          19122914601
Court                Branch 43
Date Assigned        11/21/2019
Judicial Officer     Branch 43, Room 1

---

### PARTY INFORMATION

**Defendant**     **CRUZ, JERICO M**

**Plaintiff**     **State of Illinois**

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 02/10/2020 | *CANCELED* **Motion Defendant** (1:00 PM)<br>*Case Disposed* | |
| 01/24/2020 | Order Extended, Nunc Pro Tunc (Judicial Officer: Kuzas, Robert D )<br>From: 01/09/2020<br>*mtvfg(g) nunc pro tunc 1/9/20 fng mtv ctsup(g)* | |
| 01/24/2020 | Vacate Order<br>*granted* | |
| 01/24/2020 | Case Advanced<br>*granted* | |
| 01/23/2020 | **Case Advanced** (1:00 PM) | |
| 01/09/2020 | **Motion Defendant** (1:00 PM)  (Judicial Officer: Kuzas, Robert D ;Location: 3150 West Flournoy, Chicago, IL 60612)<br>*SFBT* | |
| 01/09/2020 | **Amended Disposition** (Judicial Officer: Branch 43, Room 1)  Reason:<br>*motion to vacate supervision granted*<br>1. CRIM TRESPASS TO STATE LAND | |

Printed on 01/29/2020 at 10:48 AM

# CASE SUMMARY
## CASE NO. 19122914601

|  |  |
|---|---|
|  | Finding of Not Guilty<br>DCN:  Sequence: 1 |
| 01/09/2020 | Jury Waived |
| 01/09/2020 | **Sentence** (Judicial Officer: Branch 43, Room 1)<br>  1.  CRIM TRESPASS TO STATE LAND<br>       Supervision<br>       IL Criminal<br>          Supervision Type<br>             Status: Sentence in Force<br>             Type: Court Supervision<br>             Term: 1 Month<br>             Start Date: 01/09/2020<br>             End Date: 02/09/2020 |
| 01/09/2020 | **Disposition** (Judicial Officer: Branch 43, Room 1)<br>  1.  CRIM TRESPASS TO STATE LAND<br>       Finding of Not Guilty<br>       DCN:  Sequence: 1 |
| 01/09/2020 | **Plea** (Judicial Officer: Branch 43, Room 1)<br>  1.  CRIM TRESPASS TO STATE LAND<br>       Plea of Not Guilty<br>       DCN:  Sequence: 1 |
| 12/05/2019 | Special Conditions Of Bail Ordered |
| 12/04/2019 | **Notice to Appear Issued** (1:00 PM)  (Judicial Officer: Kuzas, Robert<br>D ;Location: Branch 43/Room 1) |
| 11/21/2019 | Case Filed |
| 11/21/2019 | **Bond Setting**<br>Rule of Illinois Supreme Court      $1,500.00<br>Recognizance Bond - Police Department |
| 11/13/2019 | Defendant Released On I Bond |

*Printed on 01/29/2020 at 10:48 AM*

# Exhibit D: Expungement Records

- Order to Expunge and Impound Criminal Records
- CPD Disposition, ISP Disposition & Field Report
- CPD Videos Involvement

Order to Expunge and Impound Criminal Records                    (07/18/16) CCCR N331

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS                    No. _____
          or

_____          1. *19122914601*
       A Municipal Corporation          2. *20118769801*

         v.                              3. _____

*JERICO   MATIAS   CRUZ*          Date of Birth: *06/14/1987*
         Defendant/Petitioner          Gender: ☑ Male ○ Female

                   Race: *ASIAN AMERICAN -*
                           *FILIPINO*

## ORDER TO EXPUNGE AND IMPOUND CRIMINAL RECORDS

This Court, having considered all pleadings and any objections thereto, and after an evidentiary hearing, ORDERS THAT:

1. The Petition to Expunge and Impound is granted.

2. The above Arresting Agency and the Chicago Police Department shall expunge the arrest(s) from its records, if any, within sixty (60) days of the date of service of this order. It is further directed that the Arresting Agency shall request the return of all identification materials from any other repositories and custodians of statistics that were previously notified of this arrest(s) by the Arresting Agency.

3. The Circuit Court Clerk shall impound the record of this arrest until further order of the court upon good cause shown and shall obliterate the name of the Petitioner on the official index.

4. The Illinois State Police, Bureau of Identification, shall expunge (or impound, if required by law) their files of the record of this arrest(s) within sixty (60) days of the date of service of this order.

5. This order shall not become effective until thirty (30) days after entry.

6. In accordance with the law, orders of protection, civil no contact orders, civil no contact stalking orders and minor traffic orders shall not be expunged and impounded.

Prepared By: *JERICO   MATIAS   CRUZ*          ENTERED
Cook County Attorney Code: *99500*                    ENTERED:          MAR 31 2021
Name: *JERICO   MATIAS   CRUZ*                    IRIS Y. MARTINEZ
Address: *5135   N   KEATING   AVE* Dated:          CLERK OF THE CIRCUIT COURT
                         OF COOK COUNTY, IL
City/State/Zip: *CHICAGO, IL 60630*                    DEPUTY CLERK
Telephone: *847-906-3123*          Judge          2 NU
Primary Email: *J-CRU27@NEIU.EDU*                            Judge's No.
Secondary Email: _____
Tertiary Email: _____

                        OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

19229146

JSL

2. MORD

**DRAFT COPY - Pending Supervisory Approval**

## ILLINOIS STATE POLICE
### FIELD REPORT

Field Report Number:
TraCS Report Number:
CAD Number:

| Type of Report(s): **Criminal** | | | | | | Supplemental ☐ |
|---|---|---|---|---|---|---|

| ORI Number | How Notified **On View** | Incident Date **11/13/2019** | Incident Time **3:20 PM** | Initial Notification Date **11/13/2019** | Initial Notification Time **3:20 PM** |
|---|---|---|---|---|---|

Location Description

| County in which Incident Occurred | Township | Location Type |
|---|---|---|

| Associated Reports : | Agency Name | Reference Type | Reference Number |
|---|---|---|---|
| 1.) | | | |
| 2.) | | | |
| 3.) | | | |
| 4.) | | | |

**Malicious Prosecution?**

Brief Description of Report
CRIMINAL TRESPASS TO STATE SUPPORTED LAND ( ARREST )

**What do you think?**

| Use of Force? ☐ Yes ☒ No | What Type(s) of Force? |
|---|---|

**Abuse of power or authority?**

**PERSON  1**

| Type of Person **DEFENDANT** | | | Caution **No** |
|---|---|---|---|

| Last Name **CRUZ** | First Name **JERICO** | Middle Name **M** | Suffix |
|---|---|---|---|

| Alias(es) **N/A** | Business/Organization **SELF EMPLOYED** |
|---|---|

| DOB Known? **YES** | Date of Birth **06/14/1987** | Age **32** | Gender **MALE** | Race **ASIAN/PACIFIC ISLANDER** | Ethnicity **NOT OF HISPANIC ORIGIN** |
|---|---|---|---|---|---|

| Skin Tone | Height | Weight | Hair Color | Eye Color | Build | Marital Status |
|---|---|---|---|---|---|---|

Scars/Marks/Tattoos (select up to 10)

**False Perception or have no idea?**

| Address **KEETING** | City **CHICAGO** | State **IL** | Zip Code **60634** |
|---|---|---|---|

**False Info.**

| Place of Birth **US - UNITED STATES** | Resident Status **RESIDENT** | Other Contact Information |
|---|---|---|

| Home/Cell Phone # **(800) 308-6075** | SSN | Drivers License Number | License State **IL** |
|---|---|---|---|

| ISP ticket # | FBI # | BOI/SID # | LEADS # | NCIC # |
|---|---|---|---|---|

| Employer or School **SELF EMPLOYED** | Occupation **CONSULTANT** |
|---|---|

| Address **N/A** | City | State | Zip Code | Work Phone # |
|---|---|---|---|---|

| Type of Injury (up to 5) **NONE** | Address where treatment given |
|---|---|

**Dignatory tort - defamation?**

**Is this how ISP conduct themselves?**

| Offender Arrested?<br>YES | Type of Arrest<br>ON-VIEW ARREST | | | | Arrest Date<br>11/13/2019 | Arrest Time<br>3:32 PM | Bond<br>INDIVIDUAL BOND | | Bond Amount<br>$1,500.00 |
| Miranda? ☐ | Miranda By | | | | | | Miranda Date | Miranda Time | Fingerprinted<br>YES |
| Court Date<br>12/04/2019 | Where Held<br>N/A | | | | Juvenile Arrestee Disposition | | | | |
| Arrestee Armed? ☐ | Arrestee Armed With (up to 2) | | | | | | | | |

**Malicious prosecution?**

| Ordinance<br>State | Code Section | Charges/<br>Offense | CRIMINAL TRESPASS | | | | | Attempted or Completed<br>COMPLETED |
| UCR<br>Offense | ALL OTHER OFFENSES - 90Z | | Offender Suspected Of Using (up to 3)<br>NOT APPLICABLE | | | | | |

**What do you think?**

| Gang Related ☐ | Gang Name | | | Gang Information (up to 2) | | |
| Type Of Criminal Activity (up to 3) | | | | Type Of Weapon/Force Involved (up to 3) | | |
| Method Of Entry<br>☐ Force  ☐ No Force | | Number Of Premises Entered | | Exceptionally Cleared<br>NOT APPLICABLE | | |

**Dignatory tort - defamation?**

| | | | | | VEHICLE 1 | | | |
| Vehicle Year | Make | | Model | | | | Style | |
| License Plate # | | | State | License Plate | | | | |

**Is this how ISP conduct themselves?**

| VIN # | | Impounded? | Impound Location | | | | | Towed? |
| Owner Last Name | | | First Name | | | Middle Name | | Suffix |
| Street | | | | | | | | State |

**I'm dropping records to IDFPR**

| City | | Zip Code | | Phone Number | | Vehicle Tied to Person(s)<br>001 | |

| | | | | NARRATIVE | | | |

The purpose of this report is to document the arrest of Jerico CRUZ on 11/13/19.

I, ( Tpr. Brian KELLIHER #5455 ), along with PSU Officer RODRIGUEZ, responded to a call of a disturbance at the Department of Financial and Professional Regulations (DFPR) located on the 9th floor of the JRTC. Upon our arrival we spoke with DFPR staff who stated that CRUZ was loud and refusing to leave the area. The staff stated that CRUZ was given all the information he requested but was not satisfied with the service.

I spoke with CRUZ who was very hostile and uncooperative. I asked CRUZ to leave DFPR at which time he refused to leave and became aggressive and hostile with vulgar words towards me and the other officers. I advised CRUZ several times that if he did not leave the DFPR he would be arrested. CRUZ finally walked away with us escorting him down to the ISP screening area. CRUZ stated that he was going to go back up to finish his business. I advised CRUZ to leave the JRTC or he would be arrested at which time he walked towards screening to head back upstairs.

I advised CRUZ that he was under arrest, at which time I handcuffed CRUZ without incident (checked for fit and double locked). CRUZ was escorted to the PSU booking area for processing. CRUZ was processed and charged with Criminal Trespass to State Supported Land and given a 12/04/19 Chicago Branch 43 court date. CRUZ bonded out and was escorted from the JRTC (bond # I-6896767)

**I'm asking for new case numbers**

**Abuse of power or authority?**

Page 2 of 3

| OFFICER | | | | | | |
|---|---|---|---|---|---|---|
| Officer Name **B KELLIHER** | | Officer ID **5455** | Assisting Officer Name(s) **RODRIGUEZ** | | | Assisting Officer ID(s) |
| Date report completed **11/18/2019** | Accept Date | | Supervisor | | | Officer ID |
| Video Taken: No | | Video Number: | | Evidence Seizure: **NO** | Photos: **NO** | |
| Case Status **CLEARED BY ARREST** | | | | Copies To: **R/O,OSC,DOO** | | |
| Investigating Officer (Signature) | | | | | | |

# Malicious prosecution?

# What do you think?

# Dignatory tort - defamation?

# Is this how ISP conduct themselves?

# Abuse of Power or authority?

_4_

**. Branch #
District #)**     **(Court Date/Time)**     _0162100_     ~~Sample~~

**sdemeanor Complaint**    (This form replaces CCG-0655, CCMC-0222 & CCMC-0225)      **(10/10/06) CCCR N654**

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois,

                             **Plaintiff**

       **v.**                                **No.** _____

                           **Defendant**

_TPR. BRIAN KELLEHER #5455    I.S.P._ _____, complainant, now appears before
        (Complainant's Name Printed or Typed)

the Circuit Court of Cook County and states the following:

That: _____ of _____ has, on or about
         (Defendant)                             (Address)

_____, at the location of _JKTC - 100 W. RANDOLPH CHICAGO/COOK_,
     (Date)                                   (Place of Offense)

committed the offense(s) of _CRIMINAL TRESPASS TO STATE SUPPORTED LAND_

in that s/he _DID KNOWINGLY REMAIN UPON THE LAND/A STATE BUILDING SUPPORTED BY_

_STATE FUNDS THROUGH A STATE AGENCY, BEING LOCATED AT 100 W. RANDOLPH CHICAGO/COOK,_

_AFTER RECEIVING NOTICE TO_ _____

in violation of _720_ **Illinois Compiled Statutes** _5_ / _21 - 5_
       (Chapter)                                 (Act)           (Sub Section)

     **AOIC Code**                   _TPR._          _#5455_
                                      (Complainant's Signature)

                               _100 W. RANDOLPH, 2-300, CHICAGO, IL 60601_
                                         (Complainant's Address)

                               _(312) 793-1205 (FAX) 312-793-7811_
                                         (Complainant's Telephone)

**STATE OF ILLINOIS** }    ss:         _TPR. BRIAN KELLEHER #5455_
**COOK COUNTY**                             ~~Sample~~
                                      (Complainant's Name Printed or Typed)

The complainant, being first duly sworn on oath, deposes and says that s/he read the foregoing complaint by him/her subscribed and that the same is true.

                                  _TPR._           _#5455_
                                       (Complainant's Signature)

Subscribed and sworn to before me on this _____ day of _____, 20 _20_

                                        _5455_
_____      _____
(Judge's Clerk & Law Enforcement Officer's Signature)      (Law Enforcement Officer's Badge No.)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

**SUMMONS ISSUED,**    Judge _____ _R/O_ _____
      or                                                 Judge's No.

**WARRANT ISSUED,**    Bail set at: _$1,500.00_ _____
      or

**BAIL SET AT:** _____ Judge _____
                                                     Judge's No.

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ORIGINAL COURT FILE

*****STATE USE ONLY - DATE: 02/07/2020 ORI: ILLACCRV0 TCN: HST0104J00455257



**ILLINOIS STATE POLICE**
**BUREAU OF IDENTIFICATION**
**260 NORTH CHICAGO STREET**
**JOLIET, ILLINOIS 60432- 4075**

JERICO M CRUZ
5135 N KEATING AVE
CHICAGO, IL 60630

PURSUANT TO A FINGERPRINT BASED SEARCH USING THE ACCESS AND REVIEW FINGERPRINT CARD YOUR
AGENCY SUBMITTED, THE FILES OF THIS BUREAU FAILED TO REVEAL ANY CRIMINAL RECORD FOR THIS SUBJECT.

### IDENTIFIERS

| | | | | | |
|---|---|---|---|---|---|
| **DCN:** | J00455257 | **TCN:** | HST0104J00455257 | **PURPOSE:** | |
| **SUBMISSION TYPE:** | ACCRV | **RESULT:** | NO HIT APPLICANT ONLY | | |
| **Name:** CRUZ, JERICO M | | **Employer #:** | ILLACCRV0 | **SSN #:** | |
| **Sex Code:** MALE | | **Race Code:** | ASIAN OR PACIFIC ISLANDER | **DOB:** | 06/14/1987 |

**STATE USE ONLY**
WARNING: RELEASE OF THIS INFORMATION TO UNAUTHORIZED INDIVIDUALS OR AGENCIES OR MISUSE IS PROHIBITED BY FEDERAL LAW
TITLE 42 USC 3789G PERTAINING TO CRIMINAL HISTORY INFORMATION

**ILLINOIS STATE POLICE**
*Bureau of Identification*
260 North Chicago Street
Joliet, Illinois 60432-4075

S SUBURBAN
IL 604
10 FEB '20
PM 1 L

U.S. POSTAGE PITNEY BOWES
ZIP 60432 $ 000.50⁰
02 4W
0000366896 FEB 10 2020

JERICO M CRUZ
5135 N KEATING AVE
CHICAGO, IL 60630

60630-174335

# Exhibit D:
# 16th District CPD Videos

- Pro Se Plaintiff's Smartphone Video
- CPD Peace Officers' Bodycam Footages

# Videos

I. Go to www.youtube.com; search for: Quanta Strategies LLC.

II. See the following hyperlinks below:
1. https://www.youtube.com/channel/UC9bB7EqoLr-HVoNU2B43V8Q
2. https://www.youtube.com/watch?v=m2xn3hUl-_g
3. https://www.youtube.com/watch?v=S0cF73JMyAE

Caveat:

These videos are protected by Illinois Eavesdropping Act. Quanta Strategies, LLC is the custodian/distributor of these videos.

# Exhibit G: Other Personal Identifiable Information ("PII")

- Other PII – 2019 CH 12407
- United Airlines Holding, Inc./Sterling Talent Solutions Criminal Background Check

Return Date: No return date scheduled

Hearing Date: 2/24/2020 10:30 AM - 10:30 AM

Courtroom Number: 2102

Location: District 1 Court
Cook County, IL

Chancery Division Civil Cover Sheet General Chancery Section (Rev. 06/13/09) CCCH 0623

FILED DATE: 10/24/2019 3:52 PM 2019CH12407

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

FILED
10/24/2019 3:52 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH12407

7099674

_JERICO MATIAS CRUZ_

**Plaintiff**

v.

_CHICAGO POLICE DEPARTMENT_

**Defendant**

No. _____

### CHANCERY DIVISION CIVIL COVER SHEET
### GENERAL CHANCERY SECTION

A Chancery Division Civil Cover Sheet - General Chancery Section shall be filed with the initial complaint in all actions filed in the General Chancery Section of Chancery Division. The information contained herein is for administrative purposes only. Please check the line in front of the appropriate category which best characterizes your action being filed.

0005 ✓ **Administrative Review**
0001 _____ **Class Action**
0002 _____ **Declaratory Judgment**
0004 _____ **Injunction**

| | | | | |
|---|---|---|---|---|
| 0007 _____ | **General Chancery** | | | |
| 0010 _____ | **Accounting** | 0019 _____ | **Partition** | |
| 0011 _____ | **Arbitration** | 0020 _____ | **Quiet Title** | |
| 0012 _____ | **Certiorari** | 0021 _____ | **Quo Warranto** | |
| 0013 _____ | **Dissolution of Corporation** | 0022 _____ | **Redemption Rights** | |
| 0014 _____ | **Dissolution of Partnership** | 0023 _____ | **Reformation of a Contract** | |
| 0015 _____ | **Equitable Lien** | 0024 _____ | **Rescission of a Contract** | |
| 0016 _____ | **Interpleader** | 0025 _____ | **Specific Performance** | |
| 0017 _____ | **Mandamus** | 0026 _____ | **Trust Construction** | |
| 0018 _____ | **Ne Exeat** | _____ | **Other (specify)** _____ | |

By: _____

**Attorney**        **Pro Se**

Atty. No.: _99500_

Name: _JERICO MATIAS CRUZ_

Atty. for: _____

Address: _5135 N. KEATING AVE_

City/State/Zip: _CHICAGO, IL 60630_

Telephone: _847-906-3133_

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**Complaint-Verified** (This form replaces CCMD-8A)                                    (2/25/05) CCM N008

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED

10/24/2019 3:52 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

*JERICO MATIAS CRUZ*

Plaintiff(s)

No. _____

Contract _____

2019CH12407

v.

Amount Claimed $ _____

*CHICAGO POLICE DEPARTMENT*

Defendant(s)

Return Date _____

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

### COMPLAINT

The Plaintiff(s) claim(s) as follows:

*Plaintiff is seeking administrative review or judicial review of the following Freedom of Information Act (FOIA) requests and an original case incident report and case supplemental report that have been mistakenly categorized and misrepresented with material fact due to human errors- intentional or not intentional— by 17th District Police officers, or responders of the Chicago Police Department:*

*a) 474931;*
*b) P491569;*
*c) P502868; and     (False allegations)*
*d) JC165149.*

I, *JERICO MATIAS CRUZ* , certify that I am the _____

(Name)                                                          (Name of Attorney if applicable)

plaintiff in the above entitled action. The allegations in this complaint are true.

Atty. No.: *9 Jmc*         (Pro Se 99560)         Dated: x *October 24th* , *2019*

Atty. (or Pro Se Plaintiff):

Name: *JERICO MATIAS CRUZ*                    x _____

Address: *5735 N. KEATING AVE*                         Signature

City/State/Zip: *CHICAGO, IL 60630*         ☑ Under penalties as provided by law pursuant to 735 ILCS 5/1-109
the abovesigned certifies that the statements set forth herein

Telephone: *847-906-3123*                         are true and correct.

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Copy Distribution - White: 1. ORIGINAL - COURT FILE  Canary: 2. COPY  Pink: 3. COPY  Gold: 4. COPY

FILED DATE: 10/24/2019 3:52 PM 2019CH12407

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) CRUZ, JERICO MATIAS | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/USAR | 3. SOCIAL SECURITY NUMBER ▉▉ ▉ ▉▉ ▉ ▉▉▉ |
|---|---|---|

| 4a. GRADE, RATE OR RANK SPC | b. PAY GRADE E04 | 5. DATE OF BIRTH (YYYYMMDD) 1987▉ | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) 20140329 |
|---|---|---|---|

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY FORT GILLEM, GEORGIA | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) 5135 N KEATING AVE CHICAGO ILLINOIS 60630 |
|---|---|

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND US CENTRAL COMMAND FC | b. STATION WHERE SEPARATED FORT DIX, NJ 08640-5089 |
|---|---|

| 9. COMMAND TO WHICH TRANSFERRED 310TH PSYCHOLOGICAL OPERATIONS COMPANY FORT GILLEM, GA 30297 | 10. SGLI COVERAGE ___ NONE AMOUNT: $ 400,000.00 |
|---|---|

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) 88M1O MOTOR TRANSPORT OP - 0 YRS 11 MOS// NOTHING FOLLOWS | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2009 | 07 | 23 |
| b. SEPARATION DATE THIS PERIOD | 2010 | 06 | 12 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0000 | 10 | 20 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 03 | 21 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0003 | 00 | 02 |
| f. FOREIGN SERVICE | 0000 | 09 | 00 |
| g. SEA SERVICE | 0000 | 00 | 00 |
| h. INITIAL ENTRY TRAINING | 0000 | 00 | 00 |
| i. EFFECTIVE DATE OF PAY GRADE | 2007 | 05 | 18 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) AFGHANISTAN CAMPAIGN MEDAL W/ CAMPAIGN STAR //NATIONAL DEFENSE SERVICE MEDAL//GLOBAL WAR ON TERRORISM SERVICE MEDAL//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//ARMED FORCES RESERVE MEDAL W/ M DEVICE//NATO MEDAL//NOTHING FOLLOWS | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) COMBAT LIFE SAVERS CRS, 1 WEEK, 2009// NOTHING FOLLOWS |
|---|---|

| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | YES | X NO |
|---|---|---|
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | YES | X NO |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If Yes, years of commitment: 0 ) | YES | X NO |

| 16. DAYS ACCRUED LEAVE PAID 0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO X |
|---|---|---|---|

18. REMARKS ////////////////////////////////////////////////////////
SERVED IN A DESIGNATED IMMINENT DANGER PAY AREA//SERVICE IN AFGHANISTAN 20090821-20100520//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING//THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST SERVICE BENEFITS AND ENTITLEMENTS//ORDERED TO ACTIVE DUTY IN SUPPORT OF OPERATION ENDURING FREEDOM IAR 10 USC 12302//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) 5135 N KEATING AVE CHICAGO ILLINOIS 60630 | b. NEAREST RELATIVE (Name and address - include ZIP Code) ▉▉▉▉▉ 5135 N KEATING AVE CHICAGO ILLINOIS 60630 |
|---|---|

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) ILLINOIS OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X YES | NO |

| 21a. MEMBER SIGNATURE ESIGNED BY: CRUZ.JERICO.MATIAS.1289006636 | b. DATE (YYYYMMDD) 20100528 | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) ESIGNED BY: JOHNSON.ARTHUR.E.1053612870 ARTHUR E JOHNSON, LEAD PERSONNEL ASST JRC SE | b. DATE (YYYYMMDD) 20100528 |
|---|---|---|---|

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION RELEASE FROM ACTIVE DUTY | 24. CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25. SEPARATION AUTHORITY AR 635-200, CHAP 4 | 26. SEPARATION CODE MBK | 27. REENTRY CODE ▉ |
|---|---|---|

| 28. NARRATIVE REASON FOR SEPARATION COMPLETION OF REQUIRED ACTIVE SERVICE |
|---|

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) NONE | 30. MEMBER REQUESTS COPY 4 (Initials) JMC |
|---|---|

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. GENERATED BY TRANSPROC | MEMBER - 4 |
|---|---|---|

**NATIONAL GUARD REPORT OF SEPARATION AND RECORD OF SERVICE**
The proponent agency is ARNG HRH. The prescribing directive is NGR 600-200

| Report of separation and record of service in the | ARMY | National Guard of | ILLINOIS | and as a Reserve of the | ARMY |

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| CRUZ JERICO MATIAS | ARNGUS-IL ARNG | |

| 4. DATE OF ENLISTMENT | 5a. RANK | 5B. PAY GRADE | 6. DATE OF RANK | 7. DATE OF BIRTH |
|---|---|---|---|---|
| 20140213 | SPC | E-4 | 20070518 | 1987 |

| 8a. STATION OR INSTALLATION AT WHICH EFFECTED | 8b. EFFECTIVE DATE |
|---|---|
| 1744TH TRANS CO, ROBBINS, 60472 | 20170212 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| NOT APPLICABLE | (a) NET SERVICE THIS PERIOD | 03 | 00 | 00 |
| | (b) PRIOR RESERVE COMPONENT SERVICE | 06 | 08 | 02 |
| | (c) PRIOR ACTIVE FEDERAL SERVICE | 01 | 02 | 11 |
| 11. TERMINAL DATE OF RESERVE/MILITARY SERVICE OBLIGATION | (d) TOTAL SERVICE FOR PAY | 10 | 10 | 13 |
| N/A | (e) TOTAL SERVICE FOR RETIRED PAY | 07 | 00 | 00 |

| 12. MILITARY EDUCATION (Course Title, number of weeks, month and year completed) | 13. PRIMARY SPECIALTY NUMBER, TITLE AND DATE AWARDED |
|---|---|
| CLS, 01WK, 2009 / MOTOR TRANS OP, 06WKS, 0906 / PSYOP PH II & PH III, 04WKS, 0609 // NOTHING FOLLOWS // | (Additional specialty numbers and titles) P) 88M1O, MOTOR TRANS OP, 060908 S) 37F1O, PSYOP SP, 090625 // NOTHING FOLLOWS // |

| 14. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED | 15. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED THIS PERIOD (State Awards may be included) |
|---|---|
| SECONDARY/HIGH SCHOOL 12 1YRS (Gr.1-12) COLLEGE 04 1YRS | NDSM-1 / NATOMDL-1 / ASR-1 / OSR-1 / AFRMM-1 / GWOTSM-1 / ACM-1 // NOTHING FOLLOWS // |

| 16. SERVICEMAN'S GROUP LIFE INSURANCE COVERAGE |
|---|
| ☒YES ☐NO AMT 400,000 |

| 17. PERSONNEL SECURITY INVESTIGATION |
|---|
| a. TYPE       b. INVESTIGATION |
| 20140325 |

18. REMARKS
NGB FORM 22 AND DISCHARGE ORDER WERE MAILED TO INDIV LAST KNOWN ADDRESS IN ITEM 19 / PERIOD OF ACTIVE FEDERAL SERVICE COVERED BY THIS FORM: NONE / SOLDIERS NEEDING INFORMATION ABOUT THE UNIFORMED SERVICES THRIFT SAVINGS PLAN SHOULD CALL THE TSP THRIFTLINE 1-877-968-3778 OR GO ONLINE TO WWW.TSP.GOV FOR WITHDRAWAL INFORMATION // NOTHING FOLLOWS //

| 19. MAILING ADDRESS AFTER SEPERATION (Street, City, County, State, and Zip Code) | 20. SIGNATURE OF PERSON BEING SEPERATED |
|---|---|
| 5135 N KEATING AVE CHICAGO, IL 60630 | SOLDIER NOT AVAILABLE FOR SIGNATURE |

| 21. NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 22. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| JAMIE L. WILLIAMS, MSG, IL ARNG, AARB NCOIC | |

23. AUTHORITY AND REASON
NGR 600-200 EXPIRATION TERM OF SERVICE (ETS)

| 24. CHARACTER OF SERVICE | 25. TYPE OF CERTIFICATE USED | 26. REENLISTMENT ELIGIBILITY |
|---|---|---|
| HONORABLE | NGB FORM 55 | RE1 |

| 27. ☐REQUEST | ☐DECLINE COPIES OF MY NGB FORM 22 | INITIALS |

**NGB FORM 22, 20091101**          (USE PREVIOUS EDITIONS UNTIL EXHAUSTED)

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

FILED DATE: 10/24/2019 3:52 PM 2019CH12407







FILED DATE: 10/24/2019 3:52 PM   2019CH12407



STATE USE ONLY - DATE: 01/09/2018 ORI: TCN:



**ILLINOIS STATE POLICE**
**BUREAU OF IDENTIFICATION**
**260 NORTH CHICAGO STREET**
**JOLIET, ILLINOIS, 60432-4075**

CHICAGO PUBLIC SCHOOLS - HUMAN RESOURCES
42 W. MADISON, GARDEN LEVEL , SAFETY AND SECURITY-BACKGROUND CHECK TEAM
CHICAGO, IL 60602

A SEARCH OF THE FILES OF THIS BUREAU MADE PURSUANT TO THE FEE APPLICANT FINGERPRINT CARD
SUBMITTED BY YOUR AGENCY, FAILED TO REVEAL ANY CRIMINAL CONVICTION RECORD FOR THE SUBJECT OF
YOUR INQUIRY.

THE APPLICANT FINGERPRINT CARD WILL BE RETAINED IN THE FILES OF THE ILLINOIS STATE POLICE TO
FACILITATE FUTURE DISSEMINATION TO YOUR AGENCY OF ANY CONVICTION INFORMATION PERTAINING TO THIS
SUBJECT.

THE ILLINOIS STATE POLICE IS PERMITTED TO DISSEMINATE CRIMINAL HISTORY RECORD INFORMATION
AS AUTHORIZED BY STATE LAW. ATTEMPTS ARE MADE TO MAKE RECORDS AS COMPLETE AS POSSIBLE
BY OBTAINING MISSING DISPOSITIONS FROM VARIOUS SOURCES. IN SOME CASES HOWEVER, DISPOSITION
INFORMATION IS UNAVAILABLE.

THE SEARCH ROUTINE USED TO PROCESS YOUR SUBMISSION DID NOT INCLUDE AN INQUIRY INTO THE ILLINOIS
STATE POLICE SEX OFFENDER REGISTRATION FILE. TO DETERMINE IF THE SUBJECT OF YOUR INQUIRY IS
A REGISTERED SEX OFFENDER, PLEASE CHECK THE ILLINOIS STATE POLICE REGISTERED SEX OFFENDER
INFORMATION WEB SITE AT "WWW.ISP.STATE.IL.US".

IF YOU HAVE ANY QUESTIONS CONCERNING THIS MATTER, PLEASE CONTACT THE BUREAU OF IDENTIFICATION AT
BOI_CUSTOMER_SUPPORT@ISP.STATE.IL.US OR (815) 740-5160.

---

## IDENTIFIERS

| | | |
|---|---|---|
| DCN: | TCN: | PURPOSE: |
| SUBMISSION TYPE: | RESULT: NO RECORD ON FILE | |
| Name: CRUZ, JERICO M | Employer #: | SSN #: |
| Sex Code: MALE | Race Code: ASIAN OR PACIFIC ISLANDER | DOB: '1987 |

STATE USE ONLY
WARNING: RELEASE OF THIS INFORMATION TO UNAUTHORIZED INDIVIDUALS OR AGENCIES OR MISUSE IS PROHIBITED BY FEDERAL LAW
TITLE 42 USC 3789G PERTAINING TO CRIMINAL HISTORY INFORMATION

FILED DATE: 10/24/2019 3:52 PM  2019CH12407

FILED DATE: 10/24/2019 3:52 PM    2019CH12407

IAFIS FBI RESPONSE - DATE: Tue Jan 09 13:45:53 CST 2018 ORI: ██████ TCN:██████████

**CHICAGO PUBLIC SCHOOLS - HUMAN RESOURCES**
**42 W. MADISON, GARDEN LEVEL**
**SAFETY AND SECURITY-BACKGROUND CHECK TEAM**
**CHICAGO,IL 60602**

**FBI RESPONSE**

THE FOLLOWING IS IN RESPONSE TO YOUR SUBMISSION WHICH WAS SENT TO THE FEDERAL BUREAU OF INVESTIGATION. IF YOU HAVE ANY QUESTIONS REGARDING THIS RESPONSE, PLEASE CONTACT THE FBI HELP DESK :

**FBI HELP DESK**
**PHONE NUMBER: 1-304-625-2000**

---

**IDENTIFIERS**

---

**RESULT:NH**

| | | | |
|---|---|---|---|
| DCN: ██████ | TCN: ██████ | RESPONSE DATE: | 2018/01/09 0:0:0 |
| SUBM TYPE: | ORI: ██ | FBI ICN: | ██████████ |
| NAME: CRUZ, JERICO M | EMPLOYER#: ██████ | SSN: | ██ |
| SEX CODE: M | RACE CODE: A | DOB: | 1987 |

---

**FBI RESPONSE**

THIS FEDERAL BUREAU OF INVESTIGATION RAPSHEET IS IN RESPONSE TO YOUR
SUBMISSION SENT TO THE FBI:
CIVIL APPLICANT RESPONSE

ICN ██████████ CIDN OCA NO-OCA
CRUZ,JERICO M DOB 1987/06/14
MNU SOC██████SEX M RAC A HGT ██
██████EDUC REF ACT UNIT
JOLIET IL 2018/01/09
A SEARCH OF THE FINGERPRINTS ON THE ABOVE
INDIVIDUAL HAS REVEALED NO PRIOR ARREST
DATA. CJIS DIVISION
2018/01/09 FEDERAL BUREAU OF INVESTIGATION

██████
EDUC REFORM ACT UNIT
EDUC REF ACT UNIT
ATTN CIVIL PROCESSING
260 N CHICAGO ST
JOLIET,IL 60432

page 1 of 1

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

MercyWorks @ Dearborn Station
47 West Polk Street
Suite G1
Chicago, IL  60605
Phone:  312-567-6701
Fax:  312-583-1712

# Drug Screen Results Letter Custom

**To:**  Lisa Wrightsell
Chicago Public Schools
~~lwrightsell@cps.edu~~
320 N. Elizabeth, 1st Floor
Chicago, IL  60607

---

| | |
|---|---|
| Name: | Jerico M. Cruz |
| Patient ID: | ███████ |
| Collection Date & Time: | 01/08/2018        13:05 |
| Specimen ID #: | ███████ |
| Drug Test Profile: | 10 Panel Drug Screen/Nitrates |
| Drugs Tested For: | Amphetamines |
| | Barbiturates |
| | Benzodiazepines |
| | Chromium |
| | Cocaine |
| | Marijuana (THC) |
| | Methadone |
| | Methaqualone |
| | Nitrites |
| | Opiates |
| | Phencyclidine |
| | Propoxyphene |
| Collection Site: | MercyWorks at Dearborn |
| | 47 West Polk |
| | Suite G1 |
| | Chicago, IL  60605 |
| Collector: | Roshandra C. Marshall, CMA |
| Laboratory: | Medtox Laboratories |
| | 402 West County Road D |
| | Saint Paul, MN  55112 |
| Test Reason: | Applicant Testing |
| Result: | **Negative** |
| MRO Verified On: | 01/09/2018 |
| Date CCF Received: | 01/08/2018 |

Printed:  03/30/2018    3:53:29PM

MRO MercyWorks
Medical Review Officer

_____
Date of Review and Verification

FILED DATE: 10/24/2019 3:52 PM   2019CH12407



FILED DATE: 10/24/2019 3:52 PM   2019CH12407

Check (✓) in red if problem.  ☐ MEDICAL ALERT  ☐ VISION  ☐ HEARING  ☐ SPEECH

| EL. 104<br>(Rev. 9/90)<br>Com. No. 184 | CHICAGO PUBLIC SCHOOLS<br>**REGISTRATION CARD**<br>(All entries must be typed or printed in black ink.) | SCHOOL _Budlong_<br>DISTRICT _____ | ROOM<br>NUMBER |
|---|---|---|---|

Boy ___✓___  Girl _____   4123   8

| NAME OF<br>STUDENT | *Cruz*     *Jerico* | | |
|---|---|---|---|
| | (LAST) | (FIRST) | (MIDDLE) |

| STUDENT<br>I.D. No. | | PLACE OF<br>BIRTH | *Philippines* | |
|---|---|---|---|---|
| | | | (CITY) | (STATE OR COUNTRY) |

| DATE OF<br>BIRTH | *____ -87* | BIRTH VERIFICATION<br>NUMBER | |
|---|---|---|---|
| NAME OF<br>FATHER | | Check if non-<br>custodial parent ☐ | NAME OF<br>GUARDIAN |
| NAME OF<br>MOTHER | | Check if non-<br>custodial parent ☐ | MOTHER'S<br>MAIDEN NAME |

| NAME/LOCATION OF LAST<br>SCHOOL ATTENDED | *Philippines* |
|---|---|
| NAME/LOCATION OF SCHOOL<br>TRANSFERRED TO | *Amundsen H.S.* |

| DATE OF<br>ENTRY | | DATE OF<br>TRANSFER | | DATE OF<br>REENTRY | |
|---|---|---|---|---|---|

| DATE OF<br>GRADUATION | *6/12/01* | DATE STUDENT PASSED U.S. AND<br>ILLINOIS CONSTITUTION TESTS | *5/21/01* |
|---|---|---|---|

**RESIDENTIAL INFORMATION**

| DATE | ADDRESS | TELEPHONE NO. |
|---|---|---|
| *09-13-01* | | |

**WHEN A STUDENT TRANSFERS, ENTER THE NEW ADDRESS BELOW**

| | | |
|---|---|---|
| | | |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

## MARKING SYMBOLS AND CODES

**Preschool and Kindergarten**
Indicate the readiness level based on the child's
developmental growth using the symbols
+ Well developed
/ Partially developed
● Not yet developed

**Grades 1-8**
Indicate the child's achievement
using the code
A - Excellent          D - Needs improvement
B - Good               F - Unsatisfactory
C - Satisfactory

| SCHOOL YEAR | | ROOM NUMBER | GRADE | DAYS PRESENT | DAYS ABSENT | READING | MATHE-MATICS | GRADE NEXT TERM | TEACHER'S INITIALS |
|---|---|---|---|---|---|---|---|---|---|
| 2000 | 2001 | 403 | 3 | 70 | 0 | B | A | 9 | VB |
| 19 | -19 | | | | | | | | |
| 19 | -19 | | | | | | | | |
| 19 | -19 | | | | | | | | |
| 19 | -19 | | | | | | | | |
| 19 | -19 | | | | | | | | |
| 19 | -19 | | | | | | | | |
| 19 | -19 | | | | | | | | |
| 19 | -19 | | | | | | | | |
| 19 | -19 | | | | | | | | |
| 19 | -19 | | | | | | | | |
| 19 | -19 | | | | | | | | |

### MEDICAL ALERT

Write in layman's terms the nature of any medical
alert that is noted on the Student Health and
Immunization Information form and enter the date
staff was made aware of the alert.

### EXAMINATION OF RECORDS

Record below the date that records were examined
by parents or their designee or the court (subpoena)
and the names of the individuals who viewed
the records.

DATE          NAMES OF INDIVIDUALS
              WHO EXAMINED RECORDS

**CPS** Chicago Public School
High School Transcript of Student Progress

AMUNDSEN H S (1210)
5110 N DAMEN AV
Chicago, Illinois 60625

FILED DATE: 10/24/2019 3:52 PM 2019CH12407

| Name: CRUZ JERICO MATIAS, | State SIS ID: | Guardian: | (P) | Date Graduated: 06/17/2005 |
|---|---|---|---|---|

CPS ID:
Born: '87 (M)

Address: 5135 N KEATING AV
Chicago, Illinois 60630
( 1/8/2019 - 501 )

PAGE 1

| REQUIREMENT - | REQUIREMENT - | NON-CREDIT REQUIREMENT - COMPLETED | |
|---|---|---|---|
| 4 ENGLISH | 2 FINE ARTS | 40 HOURS OF SERVICE LEARNING CREDIT | 233.00 |
| 3 MATHEMATICS | 2 PHYSICAL ED OR ROTC | DRIVER EDUCATION | 1/03 |
| 3 SCIENCE | 2 CAREER ED OR ROTC | CONSTITUTION (PL195) | 1/03 |
| 3 SOCIAL SCIENCE | 3 ELECTIVES | CONSUMER EDUCATION | |
| 2 WORLD LANGUAGES | | | |

A MINIMUM OF 24 TOTAL CREDITS IS REQUIRED FOR A CPS DIPLOMA

### FRESHMAN YEAR

| SEMESTER ENDING | DAYS ABSENT | TIMES TARDY | CLASS RANK |
|---|---|---|---|
| 01/2002 | 2.0 | 0.0 | 1 / 442 |
| CumGPA: 4.1429 | | Unweighted: 4.0000 | |
| 06/2002 | 0.0 | 0.0 | 1 / 425 |
| CumGPA: 4.1429 | | Unweighted: 4.0000 | |

**FIRST SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | ENGLISH | 1 | 1 | | 0.5000 |
| R | READING WORKSHOP | 1 | 1 | | 0.5000 |
| R | WORLD STUDIES | 1 | 1 | | 0.5000 |
| H | BIOLOGY | 1 | 1 | | 0.5000 |
| R | ALGEBRA | 1 | 1 | | 0.5000 |
| | ART | 1 | 1 | | 0.5000 |
| | P.E./HEALTH | 1 | 1 | | 0.5000 |

SEM WEIGHTED GPA: 4.1429     3.5000

**SECOND SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | ENGLISH | 1 | 2 | | 0.5000 |
| R | READING WORKSHOP | 1 | 2 | | 0.5000 |
| R | WORLD STUDIES | 1 | 2 | | 0.5000 |
| H | BIOLOGY | 1 | 2 | | 0.5000 |
| R | ALGEBRA | 1 | 2 | | 0.5000 |
| | ART | 1 | 2 | | 0.5000 |
| | P.E./HEALTH | 1 | 2 | | 0.5000 |

SEM WEIGHTED GPA: 4.1429     3.5000

### SOPHOMORE YEAR

| SEMESTER ENDING | DAYS ABSENT | TIMES TARDY | CLASS RANK |
|---|---|---|---|
| 01/2003 | 2.0 | 0.0 | 3 / 387 |
| CumGPA: 4.1905 | | Unweighted: 3.9524 | |
| 06/2003 | 2.0 | 0.0 | 3 / 379 |
| CumGPA: 4.2500 | | Unweighted: 3.9643 | |

**FIRST SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| | DRIVER ED CLASSROOM | 1 | 0 | | 0.0000 |
| H | AMERICAN LITERATURE | 1 | 1 | | 0.5000 |
| R | READING WORKSHOP | 2 | 1 | | 0.5000 |
| | PUBLIC LAW 195 TEST | 1 | 0 | | 0.0000 |
| H | UNITED STATES HIST | 1 | 1 | | 0.5000 |
| H | ENVIRONMENTAL SCI | 1 | 1 | | 0.5000 |
| R | GEOMETRY | 1 | 1 | | 0.5000 |
| R | SPANISH ONE | 1 | 1 | | 0.5000 |
| | FIRST QTR DE/PE | 2 | 1 | | 0.5000 |

SEM WEIGHTED GPA: 4.2857     3.5000

**SECOND SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| H | AMERICAN LITERATURE | 1 | 2 | | 0.5000 |
| H | READING WORKSHOP | 2 | 2 | | 0.5000 |
| H | UNITED STATES HIST | 1 | 2 | | 0.5000 |
| H | ENVIRONMENTAL SCI | 1 | 2 | | 0.5000 |
| R | GEOMETRY | 1 | 2 | | 0.5000 |
| R | SPANISH ONE | 1 | 2 | | 0.5000 |
| | FIRST QTR DE/PE | 2 | 2 | | 0.5000 |

SEM WEIGHTED GPA: 4.4286     3.5000

### JUNIOR YEAR

| SEMESTER ENDING | DAYS ABSENT | TIMES TARDY | CLASS RANK |
|---|---|---|---|
| 01/2004 | 1.0 | 0.0 | 8 / 314 |
| CumGPA: 4.1714 | | Unweighted: 3.7714 | |
| 06/2004 | 2.0 | 0.0 | 8 / 298 |
| CumGPA: 4.1190 | | Unweighted: 3.6429 | |

**FIRST SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| H | BRITISH LIT. IB | 3 | 1 | | 0.5000 |
| A | TOK/EXTEND ESSAY IB | 1 | 1 | | 0.5000 |
| H | HIST OF AMERICAS IB | 1 | 1 | | 0.5000 |
| H | BIOCHEMICAL BIOL IB | 1 | 1 | | 0.5000 |
| H | MATH STUDIES IB | 2 | 1 | | 0.5000 |
| H | SPANISH | 3 | 1 | | 0.5000 |
| H | VISUAL ARTS IB | 1 | 1 | | 0.5000 |

SEM WEIGHTED GPA: 3.8571     3.5000

**SECOND SEMESTER**

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| H | BRITISH LIT IB | 3 | 2 | | 0.5000 |
| A | TOK/EXTEND ESSAY IB | 1 | 2 | | 0.5000 |
| H | HIST OF AMERICAS IB | 1 | 2 | | 0.5000 |
| H | BIOCHEMICAL BIOL IB | 1 | 2 | | 0.5000 |
| H | MATH STUDIES IB | 2 | 2 | | 0.5000 |
| H | SPANISH | 3 | 2 | | 0.5000 |
| H | VISUAL ARTS IB | 1 | 2 | | 0.5000 |

SEM WEIGHTED GPA: 3.8571     3.5000



**Chicago Public School**
**High School Transcript of Student Progress**

AMUNDSEN H S (1210)
5110 N DAMEN AV
Chicago, Illinois 60625

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

Name: CRUZ JERICO MATIAS,          State SIS ID:          Guardian:          (P)   Date Graduated: 06/17/2005
CPS ID:                                                    Address: 5135 N KEATING   AV
Born:      57    (M)                                       Chicago, Illinois 60630
                                                          ( 1/8/2019 - 501 )
                                                                                                    PAGE 2

## SENIOR YEAR

| SEMESTER ENDING | DAYS ABSENT | TIMES TARDY | CLASS RANK |
|---|---|---|---|
| 01/2005 | 1.0 | 0.0 | 11 / 290 |
| CumGPA: 4.1020 | | Unweighted: 3.6327 | |
| 06/2005 | 1.0 | 0.0 | 14 / 271 |
| CumGPA: 4.1250 | | Unweighted: 3.6607 | |

## FIRST SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | WORLD LITERATURE | 1 | 1 | | 0.5000 |
| N | FILM STUDY/ENGLISH | 1 | 1 | | 0.5000 |
| N | PSYCHOLOGY | 1 | 1 | | 0.5000 |
| H | MODERN WORLD HIST | 1 | 1 | | 0.5000 |
| R | PHYSICS | 1 | 1 | | 0.5000 |
| A | BIOCHEMICAL BIOL IB | 2 | 1 | | 0.5000 |
| | GEN MUSIC | 1 | 1 | | 0.5000 |

SEM WEIGHTED GPA: 4.0000          3.5000

## SECOND SEMESTER

| LV | SUBJECT NAME | YR | SM | GRADE | CREDIT |
|---|---|---|---|---|---|
| R | WORLD LITERATURE | 1 | 2 | | 0.5000 |
| N | PSYCHOLOGY | 1 | 2 | | 0.5000 |
| H | MODERN WORLD HIST | 1 | 2 | | 0.5000 |
| R | PHYSICS | 1 | 2 | | 0.5000 |
| A | BIOCHEMICAL BIOL IB | 1 | 2 | | 0.5000 |
| | COMPUTER INFO TECH | 1 | 2 | | 0.5000 |
| | GEN MUSIC | 1 | 2 | | 0.5000 |

SEM WEIGHTED GPA: 4.2857          3.5000

### ACADEMIC INFORMATION

CUMULATIVE WEIGHTED GPA:          4.1250
CUMULATIVE UNWEIGHTED GPA:        3.6607

CARNEGIE UNITS ATTEMPTED:         28.00
CARNEGIE UNITS COMPLETED:         28.00

CLASS RANK:   14
CLASS SIZE:   271
AS OF:   06/2005

### STANDARDIZED SCORES

PRAIRIE STATE ACHIEVEMENT EXAM

READING
MATH
WRITING
SCIENCE
SOCIAL SCI

### HONORS AND ACTIVITIES

### TRANSFER CREDITS

Official Record
Chicago Public Schools
JAN 0 8 2019
Department of Compliance
Former Student Records

FILED DATE: 10/24/2019 3:52 PM　2019CH12407

Jerico M. Cruz
Oct 14, 2017 05:23 am

# Academic Transcript

Courses below 100 level do **not** count toward graduation.

Transfer Credit    Institution Credit    Transcript Totals

### *Transcript Data*
### STUDENT INFORMATION

| | |
|---|---|
| **Name :** | Jerico M. Cruz |
| **Birth Date:** | 14-JUN |

### Curriculum Information

**Current Program**

| | |
|---|---|
| **College:** | Arts and Sciences |
| **Major and Department:** | A&S-Economics, Economics |

\*\*\*Transcript type:UNOF Unofficial is NOT Official \*\*\*

### DEGREE INFORMATION:

**Awarded:** Bachelor of Arts  **Degree Date:**    May 12, 2009
### Curriculum Information

**Primary Degree**
**Major:**                A&S-Economics

### TRANSFER CREDIT ACCEPTED BY INSTITUTION        -Top-

:        Harry S Truman College

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| BIO | 299T | Biology-Transfer | TB | 4.000 | | |
| BIOL | 299 | Biology-Transfer | TA | 4.000 | | |
| CHEM | 232 | Organic Chemistry II | TB | 6.000 | | |
| SOC | 199 | Sociology-Transfer | TB | 3.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |

Unofficial Transcript

:        Benedictine University

| Subject | Course | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|
| ART | 199 | Art-Transfer | TA | 3.000 | | |
| BIO | 199 | Biology-Transfer | TB | 3.000 | | |
| BIO | 199L | Biology-Transfer | TB | 1.000 | | |
| CHEM | 199 | Chemistry-Transfer | TC | 3.000 | | |
| CHEM | 199 | Chemistry-Transfer | TC | 3.000 | | |
| CHEM | 199L | Chemistry-Transfer | TB | 1.000 | | |
| CMTC | 199 | Communication-Transfer | TA | 3.000 | | |
| ECON | 217 | Principles of Microeconomics | TC | 3.000 | | |

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ELEC | 199 | | Elective-Transfer | TA | 3.000 | ■■ | |
| ELEC | 199 | | Elective-Transfer | TA | 3.000 | ■■ | |
| ELEC | 299 | | Elective-Transfer | TA | 1.000 | ■■ | |
| ELEC | 299 | | Elective-Transfer | TA | 2.000 | ■■ | |
| ELEC | 299 | | Elective-Transfer | TB | 3.000 | ■■ | |
| ENGL | 101 | | Writing I | TA | 3.000 | ■■ | |
| ENGL | 102 | | Writing II | TB | 3.000 | ■■ | |
| ENGL | 299 | | English-Transfer | TB | 3.000 | ■■ | |
| HUM | 199 | | Humanities-Transfer | TB | 3.000 | ■■ | |
| PHIL | 299 | | Philosophy-Transfer | TA | 3.000 | ■■ | |
| PSYC | 199 | | Psychology-Transfer | TB | 3.000 | ■■ | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | ■■ | ■■ | ■■ | ■■ | ■■ | ■■ |

Unofficial Transcript

## INSTITUTION CREDIT    -Top-

Term: Fall 2007
**Academic Standing:**       Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| BIO | 202 | UG | General Biology II | ■ | 4.000 | ■■ | |
| CHEM | 231 | UG | Organic Chemistry I | ■ | 4.000 | ■■ | |
| ECON | 215 | UG | Principles of Macroeconomics | ■ | 3.000 | ■■ | |
| MATH | 187 | UG | Calculus I | ■ | 4.000 | ■■ | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | ■■ | ■■ | ■■ | ■■ | ■■ | ■■ |
| Cumulative: | ■■ | ■■ | ■■ | ■■ | ■■ | ■■ |

Unofficial Transcript

Term: Spring 2008
**Academic Standing:**       Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ECON | 220 | UG | Business & Economic Stats I | ■ | 3.000 | ■■ | |
| MATH | 202 | UG | Calculus II | ■ | 4.000 | 8.00 | |
| MATH | 243 | UG | Linear Algebra I | ■ | 3.000 | 0.00 | |
| MATH | 251 | UG | Discrete Mathematics | ■ | 3.000 | 3.00 | |
| PHYS | 206 | UG | University Physics I | ■ | 3.000 | 6.00 | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | ■■ | ■■ | ■■ | ■■ | ■■ | ■■ |
| Cumulative: | ■■ | ■■ | ■■ | ■■ | ■■ | ■■ |

Unofficial Transcript

Term: Summer 2008
**Academic Standing:**       Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ECON | 309 | UG | Public Finance | ■ | 3.000 | ■■ | |
| ECON | 313 | UG | Econ Hist Of Europe | ■ | 3.000 | ■■ | |
| MUS | 101 | UG | The Musical Experience | ■ | 3.000 | ■■ | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

FILED DATE: 10/24/2019 3:52 PM  2019CH12407

| | | | | | | |
|---|---|---|---|---|---|---|
| Current Term: | 9.000 | 9.000 | 9.000 | 9.000 | 33.00 | 3.67 |
| Cumulative: | 40.000 | 37.000 | 37.000 | 37.000 | 107.00 | 2.89 |

Unofficial Transcript

**Term: Fall 2008**
**Academic Standing:** Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| CS | 200 | UG | Programming I | | 3.000 | | |
| ECON | 304 | UG | Intermed Microeconomic Theory | | 3.000 | | |
| ECON | 318 | UG | Intro Econometrics & Forcstng | | 3.000 | | |
| ECON | 333 | UG | Urban Economics | | 3.000 | | |
| PHYS | 203 | UG | Physics I Lab | | 1.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | | | | | | |
| Cumulative: | | | | | | |

Unofficial Transcript

**Term: Spring 2009**
**Academic Standing:** Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| CS | 207 | UG | Programming II | | 0.000 | | |
| CS | 300 | UG | Client Side Web Dev't | | 3.000 | | |
| ECON | 303 | UG | Intermed Macroeconomic Theory | | 3.000 | | |
| ECON | 307 | UG | Money And Banking | | 3.000 | | |
| PSCI | 216 | UG | American National Government | | 3.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | | | | | | |
| Cumulative: | | | | | | |

Unofficial Transcript

**Term: Summer 2010**
**Academic Standing:** Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| BLAW | 285 | UG | Legal Environment Of Business | | 0.000 | | |
| MKTG | 350 | UG | Principles Of Marketing | | 3.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| Current Term: | | | | | | |
| Cumulative: | | | | | | |

Unofficial Transcript

**Term: Spring 2012**
**Academic Standing:** Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ACTG | 201 | UG | Intro To Financial Accounting | | 3.000 | | |
| BLAW | 285 | UG | Legal Environment Of Business | | 3.000 | | |
| MNGT | 370 | UG | WIP:Managng Global Bus Orgaztn | | 3.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|

**Current Term:**
**Cumulative:**

Unofficial Transcript

**Term: Fall 2012**
**Academic Standing:**    Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---------|--------|-------|-------|-------|--------------|----------------|---|
| ACTG | 202 | UG | Intro To Managerial Accounting | | 3.000 | | |
| FINA | 360 | UG | Prin Financial Management | | 3.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|--|---------------|--------------|--------------|-----------|----------------|-----|
| **Current Term:** | | | | | | |
| **Cumulative:** | | | | | | |

Unofficial Transcript

**Term: Spring 2013**
**Academic Standing:**    Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---------|--------|-------|-------|-------|--------------|----------------|---|
| ACTG | 301 | UG | Cost Accounting I | | 0.000 | | |
| ACTG | 321 | UG | Intermediate Financial Actg I | | 0.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|--|---------------|--------------|--------------|-----------|----------------|-----|
| **Current Term:** | | | | | | |
| **Cumulative:** | | | | | | |

Unofficial Transcript

**Term: Summer 2013**
**Academic Standing:**    Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---------|--------|-------|-------|-------|--------------|----------------|---|
| PEMA | 163 | UG | Golf | | 1.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|--|---------------|--------------|--------------|-----------|----------------|-----|
| **Current Term:** | | | | | | |
| **Cumulative:** | | | | | | |

Unofficial Transcript

**Term: Spring 2014**
**Academic Standing:**    Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---------|--------|-------|-------|-------|--------------|----------------|---|
| PSYC | 310 | UG | Developmental Psychology | | 3.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|--|---------------|--------------|--------------|-----------|----------------|-----|
| **Current Term:** | | | | | | |
| **Cumulative:** | | | | | | |

Unofficial Transcript

**Term: Summer 2014**
**Academic Standing:**    Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---------|--------|-------|-------|-------|--------------|----------------|---|
| PEMA | 332 | UG | Yoga Philosophy & Practice | | 3.000 | | |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

FILED DATE: 10/24/2019 3:52 PM  2019CH12407



| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |
| **Cumulative:** | | | | | | |

Unofficial Transcript

**Term: Fall 2014**
**Academic Standing:**      Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| PSYC | 330 | UG | Psychology Of Personality | | 3.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |
| **Cumulative:** | | | | | | |

Unofficial Transcript

**Term: Fall 2016**
**Academic Standing:**      Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ANTH | 212 | UG | Intro to Cultural Anthropology | | 3.000 | | |
| DANC | 131 | UG | Introduction To Spanish Dance | | 3.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |
| **Cumulative:** | | | | | | |

Unofficial Transcript

**Term: Spring 2017**
**Academic Standing:**      Good Standing

| Subject | Course | Level | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| ENGL | 235 | UG | Intro To Creative Writing I | | 3.000 | | |
| ENGL | 240A | UG | Elements of Style for CR Write | | 3.000 | | |

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Current Term:** | | | | | | |
| **Cumulative:** | | | | | | |

Unofficial Transcript

**TRANSCRIPT TOTALS (UNDERGRADUATE)      -Top-**

| | Attempt Hours | Passed Hours | Earned Hours | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|---|
| **Total Institution:** | | | | | | |
| **Total Transfer:** | | | | | | |
| **Overall:** | | | | | | |

Unofficial Transcript

**RELEASE: 8.7.1**

© 2017 Ellucian Company L.P. and its affiliates.

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

# ILLINOIS

# University of Illinois Student Schedule - Concise

Jerico M. Cruz
Spring 2011 - Urbana-Champaign
Apr 15, 2019 10:48 am

To **print your University of Illinois schedule,** follow the print instructions for your web browser as you would to print any web page.

You may view a mobile version of your daily schedule on the Student Mobile web application. Upon accessing the http://go.illinois.edu/StudentMobile url, bookmark the site and add it to your home screen for future use. Enterprise ID and password authentication is required to view personal information.

| | | |
|---|---|---|
| **Name:** | Jerico M. Cruz | **Address:** 5135 N Keating Ave |
| **Classification:** | Graduate | Chicago, Illinois 60630-1743 Cook |
| **Level:** | Graduate - Urbana-Champaign | |
| **College:** | Graduate College | |
| **Major and Department:** | Economics, Economics | |
| | Graduate College | |
| **Major Concentration:** | Policy Economics | |

| CRN | Course | Title | Campus | Credits | Level | Start Date | End Date | Days | Time | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40499 | ECON 508 BDA | Applied Econometrics | Urbana-Champaign | 0.000 | 1G | Jan 18, 2011 | May 04, 2011 | F | 10:30 am - 11:50 am | David Kinley Hall 215 | |
| 39864 | ECON 508 BLM | Applied Econometrics | Urbana-Champaign | 4.000 | 1G | Jan 18, 2011 | May 04, 2011 | MW | 3:30 pm - 5:20 pm | David Kinley Hall 215 | |
| 33679 | ECON 522 M | International Financial Econ | Urbana-Champaign | 4.000 | 1G | Jan 18, 2011 | May 04, 2011 | MW | 10:00 am - 11:50 am | English Building 160 | |
| 48722 | ECON 523 2 | Business International Econ | Urbana-Champaign | 4.000 | 1G | Jan 18, 2011 | May 04, 2011 | TR | 4:30 pm - 5:50 pm | Gregory Hall 100 | |
| 33686 | ECON 550 1 | Econ of Development and Growth | Urbana-Champaign | 4.000 | 1G | Jan 18, 2011 | May 04, 2011 | TR | 12:30 pm - 1:50 pm | David Kinley Hall 123 | |
| | | | **Total Credits:** | **16.000** | | | | | | | |

**RELEASE: 8.7.1**

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

# ILLINOIS

# University of Illinois Student Schedule - Concise

███████ Jerico M. Cruz
Fall 2010 - Urbana-Champaign
Apr 15, 2019 10:47 am

☟ To **print your University of Illinois schedule,** follow the print instructions for your web browser as you would to print any web page.

🔢 You may view a mobile version of your daily schedule on the Student Mobile web application. Upon accessing the http://go.illinois.edu/StudentMobile url, bookmark the site and add it to your home screen for future use. Enterprise ID and password authentication is required to view personal information.

| | | |
|---|---|---|
| **Name:** | Jerico M. Cruz | |
| **Classification:** | Graduate | |

**Address:** 5135 N Keating Ave
Chicago, Illinois 60630-1743
Cook

| | |
|---|---|
| **Level:** | Graduate - Urbana-Champaign |
| **College:** | Graduate College |
| **Major and Department:** | Economics, Economics |
| | Graduate College |
| **Major Concentration:** | Policy Economics |

| CRN | Course | Title | Campus | Credits | Level | Start Date | End Date | Days | Time | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42432 | ECON 500 M1 | General Microeconomic Theory | Urbana-Champaign | 4.000 | 1G | Aug 23, 2010 | Dec 08, 2010 | MW | 12:00 pm - 1:50 pm | Wohlers Hall 226 | ███ |
| | | | | | | Aug 23, 2010 | Dec 08, 2010 | F | 12:30 pm - 1:50 pm | Wohlers Hall 245 | ███ |
| 39137 | ECON 506 M | Economic Statistics | Urbana-Champaign | 4.000 | 1G | Aug 23, 2010 | Dec 08, 2010 | F | 8:00 am - 9:20 am | Wohlers Hall 245 | ███ |
| | | | | | | Aug 23, 2010 | Dec 08, 2010 | TR | 1:00 pm - 2:50 pm | Wohlers Hall 226 | ███ |
| 30052 | ECON 509 M | General Macroeconomic Theory | Urbana-Champaign | 4.000 | 1G | Aug 23, 2010 | Dec 08, 2010 | TR | 8:00 am - 9:50 am | David Kinley Hall 119 | ███ |
| | | | | | | Aug 23, 2010 | Dec 08, 2010 | F | 2:00 pm - 3:20 pm | Wohlers Hall 245 | ███ |
| 30061 | ECON 564 M | The Theory of Monetary Policy | Urbana-Champaign | 4.000 | 1G | Aug 23, 2010 | Dec 08, 2010 | TR | 3:30 pm - 5:20 pm | Armory 331 | ███ |
| | | **Total Credits:** | | **16.000** | | | | | | | |

**RELEASE: 8.7.1**

# ILLINOIS

# University of Illinois Student Schedule - Concise

████████ Jerico M. Cruz
Summer 2011 - Urbana-Champaign
Apr 15, 2019 10:49 am

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

To **print your University of Illinois schedule**, follow the print instructions for your web browser as you would to print any web page.

You may view a mobile version of your daily schedule on the Student Mobile web application. Upon accessing the http://go.illinois.edu/StudentMobile url, bookmark the site and add it to your home screen for future use. Enterprise ID and password authentication is required to view personal information.

| | | |
|---|---|---|
| **Name:** | Jerico M. Cruz | **Address:** 5135 N Keating Ave |
| **Classification:** | Graduate | Chicago, Illinois 60630-1743 |
| | | Cook |
| **Level:** | Graduate - Urbana-Champaign | |
| **College:** | Graduate College | |
| **Major and Department:** | Economics, Economics | |
| | Graduate College | |
| **Major Concentration:** | Policy Economics | |

| CRN | Course | Title | Campus | Credits | Level | Start Date | End Date | Days | Time | Location | Instructor |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30571 | ECON 552 M | Computable G E Modeling | Urbana-Champaign | 4.000 | 1G | Jun 13, 2011 | Aug 04, 2011 | MTWR | 3:00 pm - 4:50 pm | Davenport Hall 338 | ████ |
| 30568 | ECON 563 M1 | Monetary Theory | Urbana-Champaign | 4.000 | 1G | Jun 13, 2011 | Aug 04, 2011 | MTWR | 1:00 pm - 2:50 pm | David Kinley Hall 119 | ████ |
| | | | **Total Credits:** | **8.000** | | | | | | | |

## RELEASE: 8.7.1



FILED DATE: 10/24/2019 3:52 PM   2019CH12407

Rahm Emanuel                Department of Police · City of Chicago              Eddie T. Johnson
Mayor                         3510 S. Michigan Avenue · Chicago, Illinois 60653      Superintendent of Police
Superintendent of Police

13 March 2019

Jerico Cruz

### NOTICE OF RESPONSE TO FOIA REQUEST
### FOIA FILE NO.:      P474931

Dear Mr. Cruz:

The Chicago Police Department is in receipt of your Freedom of Information Act (FOIA) request
for the following:

> "Case Incident Report for RD # JC165149."

Your request was reviewed by the undersigned.  The Original Case Incident Report can be provided.

Please be advised that we have redacted certain information as explained below.

Section 7(1)(b) exempts from disclosure "[p]rivate information, unless disclosure is required by

another provision of this Act, a State or federal law or a court order." 5 ILCS 140/7(1)(b). The FOIA,

in 5 ILCS 140/2(c-5), defines "private information" as follows:

> "Private information" means unique identifiers, including a person's driver's
> license number, employee identification number, biometric identifiers, personal
> financial information, passwords or other access codes, medical records, home
> or personal telephone numbers, and personal email addresses. Private
> information also includes *home address* and personal license plates, except as
> otherwise provided by law or when compiled without possibility of attribution to
> any person."

Therefore, department employee user codes and employee identification numbers, are exempt and
were properly redacted pursuant to Section 7(1)(b).

In addition, and the names of those who provided information to the police were also redacted,
as they are exempt from disclosure pursuant to 5 ILCS 140/7(1)(c) of FOIA.  Section 7(1)(c) exempts
from inspection and copying the following:

> "[P]ersonal information contained within public records, the disclosure of which would

constitute a clearly unwarranted invasion of personal privacy... 'Unwarranted invasion of personal privacy' means the disclosure of information is that highly personal or objectionable to reasonable person and in which the subject's right to privacy outweighs any legitimate public interest in obtaining the information." *Id.*

The available redacted record you have requested is enclosed. If I can be of further assistance, Please contact me at the following address:

> Chicago Police Department
> Attention: Freedom of Information Officer
> Office of Legal Affairs Unit 114
> 3510 S. Michigan Ave.
> Chicago, IL 60653

You have the right to have a denial reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General, 500 S. Second St., Springfield, IL 62706, (877)299-3642. You also have the right to seek judicial review of your denial by filing a lawsuit in the Cook County Circuit Court under 5 ILCS 140/11.

Sincerely,


Cindy Lynch
Freedom of Information Officer
Department of Police

FILED DATE: 10/24/2019 3:52 PM 2019CH12407

CHICAGO POLICE DEPARTMENT
# ORIGINAL CASE INCIDENT REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.389(6/03)-C)

**RD #:** JC165149

**EVENT #:** 1905606609

Case ID: 11606958  CASR229

FILED DATE: 10/24/2019 3:52 PM  2019CH12407

## PROGRESS

**INCIDENT**

IUCR: 1330 - Criminal Trespass - To Land

Occurrence Location: 5051 N Kenneth Ave
Chicago IL
300 - School, Public, Grounds

**Beat:** 1712

Occurrence Date: 19 February 2019 14:30

**Unit Assigned:** 1774
**RO Arrival Date:** 25 February 2019 13:00

**# Offenders:** 1

**NON OFFENDER**

## COMPLAINANT - Individual

Name ▮▮▮▮
Res: ▮▮▮▮

**Beat:** 1712

**Beat:** 5100

**Demographics**
Female

**Age:** 35 Years - Approx.

**Other Communications and Availability**
Business Phone: ▮▮▮▮

## VICTIM - Other

Name: PALMER SCHOOL
5051 N Kenneth Ave
Chicago, Il

**Beat:** 1712

**Demographics**

**Age:** Years

**Other Communications and Availability**
Residence Phone: ▮▮▮▮

**INJURIES**

Injury Info ▮▮▮▮ Complainant )
Responding Unit:

Injury Info (PALMER SCHOOL - Victim )
Responding Unit:

**SUSPECTS**

## Suspect #1

Name: CRUZ, Jerico
Res: 5135 N Keating Ave
Chicago IL

**Beat:** 1712

Empl: Chicago Public Schools
Substitute Teacher

**Demographics**
Male
White Hispanic

**Age:** 35 years - 37 years

**Other Communications and Availability**

Injury Info
Responding Unit:

RD #: JC165149

**Chicago Police Department - Incident Report**                    RD #:  JC165149



FILED DATE: 10/24/2019 3:52 PM  2019CH12407

**OTHER**

**Miscellaneous**

Victim Information Provided                                      Flash Message Sent ? No

---

**NARRATIVE**

#06609 IN SUMMARY, R/O WAS CALLED BY PRINCIPLE DIXON TO THE PALMER SCHOOL. ON ARRIVAL, ▮
(COMPLAINANT) EXPLAINED THAT THEY HAD A SUBSTITUTE TEACHER WORKING AT THE SCHOOL BACK IN DECEMBER
TO HELP WITH THE ANNUAL SCIENCE FAIR. WHILE JERICO CRUZ(OFFENDER) WAS WORKING AT THE SCHOOL,
SEVERAL COMPLAINTS WERE RECEIVED BY FEMALE STUDENTS DESCRIBING OFFENDERS BEHAVIOR AS WIERD. THE
SCHOOL FELT THAT THE COMPLAINTS WERE SERIOUS ENOUGH THAT NOTIFICATION WAS MADE IN DECEMBER TO THE
INSPECTOR GENERAL AND THAT VERY DAY JERICO CRUZ(OFFENDER) WAS SERVED A LETTER FROM THE INSPECTOR
GENERALS OFFICE STATING HE WAS UNDER A CHICAGO PUBLIC SCHOOL TITLE 9 INVESTIGATION AND WAS BAND
FROM PALMER SCHOOL. ON 19 FEB 19, JERICO CRUZ(OFFENDER) SHOWED UP AT THE SCHOOL WITH THE LETTER, HIS
RESUME, AND VERY AGGRESIVELY APPROACHED SCHOOL STAFF QUESTIONING THE INVESTIGATION. OFFENDER
CONTINUED TO ANGRILY QUESTION SCHOOL STAFF AND WAS EVENTUALLY ESCORTED OUT BY SECURITY. AT 1510
HOURS THE SAME DAY OFFENDER REAPPEARED AT TH SCHOOL STILL VERY ANGRY AND WAS ONCE AGAIN ESCORTED
OFF OF SCHOOL GROUNDS AND TOLD NOT TO RETURN. THE SCHOOL NOTIFIED THE HICAGO PUBLIC SCHOOL LAW
UNIT AND SAFETY AND SECURITY. AT THIS TIME ALL STAFF HAS BEEN MADE AWARE OF THE WHAT THE OFFENDER
LOOKS LIKE AND THAT HE IS NOT ALLOWED ON SCHOOL GROUNDS. VICTIM GIVEN VIN.

---

**PERSONNEL**

|  | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 1038 | ▮ | KOWALSKI, David, M | ▮ | 26 Feb 2019 01:12 | 017 |  |
| Detective/Investigator | 21212 | ▮ | DELDERFIELD, Geoffrey, J | ▮ | 26 Feb 2019 07:44 | - 630 |  |
| Reporting Officer | 12823 | ▮ | CANNING, Kathryn, M | ▮ | 25 Feb 2019 14:05 | 017 | 1774 |

---



FILED DATE: 10/24/2019 3:52 PM   2019CH12407

| Lori Lightfoot | **Department of Police · City of Chicago** | Eddie T. Johnson |
|---|---|---|
| Mayor | 3510 S. Michigan Avenue · Chicago, Illinois 60653 | Superintendent of Police |

23 May 2019

Mr. Jerico Cruz
Submitted Via Email:▬▬▬@cps.edu

Re:   NOTICE OF RESPONSE TO FOIA REQUEST
      FOIA FILE NO: P491569

Dear Mr. Cruz:

This notice is in response to your request received by the Chicago Police Department (CPD) for records and information under the Freedom of Information Act (FOIA), 5 ILCS 140 et seq.  Upon review by the undersigned, it was determined that you are seeking:

> "Please enclose a copy of the case incident report or RD#: JC165149, including the detective investigative report."

Enclosed please find the Original Case Incident Report and the Case Supplemental Reports for JC165149.  Please be advised that the Department has redacted certain information, as explained further below.

Section 7(1)(b) exempts from disclosure "[p]rivate information, unless disclosure is required by another provision of this Act, a State or federal law or a court order." 5 ILCS 140/7(1)(b). The FOIA, in 5 ILCS 140/2(c-5), defines "private information" as follows:

> "Private information" means unique identifiers, including a person's social security number, driver's license number, employee identification number, biometric identifiers, personal financial information, passwords or other access codes, medical records, *home or personal telephone numbers*, and personal email addresses. Private information also includes *home address* and personal license plates, except as otherwise provided by law or when compiled without possibility of attribution to any person." (Emphasis added)

Therefore, home addresses, telephone numbers, Driver's License Numbers and Department employee user codes are exempt and were properly redacted pursuant to Section 7(1)(b).

Names identified as victims and witness and identifying information of these individuals, such as their date of birth were redacted pursuant to Section 7(1)(c).

> 5 ILCS 140/7(1)(c) exempts from disclosure, "[p]ersonal information contained within public records, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy, unless the disclosure is consented to in writing by the individual subjects of the information."

Victims and witnesses have a strong interest in keeping their identity private and therefore their names were properly redacted pursuant to Section 7(1)(c) of FOIA. Moreover, dates of birth are highly personal and were also properly redacted pursuant to Section 7(1)(c) of FOIA.

Furthermore, names of persons who filed a complaint and/or provided information to law enforcement personnel have also been redacted pursuant to 5 ILCS 140/7(1)(d)(iv) which protects information that would:

> (iv)    unavoidably disclose the identity of a confidential source, confidential information furnished only by the confidential source, or persons who file complaints with or provide information to administrative, investigative, law enforcement, or penal agencies; except that the identities of witnesses to traffic accidents, traffic accident reports, and rescue reports shall be provided by agencies.

Names of persons such as victims(s) and/or witness(es) are exempt and were properly redacted to protect their identity.

You have the right to have a denial reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General, 500 S. Second St., Springfield, IL 62706, (877)299-3642. You also have the right to seek judicial review of your denial by filing a lawsuit in the Cook county Circuit Court under 5 ILCS 140/11.

Sincerely,
K. Threatt
Freedom of Information Act Officer

FILED DATE: 10/24/2019 3:52 PM    2019CH12407

**Chicago Police Department - Incident Report**

RD #: JC165149

FILED DATE: 10/24/2019 3:52 PM 2019CH12407

**OTHER DOMESTIC INFO**

Miscellaneous

Victim Information Provided

Flash Message Sent ? No

**NARRATIVE**

#06609 IN SUMMARY, R/O WAS CALLED BY PRINCIPLE DIXON TO THE PALMER SCHOOL. ON ARRIVAL, ████ (COMPLAINANT) EXPLAINED THAT THEY HAD A SUBSTITUTE TEACHER WORKING AT THE SCHOOL BACK IN DECEMBER TO HELP WITH THE ANNUAL SCIENCE FAIR. WHILE JERICO CRUZ(OFFENDER) WAS WORKING AT THE SCHOOL, SEVERAL COMPLAINTS WERE RECEIVED BY FEMALE STUDENTS DESCRIBING OFFENDERS BEHAVIOR AS WIERD. THE SCHOOL FELT THAT THE COMPLAINTS WERE SERIOUS ENOUGH THAT NOTIFICATION WAS MADE IN DECEMBER TO THE INPECTOR GENERAL AND THAT VERY DAY JERICO CRUZ(OFFENDER) WAS SERVED A LETTER FROM THE INSPECTOR GENERALS OFFICE STATING HE WAS UNDER A CHICAGO PUBLIC SCHOOL TITLE 9 INVESTIGATION AND WAS BAND FROM PALMER SCHOOL. ON 19 FEB 19, JERICO CRUZ(OFFENDER) SHOWED UP AT THE SCHOOL WITH THE LETTER, HIS RESUME, AND VERY AGGRESIVELY APPROACHED SCHOOL STAFF QUESTIONING THE INVESTIGATION OFFENDER CONTINUED TO ANGRILY QUESTION SCHOOL STAFF AND WAS EVENTUALLY ESCORTED OUT BY SECURITY. AT 1510 HOURS THE SAME DAY OFFENDER REAPPEARED AT TH SCHOOL STILL VERY ANGRY AND WAS ONCE AGAIN ESCORTE OFF OF SCHOOL GROUNDS AND TOLD NOT TO RETURN. THE SCHOOL NOTIFIED THE CHICAGO PUBLIC SCHOOL LAW UNIT AND SAFETY AND SECURITY. AT THIS TIME ALL STAFF HAS BEEN MADE AWARE OF THE WHAT THE OFFENDER LOOKS LIKE AND THAT HE IS NOT ALLOWED ON SCHOOL GROUNDS. VICTIM GIVEN VIN

*false statement*

**PERSONNEL**

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 1038 | ████ | KOWALSKI, David, M | ████ | 26 Feb 2019 01:12 | 017 | |
| Detective/Investigator | 21212 | ████ | DELDERFIELD, Geoffrey, J | ████ | 26 Feb 2019 07:44 | 630 | |
| Reporting Officer | 12823 | ████ | CANNING, Kathryn, M | ████ | 25 Feb 2019 14:05 | 017 | 1774 |

*Poorly written; false information*

*CPD never arrested your substitute employee; CPD never had a verbal altercation, physical violence, or aggressive behavior with your substitute employee.*



*[handwritten left margin: fraudulent email]*

*[handwritten left side: FILED DATE: 10/24/2019 3:52 PM   2019CH12407]*

**On Wed, Feb 27, 2019 at 1:05 PM Dixon, Jennifer ◀━━━━━━━▶ wrote:**
Here is the text from the verify report.

Update:  February 25, 2019 - On Tuesday, February 19th, Mr. Cruz came back into the school after getting his letter from the Inspector General.  He repeatedly asked the AP why he had gotten the letter.  His volume increased and the AP asked for him to leave. Security was asked to assist with this process.  Mr. Cruz came back again (after having been asked to leave) to bring us his resume, business card, and to sign into our main entrance log in sheet.  Title IX office (Jamel Thomson), Office of Safety and Security (Jadine Chou), Network One Chief (Julie McGlade), and Office Canning from CPD were informed of this incident on February 25th.  Please see attached police report.

*[handwritten left margin: ask the AP what the complaint is?]*

*[handwritten right margin: false]*

*[handwritten right margin: Correct]*

**JERICO M. CRUZ**
PO Box 300991
Chicago, IL 60630



https://www.linkedin.com/in/jericomcruz
https://jericomcruz.wordpress.com/

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

## PROFESSIONAL SUMMARY

An **Operation Enduring Freedom (OEF) US Army Veteran** with more than a decade of proven experience driving sustainable growth in finance, technology enablement, and professional services to business units serving startups, financial services, and technology firms. Provided leadership, training, and information analysis in support of operations for the United States Army. Provided private equity consulting and advisory services, including investment and financial planning in the middle market companies. Advised how to invest funds between low and middle market companies based on company's investment criteria and introductory preferences. Career supported by a **Master in Policy Economics, Bachelor in Economics, and various Training and Certification Courses.**

| Strategic Planning | Mergers / Acquisitions | Lean Operations |
| Leadership | New Business Development | Process Improvement |
| Finance / Accounting | Data / Budget Analysis | IT Strategies |

## PROFESSIONAL EXPERIENCE

**QUANTA STRATEGIES – Chicago, IL**
Principal Consultant                                                                                                          2018 – Present

Consult to different firms that need improvement on their marketing, advertising, public relations, and other B2B consulting services.

**CHICAGO PUBLIC SCHOOLS – Chicago, IL**
Substitute Teacher                                                                                                           2018 – 2019

Provided educational assistance as a substitute teacher from Pre-K to 12, with Special Education and Bilingual students for more than 70 schools citywide.

**UNITED GROUND EXPRESS – Chicago, IL**
Customer Service Representative                                                                                       2018 – 2018
Served and assisted United Airlines customers in the lobby.

**UNITED STATES ARMY/RESERVE/GUARD– Various Locations**
Psychological Operations Specialist / Motor Transport Operator                                        2006 – 2017
Assisted the Team Leader with tasks and training to accomplish mission success during inactive duty training or operations overseas.

**POSSORO CAPITAL – Various Global Locations**
VP of Marketing                                                                                                              2009 – 2015

Strategically deployed business development techniques and marketing strategies to increase the probabilities of closing deals from highly fragmented middle market companies (MMC) backed with years of experience of C-level executives working in multiple industries and / or specific industry.

**QA ENGINEERING SALES & SERVICES – Chicago, IL**
VP of Operation                                                                                                              2013 – 2015
Negotiated contracts with clients, maintained pricing strategies for parts and service, and built relationships with vendors.

**WORLD FINANCIAL GROUP – Chicago, IL**
Associate, Insurance Broker                                                                                          2013 – 2014
Advised individuals, families, small business owners, and other affluent clients on insurance products from different carriers.

| EDUCATION | CERTIFICATES | AWARDS |
|---|---|---|
| University of Illinois at Urbana-Champaign, Master of Science, Policy Economics – 2011 | Substitute Teaching License | Afghanistan Campaign Medal with One Bronze Service Star |
| Northeastern Illinois University, Bachelor of Arts, Economics – 2009 | Food Protection Manager, Servsafe | Armed Forces Reserve Medal and Mobilization with "M" Device |
| | Illinois Life & Health Insurance Producer | National Defense Service Medal with One Bronze Service Star |
| | City of Chicago Business Start-up Certificate Program | NATO Medal |
| US Army Psychological Operations Specialist – 2009 | Master Financial Planner, American Academy of Financial Management | **TECHNICAL SKILLS** |
| US Army Motor Transport Operator – 2006 | OSHA Hazardous Waste Operations & Emergency Response (40hrs) | CapXG, Computer Languages, Data Analytics, OneSource.com, R, SPSS, Salesforce.com, SAS, & Web Development |
| | US Army Hazardous Materials Training | |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407



FILED DATE: 10/24/2019 3:52 PM    2019CH12407

Hi Mr. Ciesil,

Thank you for answering your phone this afternoon.

My name is Jerico Matias Cruz; my Employee ID number is ▬▬▬▬.

I am requesting the CCTV footage for the following dates listed below from John M. Palmer Elementary School:

February 19, 2019: 1:30PM - 3:31PM (approximately)

February 25, 2019: 2:19PM - 3:10 PM (approximately)

If you have any questions or concerns, please email me.

Once again, thank you for your time and understanding.

Respectfully,

Jerico M. Cruz
Substitute Teacher
Chicago Public Schools

**Email Notice Confidentiality:** This email is covered by the Electronic Communications Privacy Act, 18 USC §§2510-2521. The confidential information contained in this e-mail is being transmitted to and is intended for the use of only the individual(s) to whom it is addressed. If the reader of this e-mail is not the intended recipient, you are hereby advised that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify me via jmcruz35@cps.edu and delete it afterward.Thank you for your cooperation.

--
Respectfully,

Jerico M. Cruz
Substitute Teacher
Chicago Public Schools

**Email Notice Confidentiality:** This email is covered by the Electronic Communications Privacy Act, 18 USC §§2510-2521. The confidential information contained in this e-mail is being transmitted to and is intended for the use of only the individual(s) to whom it is addressed. If the reader of this e-mail is not the intended recipient, you are hereby advised that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify me via jmcruz35@cps.edu and delete it afterward.Thank you for your cooperation.

  Jerico

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

## Fwd: Requesting the CCTV footage for the following dates listed below.
1 message

**Cruz, Jerico** <‌@cps.edu>                                    Sat, Mar 16, 2019 at 12:51 AM

--------- Forwarded message ----------
From: **Ciesil, James** <‌@cps.edu>
Date: Tue, Mar 5, 2019 at 8:50 PM
Subject: Re: Requesting the CCTV footage for the following dates listed below.
To: Cruz, Jerico <‌@cps.edu>
Cc: Jennifer Dixon <‌@cps.edu>, Stephen Caropreso <‌@cps.edu>, Lauren Clair-Mcclellan
<‌@cps.edu>, Mary Ernesti <‌@cps.edu>

Dear Mr. Cruz,

I have learned from the Board's Office of Safety and Security that there are no
cameras inside the school.  Thus, no video footage exists for the days that you
requested inside the school.

Sincerely,

Jim Ciesil


**James G. Ciesil**
**Deputy General Counsel**
**Chicago Board of Education**
**1 North Dearborn Street**
**Suite 900**
**Chicago, Illinois 60602**
**phone (773) 553-1643; fax (773) 553-1681**


NOTICE: This e-mail message and any attachment(s) transmitted with it may contain attorney-client privileged, attorney
work-product privileged, or otherwise confidential and privileged information intended solely for the use of the individual or
entity named above.  Receipt of this e-mail message or attachment(s) by any person or entity that is not the intended
recipient does not constitute a waiver of any applicable legal privilege.  If you are not the intended recipient of this e-mail or
attachment(s), dissemination, distribution, or copying of this e-mail or attachment(s) is strictly prohibited.  Please contact
the sender immediately if you received this message in error and permanently delete the original and any printout of the e-
mail.


On Tue, Mar 5, 2019 at 2:33 PM Cruz, Jerico <‌@cps.edu> wrote:

FILED DATE: 10/24/2019 3:52 PM 2019CH12407

Office of
**Inspector General**
**Chicago Board of Education**
Nicholas Schuler, Inspector General

February 7, 2019

Jerico Cruz
5135 N. Keating Avenue
Chicago, Illinois 60630

    *Re: OIG Case No. 18-01694*

Dear Mr. Cruz:

The Office of Inspector General kindly requests that you meet with Investigator Jemel Townsend at 567 W. Lake Street, Suite 1120, on Tuesday, February 21, 2019, at 11:00 a.m.

Pursuant to the Illinois School Code and Board Rules, the Office of Inspector General has the power and the authority to conduct investigations into allegations of waste, fraud, financial mismanagement and employee misconduct. You are being asked to appear for an interview pursuant to an ongoing investigation.

If you have any questions, please contact Investigator Jemel Townsend at (773) 534-9400. Thank you for your cooperation.

Sincerely,

*Nicholas Schuler*

Nicholas Schuler
Inspector General

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

Office of
**Inspector General**
**Chicago Board of Education**
Nicholas Schuler, Inspector General

February 14, 2019

Jerico Cruz
5135 N. Keating Avenue
Chicago, Illinois 60630

    *Re: OIG Case No. 18-01694*

Dear Mr. Cruz:

The Office of Inspector General kindly requests that you meet with Investigator Jemel Townsend at 567 W. Lake Street, Suite 1120, on Friday, March 1, 2019, at 11:00 a.m.

Pursuant to the Illinois School Code and Board Rules, the Office of Inspector General has the power and the authority to conduct investigations into allegations of waste, fraud, financial mismanagement and employee misconduct. You are being asked to appear for an interview pursuant to an ongoing investigation.

If you have any questions, please contact Investigator Jemel Townsend at (773) 534-9400. Thank you for your cooperation.

Sincerely,

*Nicholas Schuler*

Nicholas Schuler
Inspector General

(720 ILCS 5/21-3) (from Ch. 38, par. 21-3)
Sec. 21-3. Criminal trespass to real property.
(a) A person commits criminal trespass to real property when he or she:

(1) knowingly and without lawful authority enters or remains within or on a building;

(2) enters upon the land of another, after receiving, prior to the entry, notice from the owner or occupant that the entry is forbidden;

(3) remains upon the land of another, after receiving notice from the owner or occupant to depart;

(3.5) presents false documents or falsely represents his or her identity orally to the owner or occupant of a building or land in order to obtain permission from the owner or occupant to enter or remain in the building or on the land;

(3.7) intentionally removes a notice posted on residential real estate as required by subsection (1) of Section 15-1505.8 of Article XV of the Code of Civil Procedure before the date and time set forth in the notice; or

(4) enters a field used or capable of being used for growing crops, an enclosed area containing livestock, an agricultural building containing livestock, or an orchard in or on a motor vehicle (including an off-road vehicle, motorcycle, moped, or any other powered two-wheel vehicle) after receiving, prior to the entry, notice from the owner or occupant that the entry is forbidden or remains upon or in the area after receiving notice from the owner or occupant to depart.

For purposes of item (1) of this subsection, this Section shall not apply to being in a building which is open to the public while the building is open to the public during its normal hours of operation; nor shall this Section apply to a person who enters a public building under the reasonable belief that the building is still open to the public.

(b) A person has received notice from the owner or occupant within the meaning of Subsection (a) if he or she has been notified personally, either orally or in writing including a valid court order as defined by subsection (7) of Section 112A-3 of the Code of Criminal Procedure of 1963 granting remedy (2) of subsection (b) of Section 112A-14 of that Code, or if a printed or written notice forbidding such entry has been conspicuously posted or exhibited at the main entrance to the land or the forbidden part thereof.

(b-5) Subject to the provisions of subsection (b-10), as an alternative to the posting of real property as set forth in subsection (b), the owner or lessee of any real property may post the property by placing identifying purple marks on trees or posts around the area to be posted. Each purple mark shall be:

(1) A vertical line of at least 8 inches in length and the bottom of the mark shall be no less than 3 feet nor more than 5 feet high. Such marks shall be placed no more than 100 feet apart and shall be readily visible to any person approaching the property; or

(2) A post capped or otherwise marked on at least its top 2 inches. The bottom of the cap or mark shall be not less than 3 feet but not more than 5 feet 6 inches high.



FILED DATE: 10/24/2019 3:52 PM   2019CH12407



Posts so marked shall be placed not more than 36 feet apart and shall be readily visible to any person approaching the property. Prior to applying a cap or mark which is visible from both sides of a fence shared by different property owners or lessees, all such owners or lessees shall concur in the decision to post their own property.

Nothing in this subsection (b-5) shall be construed to authorize the owner or lessee of any real property to place any purple marks on any tree or post or to install any post or fence if doing so would violate any applicable law, rule, ordinance, order, covenant, bylaw, declaration, regulation, restriction, contract, or instrument.

(b-10) Any owner or lessee who marks his or her real property using the method described in subsection (b-5) must also provide notice as described in subsection (b) of this Section. The public of this State shall be informed of the provisions of subsection (b-5) of this Section by the Illinois Department of Agriculture and the Illinois Department of Natural Resources. These Departments shall conduct an information campaign for the general public concerning the interpretation and implementation of subsection (b-5). The information shall inform the public about the marking requirements and the applicability of subsection (b-5) including information regarding the size requirements of the markings as well as the manner in which the markings shall be displayed. The Departments shall also include information regarding the requirement that, until the date this subsection becomes inoperative, any owner or lessee who chooses to mark his or her property using paint, must also comply with one of the notice requirements listed in subsection (b). The Departments may prepare a brochure or may disseminate the information through agency websites. Non-governmental organizations including, but not limited to, the Illinois Forestry Association, Illinois Tree Farm and the Walnut Council may help to disseminate the information regarding the requirements and applicability of subsection (b-5) based on materials provided by the Departments. This subsection (b-10) is inoperative on and after January 1, 2013.

(b-15) Subsections (b-5) and (b-10) do not apply to real property located in a municipality of over 2,000,000 inhabitants.

(c) This Section does not apply to any person, whether a migrant worker or otherwise, living on the land with permission of the owner or of his or her agent having apparent authority to hire workers on this land and assign them living quarters or a place of accommodations for living thereon, nor to anyone living on the land at the request of, or by occupancy, leasing or other agreement or arrangement with the owner or his or her agent, nor to anyone invited by the migrant worker or other person so living on the land to visit him or her at the place he is so living upon the land.

(d) A person shall be exempt from prosecution under this Section if he or she beautifies unoccupied and abandoned residential and industrial properties located within any municipality. For the purpose of this subsection, "unoccupied and abandoned residential and industrial property" means any real estate (1) in which the taxes have not been paid for a period of at least 2 years; and (2) which has been left unoccupied and abandoned for a period of at least one year; and "beautifies" means to landscape, clean up litter, or to repair dilapidated conditions on or to board up windows and doors.

(e) No person shall be liable in any civil action for money damages to the owner of unoccupied and abandoned residential and industrial property which that person beautifies pursuant to subsection (d) of this Section.

(e-5) Mortgagee or agent of the mortgagee exceptions.

(1) A mortgagee or agent of the mortgagee shall be exempt from prosecution for criminal trespass for entering, securing, or maintaining an abandoned residential property.

(2) No mortgagee or agent of the mortgagee shall be liable to the mortgagor or other owner of an abandoned residential property in any civil action for negligence or civil trespass in connection with entering, securing, or maintaining the abandoned residential property.

(3) For the purpose of this subsection (e-5) only, "abandoned residential property" means mortgaged real estate that the mortgagee or agent of the mortgagee determines in good faith meets the definition of abandoned residential property set forth in Section 15-1200.5 of Article XV of the Code of Civil Procedure.

(f) This Section does not prohibit a person from entering a building or upon the land of another for emergency purposes. For purposes of this subsection (f), "emergency" means a condition or circumstance in which an individual is or is reasonably believed by the person to be in imminent danger of serious bodily harm or in which property is or is reasonably believed to be in imminent danger of damage or destruction.

(g) Paragraph (3.5) of subsection (a) does not apply to a peace officer or other official of a unit of government who enters a building or land in the performance of his or her official duties.

(h) Sentence. A violation of subdivision (a)(1), (a)(2), (a)(3), or (a)(3.5) is a Class B misdemeanor. A violation of subdivision (a)(4) is a Class A misdemeanor.

(i) Civil liability. A person may be liable in any civil action for money damages to the owner of the land he or she entered upon with a motor vehicle as prohibited under paragraph (4) of subsection (a) of this Section. A person may also be liable to the owner for court costs and reasonable attorney's fees. The measure of damages shall be: (i) the actual damages, but not less than $250, if the vehicle is operated in a nature preserve or registered area as defined in Sections 3.11 and 3.14 of the Illinois Natural Areas Preservation Act; (ii) twice the actual damages if the owner has previously notified the person to cease trespassing; or (iii) in any other case, the actual damages, but not less than $50. If the person operating the vehicle is under the age of 16, the owner of the vehicle and the parent or legal guardian of the minor are jointly and severally liable. For the purposes of this subsection (i):

"Land" includes, but is not limited to, land used for crop land, fallow land, orchard, pasture, feed lot, timber land, prairie land, mine spoil nature preserves and registered areas. "Land" does not include driveways or private roadways upon which the owner allows the public to drive.

"Owner" means the person who has the right to possession of the land, including the owner, operator or tenant.

"Vehicle" has the same meaning as provided under Section 1-217 of the Illinois Vehicle Code.

(j) This Section does not apply to the following persons



FILED DATE: 10/24/2019 3:52 PM   2019CH12407

while serving process:
    (1) a person authorized to serve process under
Section 2-202 of the Code of Civil Procedure; or
    (2) a special process server appointed by the circuit
court.
(Source: P.A. 97-184, eff. 7-22-11; 97-477, eff. 8-22-11; 97-813, eff. 7-13-12; 97-1108, eff. 1-1-13; 97-1164, eff. 6-1-13.)

(720 ILCS 5/21-5.5)

Sec. 21-5.5. Criminal trespass to a safe school zone.

(a) As used in this Section:

"Employee" means a person employed by a school whose relationship with that agency constitutes an employer-employee relationship under the usual common law rules, and who is not an independent contractor. "Employee" includes, but is not limited to, a teacher, student teacher, aide, secretary, custodial engineer, coach, or his or her designee.

"School administrator" means the school's principal, or his or her designee.

"Safe school zone" means an area that encompasses any of the following places during regular school hours or within 60 minutes before or after the school day or 60 minutes before or after a school-sponsored activity. This shall include any school property, ground, or street, sidewalk, or public way immediately adjacent thereto and any public right-of-way situated immediately adjacent to school property. The safe school zone shall not include any portion of the highway not actually on school property.

"School activity" means and includes any school session, any extracurricular activity or event sponsored by or participated in by the school, and the 60-minute periods immediately preceding and following any session, activity, or event.

"Student" means any person enrolled or previously enrolled in a school.

(b) A person commits the offense of criminal trespass to a safe school zone when he or she knowingly:

(1) enters or remains in a safe school zone without lawful business, when as a student or employee, who has been suspended, expelled, or dismissed for disrupting the orderly operation of the school, and as a condition of the suspension or dismissal, has been denied access to the safe school zone for the period of the suspension or in the case of dismissal for a period not to exceed the term of expulsion, and has been served in-person or by registered or certified mail, at the last address given by that person, with a written notice of the suspension or dismissal and condition; or

(2) enters or remains in a safe school zone without lawful business, once being served either in person or by registered or certified mail that his or her presence has been withdrawn by the school administrator, or his or her designee, and whose presence or acts interfere with, or whenever there is reasonable suspicion to believe, such person will disrupt the orderly operation, or the safety, or peaceful conduct of the school or school activities. This clause (b)(2) has no application to conduct protected by the Illinois Educational Labor Relations Act or any other law applicable to labor relations. This clause (b)(2) has no application to conduct protected by the First Amendment to the Constitution of the United States or Article I of the Illinois Constitution, including the exercise of free speech, free expression, and the free exercise of religion or expression of religiously based views.

(c) Sentence. Criminal trespass to a safe school zone is a Class A misdemeanor.
(Source: P.A. 97-547, eff. 1-1-12.)



FILED DATE: 10/24/2019 3:52 PM 2019CH12407

| **Lori E. Lightfoot**<br>Mayor | **Department of Police · City of Chicago**<br>3510 S. Michigan Avenue · Chicago, Illinois 60653 | **Eddie T. Johnson**<br>Superintendent of Police |
|---|---|---|

July 5, 2019

Jerico Cruz
5135 N. Keating Ave.
Chicago, IL 60630

**RE:     NOTICE OF RESPONSE TO FOIA REQUEST**
**FOIA FILE NO.:     P502868**

Dear Jerico Cruz:

The Chicago Police Department (CPD) is in receipt of your Freedom of Information Act (FOIA) request, received July 2, 2019 for the following:

> *"Supp Report for JC165149."*

> *"Supp Report for HK437093*

Your request was reviewed by CPD. Your request for a "Supp Report" was interpreted as seeking the Cleared Closed Supplementary Report of the above-named RD numbers. A search was conducted utilizing the provided search parameters. Search results returned positive for RD #JC165149 and negative for RD #HK437093; therefore, CPD is providing you with the Cleared Closed Supplementary Report of RD #JC165149. Please note, CPD has no responsive record of a Cleared Closed Supplementary Report of RD #HK437093.

Please be advised that certain information has been redacted from the enclosed responsive record pursuant to 5 ILCS 140/7(1)(b), 5 ILCS 140/7(1)(c), and 5 ILCS 140/7(1)(d). Details of the redactions are set forth below.

Section 7(1)(b) exempts from disclosure "[p]rivate information, unless disclosure is required by another provision of this Act, a State or federal law or a court order." 5 ILCS 140/7(1)(b). The FOIA, in 5 ILCS 140/2(c-5), defines "private information" as follows:

> "'Private information' means unique identifiers, including a person's social security number, driver's license number, employee identification number, biometric identifiers, personal financial information, passwords or other access codes, medical records, home or personal telephone numbers, and personal email addresses. Private information also includes home address and personal license plates, except as otherwise provided by law or when compiled without possibility of attribution to any person."

Therefore, employee user codes are exempt and were properly redacted pursuant to Section 7(1)(b).

In addition, victim names and identifying information were also redacted as these individuals have a strong interest in keeping their identity private which outweighs any public interest in this information; therefore, this information is exempt and protected from disclosure pursuant to 5 ILCS 140/7(1)(c) of FOIA. Section 7(1)(c) exempts from inspection and copying the following:

> "[P]ersonal information contained within public records, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy... 'Unwarranted invasion of personal privacy' means the disclosure of information is that highly personal or objectionable to reasonable person and in which the subject's right to privacy outweighs any legitimate public interest in obtaining the information." *Id.*

Names and identifying information of persons who provided information to law enforcement personnel have also been redacted pursuant to 5 ILCS 140/7(1)(d)(iv), which protects information that would:

> (iv)  unavoidably disclose the identity of a confidential source, confidential information furnished only by the confidential source, or persons who file complaints with or provide information to administrative, investigative, law enforcement, or penal agencies; except that the identities of witnesses to traffic accidents, traffic accident reports, and rescue reports shall be provided by agencies

If I can be of further assistance, please contact me at the following address:

> Chicago Police Department
> Attention: Freedom of Information
> Office of Legal Affairs, Unit 114
> 3510 S. Michigan Avenue
> Chicago, IL 60653
> foia@chicagopolice.org

You have a right of review by the Illinois Attorney General's Public Access Counselor, who can be contacted at 500 S. Second St., Springfield, IL 62706 or by telephone at 877-299-3642. You may also seek judicial review under 5 ILCS 140/11.

Sincerely,

A. Marlan
Freedom of Information Act Officer
Chicago Police Department
Office of Legal Affairs, Unit 114
3510 S. Michigan Ave.
Chicago, IL 60653

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

# CHICAGO POLICE DEPARTMENT
## CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**JC165149**

Case id : 11606958
Sup ID : 13058113 CASR301

| EXC. CLEARED CLOSED ( COMP. REFUSED TO PROS. ) | DETECTIVE SUP. APPROVAL COMPLETE |
|---|---|

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | | | IUCR Code |
|---|---|---|---|---|---|
| CRIMINAL TRESPASS / To Land | 1330 | CRIMINAL TRESPASS / To Land | | | 1330 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| 5051 N KENNETH AVE | 1712 | 1 | 1 | 0 | |

| Location Type | Location Code | Secondary Location | Hate Crime? |
|---|---|---|---|
| School, Public, Grounds | 300 | | NO |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| 19-FEB-2019 14:30 | 1774 | 25-FEB-2019 13:00 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| DELDERFIELD, Geoffrey | 21212 | FORRESTAL, Nicholas | 996 | DELDERFIELD, Geoffrey | 21212 |
| Date Submitted | | Date Approved | | Assignment Type | |
| 28-FEB-2019 11:57 | | 28-FEB-2019 13:51 | | FIELD | |

**THIS IS A FIELD INVESTIGATION EXC. CLEARED CLOSED ( COMP. REFUSED TO PROS. ) REPORT**

**COMPLAINANT(S) :** ▮▮▮▮▮▮▮    **TYPE: Individual**

Female / 35  Years  Approximately

**RES:** ▮▮▮▮▮▮▮

**OTHER COMMUNICATIONS:**
Business  773-534-3704
Phone :

**VICTIM(S) :**    **PALMER SCHOOL**    **TYPE: Other**

**BUS:** 5051 N Kenneth Ave
Chicago IL

**OTHER COMMUNICATIONS:**
Residenc  773-534-3704
e Phone :

**SUSPECT(S):**    **CRUZ, Jerico**

Male / White Hispanic / 35 - 37 Years

**RES:** 5135 N Keating Ave
Chicago IL

**BUSINESS NAME:** Chicago Public Schools

**OCCUPATION:** Substitute Teacher

**RELATIONSHIP OF VICTIM TO OFFENDER:**

PALMER SCHOOL Other

**COMPLAINANT INJURIES** ▮▮▮▮▮▮▮

**CFD RESPONDING UNIT:**

FILED DATE: 10/24/2019 3:52 PM  2019CH12407

JC165149

**JC165149**

DETECTIVE SUP. APPROVAL COMPLETE

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

| | |
|---|---|
| **VICTIM INJURIES** | **PALMER SCHOOL** |
| | **CFD RESPONDING UNIT:** |
| **LOCATION OF INCIDENT:** | 5051 N Kenneth Ave<br>Chicago IL<br>300 - School, Public, Grounds |
| **DATE & TIME OF INCIDENT:** | 19-FEB-2019 14:30 |
| **MOTIVE CODE(S):** | Does Not Apply |
| **CAUSE CODE(S):** | Dna |
| **METHOD CODE(S):** | DNA |
| **CAU CODE(S):** | DNA |
| **PERSONNEL ASSIGNED:** | **Detective/Investigator** |
| | DELDERFIELD, Geoffrey J       # 21212 |
| | **Reporting Officer** |
| | CANNING, Kathryn M       # 12823      BEAT: 1774 |
| **CRIME CODE SUMMARY:** | 1330  -  Criminal Trespass  -  To Land |
| **IUCR ASSOCIATIONS:** | <u>1330 - Criminal Trespass - To Land</u> |

CRUZ, Jerico                                                    ( Suspect )
PALMER SCHOOL                                            ( Victim )
CRUZ, Jerico                                                    ( Suspect )
                                                                         ( Complainant )

**REPORT DISTRIBUTIONS:**      No Distribution

**INVESTIGATION:**

This is a Detective Supplementary Report
RD# JC165149

VICTIM:
Palmer School
5051 N. Kenneth Ave
Chicago, IL 60641
773-534-3704

<u>COMPLAINANT:</u>

F/2/30

OFFENDER: NOT IN CUSTODY
Cruz, Jerico
5135 N. Keating Ave
Chicago, IL 60641
M/4/35

---

JC165149
DETECTIVE SUP. APPROVAL COMPLETE

LOCATION OF OCCURRENCE:
Palmer School
5051 N. Kenneth Ave
Chicago, IL 60641

DATE AND TIME OF OCCURRENCE:
19FEB19 1430hrs

WITNESSES:
Unknown

PERSONNEL ASSIGNED:
BT #1774
R/O CANNING #12823

BT# 5341
DET G. DELDERFIELD #21212

INVESTIGATION:
This report should be read in conjunction will all reports generated under this RD#.  This report is in summary unless otherwise indicated.

Original Case Incident Report Narrative:

#06609 IN SUMMARY, R/O WAS CALLED BY ██████████████ TO THE PALMER SCHOOL. ON ARRIVAL, ██████████████ (COMPLAINANT) EXPLAINED THAT THEY HAD A SUBSTITUTE TEACHER WORKING AT THE SCHOOL BACK IN DECEMBER TO HELP WITH THE ANNUAL SCIENCE FAIR. WHILE JERICO CRUZ(OFFENDER) WAS WORKING AT THE SCHOOL, SEVERAL COMPLAINTS WERE RECEIVED BY FEMALE STUDENTS DESCRIBING OFFENDERS BEHAVIOR AS WIERD. THE SCHOOL FELT THAT THE COMPLAINTS WERE SERIOUS ENOUGH THAT NOTIFICATION WAS MADE IN DECEMBER TO THE INPECTOR GENERAL AND THAT VERY DAY JERICO CRUZ(OFFENDER) WAS SERVED A LETTER FROM THE INSPECTOR GENERALS OFFICE STATING HE WAS UNDER A CHICAGO PUBLIC SCHOOL TITLE 9 INVESTIGATION AND WAS BAND FROM PALMER SCHOOL. ON 19 FEB 19, JERICO CRUZ(OFFENDER) SHOWED UP AT THE SCHOOL WITH THE LETTER, HIS RESUME, AND VERY AGGRESIVELY APPROACHED SCHOOL STAFF QUESTIONING THE INVESTIGATION. OFFENDER CONTINUED TO ANGRILY QUESTION SCHOOL STAFF AND WAS EVENTUALLY ESCORTED OUT BY SECURITY. AT 1510 HOURS THE SAME DAY OFFENDER REAPPEARED AT TH SCHOOL STILL VERY ANGRY AND WAS ONCE AGAIN ESCORTED OFF OF SCHOOL GROUNDS AND TOLD NOT TO RETURN. THE SCHOOL NOTIFIED THE HICAGO PUBLIC SCHOOL LAW UNIT AND SAFETY AND SECURITY. AT THIS TIME ALL STAFF HAS BEEN MADE AWARE OF THE WHAT THE OFFENDER  LOOKS LIKE AND THAT HE IS NOT ALLOWED ON SCHOOL GROUNDS. VICTIM GIVEN VIN.

On 26FEB19, R/D received an assignment of CRIMIAL TRESPASS per CMO.

On 28FEB19 at 1130hrs, R/D made contact with complainant via telephone. ██████████████

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

DETECTIVE SUP. APPROVAL COMPLETE

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

informed R/D that she did not wish to pursue arrest or prosecution of the offender at this time. ████████████ will call 911 and have the incident documented and offender arrested if he returns.

STATUS:
R/D classifies this case as EXC. CLEARED CLOSED (COMP REFUSES TO PROS)


This report by:
DET G. DELDERFIELD #21212
Bureau of Detectives
Area North

CHICAGO POLICE DEPARTMENT
## CASE SUPPLEMENTARY REPORT

**HK437093**

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

Case Id : 3365430
Sup ID : 3293637 CASR301

| METHOD/CAU CODE | | | | DETECTIVE SUP. APPROVAL COMPLETE | |
|---|---|---|---|---|---|
| Last Offense Classification/Re-Classification | | IUCR Code | Original Offense Classification | | IUCR Code |
| THEFT / From Building | | 0890 | THEFT / From Building | | 0890 |
| Address of Occurrence | | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
| 5110 N DAMEN AVE | | 2032 | 1 | 0 | 0 | |
| Location Type | | Location Code | Secondary Location | | Hate Crime? |
| School, Public, Building | | 314 | | | NO |
| Date of Occurrence | | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
| 17-JUN-2004 13:30 | | 2075S | 17-JUN-2004 13:45 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| SPENCER, James | 20840 | SPENCER, James | 20840 | | |
| Date Submitted | | Date Approved | | Assignment Type | |
| 21-JUN-2004 09:44 | | 21-JUN-2004 09:45 | | ADMIN | |

## THIS IS A ADMIN INVESTIGATION METHOD/CAU CODE REPORT

**VICTIM(S) :**       **CRUZ, Jerico**
Male / Asian/Pacific Islander / 18 Years
**RES:** 5135 N Keating Ave
Chicago IL

**LOCATION OF INCIDENT:**   5110 N Damen Ave
Chicago IL
314 - School, Public, Building

**DATE & TIME OF INCIDENT:**   17-JUN-2004 13:30

**METHOD CODE(S):**   DNA

**CAU CODE(S):**   DNA

**OTHER PROPERTY TAKEN:**   Wallet Misc Ids

**PERSONNEL ASSIGNED:**   Reporting Officer
WILLIAMS, Zena M   # 10073   BEAT: 2075S
BYERLY, Tracy L   # 20976   BEAT: 2075S

**OTHER INDIVIDUALS INVOLVED:**   **CRUZ, Jerico**
Male / Asian/Pacific Islander / 18 Years
**RES:** 5135 N Keating Ave
Chicago IL

( Person Reporting Offense )

**CRIME CODE SUMMARY:**   0890 - Theft - From Building

**REPORT DISTRIBUTIONS:**   No Distribution

Printed On: 07-JAN-2019 15:12       1 of 1       Printed By:

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

To: 56840      From: Canon Fax      01/11/19 06:31 AM

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

# SUPPLEMENTARY REPORT
CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

DATE OF ORIG. OCCURRENCE / TIME: 17 JUN 04 1330

INCIDENT/OFFENSE CLASSIFICATION (AS ON PREVIOUS REPORT): Theft From Building

IUCR OFF. CODE: 0890   ADDRESS OF ORIG. INCIDENT/OFFENSE OCCURRED: 5110 N. Damen

BEAT OF OCCUR: 2032

VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT: CRUZ, Jerico

CORRECTED: ☐ YES ☒ NO   TIME DELAYED: ☐ YES ☒ NO

BEAT ASSIGNED: 2075S

VICTIM'S/SUBJECT'S ADDRESS: 5135 N. Keating

TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Amundsen High School

LOCATION CODE: 314

DESCRIBE PROPERTY IN NARRATIVE: T = TAKEN, R = RECOVERED

PROPERTY:
- 1. MONEY: ☒T $16.00 ☐R U.S.C.
- 2. JEWELRY: ☐T ☐R
- 3. FURS: ☐T ☐R
- 4. CLOTHING: ☐T ☐R
- 5. OFFICE EQUIPMENT: ☐T ☐R
- 6. TV, RADIO, STEREO: ☐T ☐R
- 7. HOUSEHOLD GOODS: ☐T ☐R
- 8. CONSUM. GOODS: ☐T ☐R
- 9. FIREARMS: ☐T ☐R
- 10. NARC./DANGEROUS DRUGS: ☐T ☐R
- OTHER: ☒T ☐R
- NONE: ☐T ☐R

PROPERTY INVENTORY NO(S):

| | 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX-RACE-AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |

| | 14. C.B. NO. | I.R. NO., Y.D. NO. C.P.D.P.A. NO. | OFFENDER (REL. CODE) | C.R. NO. | I.R. NO., Y.D. NO. FBI. I.D.A. NO. | OFFENDER (REL. CODE) | 15. NO. ARRESTED ONLY NO. | ARREST. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | | | | | | | | |
| OFF. 2 | | | | | | | | |

| 16. OFF. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | |

17. NARRATIVE:

Event # 08630. In summary, after further investigation R/O's determined that incident time was actually 1255 hrs. R/O's reviewed security camera and observed school admin staff ██████████████████████████ M/02/57 5'10, 230 lbs, put found wallet in his pocket. When R/O asked ██████████ if he had the wallet ██████████ stated "NO". When R/O then told ██████████ that it was on camera, ██████████ then turned over wallet to R/O and stated he was looking for student to give wallet back. ██████████████████████ and R/O's were unable to determine intent or probable cause to deprive student of his property. Student and Parent returned to school on 21 JUN 04 and requested arrest. R/O's advised summons. Student given info to proceed with summons. Wallet was returned with all contents. Beats 2020 and 2030 on scene.

18. EXTRA COPIES REQUIRED (NO. & RECIPIENT):

90. REPORTING OFFICER (PRINT NAME): T. BYERLY   STAR NO: 19166

91. DATE THIS REPORT SUBMITTED: 21 JUN 04   TIME: 1000

94. REPORTING OFFICER (PRINT NAME): Z. WILLIAMS   STAR NO: 10073

92. SUPERVISOR APPROVING (PRINT NAME): SGT. J. WOLVERTON   STAR NO.: 878

95. DATE APPROVED (DAY-MO-YR): 22 JUN 04   TIME: 0110

RD NO.: HK 437093

To: 58214     From: Canon Fax     06/04/19 10:50 AM     Page 6 of 7

**GENERAL OFFENSE CASE REPORT — CHICAGO POLICE**

HK 437093

1. OFFENSE/INCIDENT/PRIMARY CLASSIFICATION: Theft
2. SECONDARY CLASSIFICATION: 1090 - Theft from building

RD NO.

Primary Offense: Theft

Victim: Cruz, Jerico

Address of Occurrence: 5110 N. Damen Av — Amundsen High School

Home Address: 5135 N. Keating

Occupation: Asst Student

Date of Occurrence: 06 JUN 04 1330 / 03 JUN 04 1345

**NARRATIVE:**

Event # 08430 08:30 AM. In summary victim related to R/Os that he left his wallet inside his desk, the folder was in a desk drawer, but the wallet was gone. 11-1 17.0 USC 11-5 (1) brown leather wallet, drivers license, social security card. R/Os reviewed CRS

**POLICE PERSONNEL:**

First Officer on Scene: T. Byrch / Williams

Star No. 14166 / 10073

R.O. NO. HK 437013

CONTINUATION OF NARRATIVE

school security cameras, but were unable to determine who took wallet. While R/O was completing report wallet was returned to student. This case report is UNFOUNDED.

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

FILED DATE: 10/24/2019 3:52 PM   2019CH124407

To: 56840      From: Canon Fax      01/11/19 06:31 AM

**CONTINUATION OF NARRATIVE**

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

R.D. NO.

I HAVE REVIEWED THIS REPORT AND BY MY     SUPERVISOR'S SIGNATURE     STAR NO. |DATE (DAY-MO.-YEAR)
SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

FILED DATE: 10/24/2019 3:52 PM   2019CH12407



| | | | |
|---|---|---|---|
| ▆▆▆▆▆ Regular Teacher | | Report to: Main | CONFIRMATION # ▆▆▆178 |
| Room | | | |
| ▆▆▆▆▆ | 8:00 AM - 3:30 PM | Full Day | Mather High School |
| ▆▆▆▆▆ Regular Teacher | | Report to: Main Room | CONFIRMATION # ▆▆▆017 |
| ▆▆▆▆▆ | 7:30 AM - 2:41 PM | Full Day | Von Steuben High School |
| ▆▆▆▆▆ Regular Teacher | | Report to: Main | CONFIRMATION # ▆▆▆727 |
| Room | | | |
| ▆▆▆▆▆ | 7:45 AM - 3:03 PM | Full Day | Taft High School |
| ▆▆▆ Regular Teacher | | Report to: Main Room | CONFIRMATION # ▆▆▆402 |
| ▆▆▆▆▆ | 8:00 AM - 3:00 PM | Full Day | Volta |
| ▆▆▆▆▆ Regular Teacher | | Report to: Main | CONFIRMATION # ▆▆▆893 |
| Room | | | |
| ▆▆▆▆▆ | 7:30 AM - 2:41 PM | Full Day | Von Steuben High School |
| ▆▆▆▆▆ Special Education Teacher | | Report to: | CONFIRMATION # ▆▆▆995 |
| Main Room | | | |
| ▆▆▆▆▆ | 8:00 AM - 3:00 PM | Full Day | Palmer |
| ▆▆▆▆▆ Regular Teacher | | Report to: Main | CONFIRMATION # ▆▆▆386 |
| Room | | | |
| ▆▆▆▆▆ | 8:15 AM - 3:15 PM | Full Day | Hibbard |



© 2016 Frontline Technologies
4, , 14500
All rights reserved. Protected under US Patents 6,334,133, 6,675,151, 7,430,519, 7,945,468, and 8,140,166 with additional patents pending.

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

| ▬▬▬▬▬ | 12:00 PM - 3:45 PM | Half Day PM | Prieto | |
|---|---|---|---|---|
| ▬▬▬ Regular Teacher | | Report to: Main | | CONFIRMATION ▬▬887 |
| Room | | | | |

| ▬▬▬▬▬ | 8:00 AM - 3:00 PM | Full Day | Hitch | |
|---|---|---|---|---|
| ▬▬▬ Regular Teacher | | Report to: Main Room | | CONFIRMATION ▬▬087 |

| ▬▬▬▬▬ | 7:45 AM - 2:45 PM | 07:00 | North River | |
|---|---|---|---|---|
| ▬▬▬▬ Regular Teacher | | Report to: | | CONFIRMATION ▬▬468 |
| Main Room | | | | |

| ▬▬▬▬ | 7:45 AM - 2:45 PM | Full Day | Beaubien | |
|---|---|---|---|---|
| ▬▬▬▬ Bilingual Teacher | | Report to: | | CONFIRMATION ▬▬251 |
| Main Room | | | | |

| ▬▬▬▬ | 7:30 AM - 2:30 PM | Full Day | Courtenay | |
|---|---|---|---|---|
| ▬▬▬ Regular Teacher | | Report to: Main Room | | CONFIRMATION ▬▬410 |

| ▬▬▬▬ | 7:30 AM - 2:45 PM | Full Day | Reilly | |
|---|---|---|---|---|
| ▬▬▬ Bilingual Teacher | | Report to: Main | | CONFIRMATION ▬▬485 |
| Room | | | | |

| Tue, 11/13/2018 | 8:45 AM - 3:45 PM | 07:00 | Burr | |
|---|---|---|---|---|
| ▬▬▬▬▬ Regular Teacher | | | CONFIRMATION ▬▬274 | See Details |
| Report to: Main Room | | | | |

| ▬▬▬▬ | 8:30 AM - 3:30 PM | 07:00 | Disney II Elementary/High School | |
|---|---|---|---|---|
| ▬▬▬ Regular Teacher | | Report to: Main Room | | CONFIRMATION ▬▬120 |

| ▬▬▬▬ | 8:15 AM - 3:15 PM | Full Day | Hibbard | |
|---|---|---|---|---|
| ▬▬▬▬ Special Education Teacher | | | | CONFIRMATION ▬▬775 |
| Report to: Main Room | | | | |

| ▬▬▬▬ | 8:45 AM - 3:45 PM | 07:00 | Peterson | |
|---|---|---|---|---|
| ▬▬▬▬ Regular Teacher | | Report to: Main Room | | CONFIRMATION ▬▬065 |

| ▬▬▬▬ | 8:30 AM - 3:30 PM | 07:00 | Garvy John | |
|---|---|---|---|---|
| ▬▬▬▬ Special Education Teacher | | Report to: | | CONFIRMATION ▬▬211 |
| Main Room | | | | |

| ▬▬▬▬ | 9:00 AM - 4:00 PM | Full Day | Reinberg | |
|---|---|---|---|---|

FILED DATE: 10/24/2019 3:52 PM   2019CH12407



| | | | | | |
|---|---|---|---|---|---|
| ▬▬▬ | Special Education Teacher | Report to: | | CONFIRMATION ▬905 | |
| Main Room | | | | | |
| ▬▬ | 8:01 AM - 3:15 PM | 07:14 | Burley | | |
| ▬▬ Special Education Teacher | Report to: Main | | CONFIRMATION ▬855 | | |
| Room | | | | | |
| ▬▬▬ | 8:00 AM - 3:00 PM | 07:00 | Logandale | | |
| ▬▬▬ Regular Teacher | Report to: Main | | CONFIRMATION ▬190 | | |
| Room | | | | | |
| ▬▬▬ | 8:00 AM - 3:30 PM | Full Day | Hayt | | |
| ▬▬ Regular Teacher | Report to: Main | | CONFIRMATION ▬002 | | |
| Room | | | | | |
| ▬▬▬ | 7:45 AM - 2:45 PM | Full Day | Nixon | | |
| ▬▬ Special Education Teacher | Report to: Main | | CONFIRMATION ▬800 | | |
| Room | | | | | |
| ▬▬ | 8:00 AM - 3:00 PM | 07:00 | Logandale | | |
| ▬▬▬ Regular Teacher | Report to: Main | | CONFIRMATION ▬355 | | |
| Room | | | | | |
| ▬▬▬ | 8:45 AM - 3:45 PM | Full Day | Norwood Park | | |
| ▬▬▬▬ Special Education Teacher | | CONFIRMATION ▬782 | | | |
| Report to: Main Room | | | | | |
| ▬▬▬ | 7:30 AM - 2:50 PM | 07:20 | Von Steuben High School | | |
| ▬▬ Regular Teacher | Report to: Main | | CONFIRMATION ▬673 | | |
| Room | | | | | |
| ▬▬ | 7:30 AM - 2:41 PM | Full Day | Von Steuben High School | | |
| ▬▬ Regular Teacher | Report to: Main | | CONFIRMATION ▬210 | | |
| Room | | | | | |
| ▬▬ | 8:45 AM - 3:45 PM | Full Day | Ravenswood | | |
| ▬▬ Regular Teacher | Report to: Main Room | | CONFIRMATION ▬568 | | |
| ▬▬ | 8:45 AM - 3:45 PM | Full Day | Brentano | | |
| ▬▬ Regular Teacher | Report to: Main Room | | CONFIRMATION ▬453 | | |
| ▬▬ | 7:45 AM - 2:45 PM | 07:00 | Hay | | |
| ▬▬ Part-Time Teacher | Report to: | | CONFIRMATION ▬542 | | |
| Main Room | | | | | |

FILED DATE: 10/24/2019 3:52 PM    2019CH12407

Room

| ███████ | 12:00 PM - 3:30 PM | Half Day PM | Lozano Bilingual |
| ███████ Regular Teacher | Report to: Main Room | | CONFIRMATION ███████0275 |

| ███████ | 8:40 AM - 3:56 PM | Full Day | Steinmetz High School |
| ███████ Regular Teacher | Report to: Main Room | | CONFIRMATION ███████0273 |

| ███████ | 9:00 AM - 4:15 PM | Full Day | Wells High School |
| ███████ Regular Teacher | Report to: Main Room | | CONFIRMATION ███████6035 |

| ███████ | 8:38 AM - 4:01 PM | Full Day | Prosser High School |
| ███████ Regular Teacher | Report to: Main Room | | CONFIRMATION ███████0274 |

| ███████ | 8:38 AM - 4:01 PM | Full Day | Prosser High School |
| ███████ Regular Teacher | Report to: Main Room | | CONFIRMATION ███████0232 |

| ███████ | 8:00 AM - 3:00 PM | Full Day | Hitch |
| ███████ Regular Teacher | Report to: Main Room | | CONFIRMATION ███████4998 |

| ███████ | 8:30 AM - 3:30 PM | Full Day | Northwest Middle School |
| ███████ Regular Teacher | Report to: Main Room | | CONFIRMATION ███████8073 |

| ███████ | 7:45 AM - 2:45 PM | Full Day | Locke Josephine |
| ███████ Special Education Teacher | | CONFIRMATION ███████9762 | See Details |
| Report to: Main Room | | | |

| ███████ | 7:30 AM - 2:30 PM | Full Day | Courtenay |
| ███████ Special Education Teacher | Report to: Main Room | | CONFIRMATION ███████4423 |

| ███████ | 8:30 AM - 3:30 PM | Full Day | Drummond |
| DeLira, Nancy Regular Teacher | Report to: Main Room | | CONFIRMATION ███████2113 |

| ███████ | 8:45 AM - 3:45 PM | Full Day | Brentano |
| ███████ Regular Teacher | Report to: Main Room | | CONFIRMATION ███████2706 |

| ███████ | 7:45 AM - 2:45 PM | Full Day | Beaubien |

FILED DATE: 10/24/2019 3:52 PM    2019CH12407

| Date ▲ | Time | Duration | Location | |
|---|---|---|---|---|
| ██████████ Military Instructor | | Report to: Main | | CONFIRMATION ██████634 |
| Room | | | | |
| ██████ | 8:40 AM - 3:56 PM | Full Day | Steinmetz High School | |
| ██████ Special Education Teacher | | Report to: | | CONFIRMATION ██████974 |
| Main Room | | | | |
| ██████ | 7:55 AM - 3:10 PM | 07:15 | Lincoln Park High School | |
| ██████ Regular Teacher | | Report to: Main Room | | CONFIRMATION ██████402 |
| ██████ | 12:00 PM - 3:30 PM | Half Day PM | Suder Montessori - Tier 1 | |
| ██████ Special Education Teacher | | Report | | CONFIRMATION ██████898 |
| to: Main Room | | | | |
| ██████ | 8:00 AM - 3:00 PM | Full Day | Clemente High School | |
| ██████ Special Education Teacher | | Report to: | | CONFIRMATION ██████350 |
| Main Room | | | | |
| ██████ | 8:00 AM - 3:00 PM | Full Day | Palmer | |
| ██████ Regular Teacher | | Report to: Main Room | | CONFIRMATION ██████933 |
| ██████ | 12:00 PM - 3:45 PM | Half Day PM | Jamieson | |
| ██████ Regular Teacher | | Report to: Main | | CONFIRMATION ██████024 |
| Room | | | | |
| ██████ | 7:45 AM - 3:03 PM | Full Day | Taft High School | |
| ██████ Regular Teacher | | Report to: Main | | CONFIRMATION ██████456 |
| Room | | | | |
| ██████ | 11:45 AM - 3:15 PM | 03:30 | Haugan Elementary | |
| ██████ Regular Teacher | | Report to: Main Room | | CONFIRMATION ██████304 |
| ██████ | 12:00 PM - 3:30 PM | Half Day PM | Young Elementary - Tier 3 | |
| ██████ Regular Teacher | | Report to: Main | | CONFIRMATION ██████160 |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

| ███████ Special Education Teacher | | | CONFIRMATION ███████ 520 | |
| Report to: Main Room | | | | |
| ███████ | 7:45 AM - 3:00 PM | Full Day | Lake View High School | |
| ███████ Special Education Teacher | | Report | CONFIRMATION ███████ 647 | |
| to: Main Room | | | | |
| ███████ | 7:45 AM - 2:45 PM | Full Day | Locke Josephine | |



© 2016 Frontline Technologies
4. , 14500
All rights reserved. Protected under US Patents 6,334,133, 6,675,151, 7,430,519, 7,945,489, and 8,140,166 with additional patents pending.

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

| ████████ | 12:00 PM - 3:45 PM | Half Day PM | Prescott | |
|---|---|---|---|---|
| ████████ Regular Teacher | | Report to: Main Room | | CONFIRMATION █████714 |
| ████████ | 11:30 AM - 2:45 PM | Half Day PM | McPherson | |
| ████████ Regular Teacher | | Report to: Main Room | | CONFIRMATION █████760 |
| ████████ | 12:00 PM - 4:00 PM | Half Day PM | Chappell | |
| ████████ Regular Teacher | | Report to: Main Room | | CONFIRMATION █████039 |
| ████████ | 9:00 AM - 4:00 PM | Full Day | Greeley | |
| ████████ Regular Teacher | | Report to: Main Room | | CONFIRMATION █████628 |
| ████████ | 9:00 AM - 4:00 PM | Full Day | Reinberg | |
| ████████ Regular Teacher | | Report to: Main Room | | CONFIRMATION █████176 |
| ████████ | 8:00 AM - 3:00 PM | Full Day | Albany Park Middle School | |
| ████████ Regular Teacher | | Report to: Main Room | | CONFIRMATION █████873 |
| ████████ | 8:45 AM - 3:45 PM | 07:00 | Peterson | |
| ████████ Assistant Principal | | Report to: Main Room | | CONFIRMATION █████570 |
| ████████ | 7:30 AM - 10:30 AM | 03:00 | Beard Special Ed | |
| ████████ Regular Teacher | | Report to: Main Room | | CONFIRMATION █████932 |
| ████████ | 12:30 PM - 3:45 PM | 03:15 | Peterson | |
| ████████ Program Option Teacher | | Report to: Main Room | | CONFIRMATION █████274 |
| ████████ | 8:45 AM - 3:45 PM | Full Day | Pulaski | |
| ████████ Special Education Teacher | | Report to: Main Room | | CONFIRMATION █████361 |
| ████████ | 8:00 AM - 3:30 PM | Full Day | Prussing | |
| ████████ Regular Teacher | | Report to: Main Room | | CONFIRMATION █████207 |
| ████████ | 8:30 AM - 3:30 PM | Full Day | Dirksen | |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

to: Main Room

| ████████ | 7:45 AM - 2:53 PM | Full Day | Schurz High School |
|---|---|---|---|

████████ Special Education Teacher    Report to:                    CONFIRMATION ██████8107
Main Room

| ████████ | 11:30 AM - 2:45 PM | 03:15 | Northside Learning High School |
|---|---|---|---|

████████ Regular Teacher    Report to: Main                    CONFIRMATION ██████0305
Room

| ████████ | 7:45 AM - 2:45 PM | Full Day | McPherson |
|---|---|---|---|

████████ Special Education Teacher    Report                    CONFIRMATION ██████8372
to: Main Room

| ████████ | 8:00 AM - 3:30 PM | Full Day | Lane Tech High School |
|---|---|---|---|

████████ Regular Teacher    Report to: Main Room                CONFIRMATION ██████6969

| Tue, 5/22/2018 | 8:00 AM - 12:00 PM | Half Day AM | Edison Park |
|---|---|---|---|

████████ Special Education Teacher                    CONFIRMATION ██████700
Report to: Main Room

| ████████ | 12:00 PM - 3:15 PM | 03:15 | Smyser |
|---|---|---|---|

████████ Special Education Teacher    Report to:                    CONFIRMATION ██████308
Main Room

| ████████ | 7:45 AM - 3:00 PM | Full Day | Lake View High School |
|---|---|---|---|

████████ Regular Teacher    Report to: Main    CONFIRMATION ██████6634    See Details
Room

| ████████ | 8:00 AM - 3:30 PM | Full Day | Lane Tech High School |
|---|---|---|---|

████████ Regular Teacher    Report to: Main Room                CONFIRMATION ██████2526

| ████████ | 7:25 AM - 2:40 PM | Full Day | York High School - Tier 3 |
|---|---|---|---|

████████ Regular Teacher    Report to: Main                    CONFIRMATION ██████257
Room

| ████████ | 12:00 PM - 3:45 PM | Half Day PM | Chalmers - Tier 1 |
|---|---|---|---|

████████ Regular Teacher    Report to:                    CONFIRMATION ██████8161
Main Room

| ████████ | 12:00 PM - 3:15 PM | 03:15 | Cameron - Tier 1 |
|---|---|---|---|

████████ Regular Teacher    Report to: Main Room                CONFIRMATION ██████414

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

| ████ Program Option Teacher | | Report to: Main | CONFIRMATION ████215 |
|---|---|---|---|
| Room | | | |
| ████ | 8:00 AM - 3:30 PM | Full Day | Mather High School |
| ████ Regular Teacher | | Report to: Main Room | CONFIRMATION ████800 |
| ████ | 7:30 AM - 2:30 PM | Full Day | McNair |
| ████ Regular Teacher | | Report to: | CONFIRMATION ████683 |
| Main Room | | | |
| ████ | 8:30 AM - 3:45 PM | Full Day | Disney II Elementary/High School |
| ████ Bilingual Teacher | | Report to: Main | CONFIRMATION ████699 |
| Room | | | |
| ████ | 8:00 AM - 3:30 PM | Full Day | Budlong |
| ████ Regular Teacher | | Report to: Main | CONFIRMATION ████370 |
| Room | | | |
| ████ | 8:30 AM - 3:30 PM | Full Day | Mayer |
| ████ Regular Teacher | | Report to: Main | CONFIRMATION ████964 |
| Room | | | |
| ████ | 7:45 AM - 3:01 PM | Full Day | Roosevelt High School |
| ████ Regular Teacher | | Report to: Main | CONFIRMATION ████299 |
| Room | | | |
| ████ | 12:00 PM - 3:45 PM | Half Day PM | Disney II Elementary/High School |
| ████ Regular Teacher | | Report to: Main | CONFIRMATION ████124 |
| Room | | | |
| ████ | 8:45 AM - 3:45 PM | 07:00 | Smyser |
| ████ Bilingual Teacher | | Report to: Main | CONFIRMATION ████259 |
| Room | | | |
| ████ | 7:45 AM - 3:01 PM | Full Day | Roosevelt High School |
| ████ Bilingual Teacher | | Report to: | CONFIRMATION ████975 |
| Main Room | | | |
| ████ | 12:00 PM - 2:30 PM | Half Day PM | Courtenay |
| ████ | | Report to: Main Office | CONFIRMATION ████399 |
| Tue, 5/15/2018 | 8:00 AM - 3:30 PM | Full Day | Lyon |
| ████ Special Education Teacher | | Report | CONFIRMATION ████488 |

| ███████ | 7:45 AM - 3:00 PM | Full Day | Hay | |
| ███████ Special Education Teacher | Report | | CONFIRMATION # ████ 512 | |
| to: Main Room | | | | |
| ███████ | 7:30 AM - 2:30 PM | Full Day | Courtenay | |
| ███████ Regular Teacher | Report to: | | CONFIRMATION # ████ 319 | |
| Main Room | | | | |
| ███████ | 7:45 AM - 3:01 PM | Full Day | Roosevelt High School | |
| ███ Special Education Teacher | Report to: | | CONFIRMATION # ████ 993 | |
| Main Room | | | | |
| ███████ | 7:45 AM - 2:45 PM | Full Day | Edison Regional Gifted Center | |
| ███████ Special Education Teacher | | | CONFIRMATION # ████ 021 | |
| Report to: Main Room | | | | |
| ███████ | 7:45 AM - 3:03 PM | Full Day | Taft High School | |
| ███████ Regular Teacher | Report to: Main | CONFIRMATION # ████ 778 | See Details |
| Room | | | | |
| ███████ | 8:30 AM - 3:30 PM | 07:00 | Garvy John | |
| ███████ Special Education Teacher | Report to: | | CONFIRMATION # ████ 628 | |
| Main Room | | | | |
| ███████ | 12:00 PM - 3:00 PM | Half Day PM | Albany Park Middle School | |
| ███████ Regular Teacher | Report to: Main | CONFIRMATION # ████ 696 | |
| Room | | | | |
| ███████ | 7:45 AM - 2:45 PM | Full Day | Mozart | |
| ███████ Special Education Teacher | Report to: | | CONFIRMATION # ████ 623 | |
| Main Room | | | | |
| ███████ | 7:30 AM - 2:30 PM | Full Day | McNair | |
| ███████ Special Education Teacher | Report to: | | CONFIRMATION # ████ 367 | |
| Main Room | | | | |
| ███████ | 8:30 AM - 3:46 PM | Full Day | Uplift High School | |
| ███████ Regular Teacher | Report to: Main | CONFIRMATION # ████ 170 | |
| Room | | | | |
| ███████ | 7:45 AM - 2:45 PM | 07:00 | Talcott | |
| ███████ | Report to: Main Office | | CONFIRMATION # ████ 516 | |
| ███████ | 8:00 AM - 3:30 PM | Full Day | Prussing | |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

| | | | | |
|---|---|---|---|---|
| ███ Special Education Teacher | Report to: | | CONFIRMATION ███ 798 | |
| Main Room | | | | |
| ███ | 8:15 AM - 11:45 AM | 03:30 | Haugan Elementary | |
| ███ Regular Teacher | Report to: Main | | CONFIRMATION ███ 2070 | |
| Room | | | | |
| ███ | 7:45 AM - 2:53 PM | Full Day | Schurz High School | |
| ███ Special Education Teacher | Report to: | | CONFIRMATION ███ 041 | |
| Main Room | | | | |
| ███ | 8:15 AM - 3:15 PM | Full Day | Monroe | |
| ███ Special Education Teacher | Report to: | | CONFIRMATION ███ 869 | |
| Main Room | | | | |
| ███ | 8:00 AM - 3:00 PM | 07:00 | Logandale | |
| ███ Regular Teacher | Report to: Main | | CONFIRMATION ███ 467 | |
| Room | | | | |
| ███ | 7:30 AM - 2:30 PM | Full Day | Courtenay | |
| ███ Part-Time Teacher | Report to: Main | | CONFIRMATION ███ 519 | |
| Room | | | | |
| ███ | 11:30 AM - 3:15 PM | 03:45 | Goudy | |
| ███ Regular Teacher | Report to: Main Room | | CONFIRMATION ███ 556 | |
| ███ | 8:00 AM - 3:30 PM | Full Day | Cleveland | |
| ███ Regular Teacher | Report to: Main Room | | CONFIRMATION ███ 663 | |
| ███ | 8:45 AM - 4:15 PM | Full Day | Crane Medical High School | |
| ███ Special Education Teacher | Report to: | | CONFIRMATION ███ 667 | |
| Main Room | | | | |
| ███ | 8:45 AM - 3:45 PM | Full Day | Portage Park | |
| ███ Special Education Teacher | Report to: | | CONFIRMATION ███ 614 | |
| Main Room | | | | |
| ███ | 7:45 AM - 2:45 PM | Full Day | Hamilton | |
| ███ Special Education Teacher | Report to: | | CONFIRMATION ███ 164 | |
| Main Room | | | | |
| ███ | 7:45 AM - 2:45 PM | Full Day | LaSalle II | |
| ███ Regular Teacher | Report to: Main | | CONFIRMATION ███ 494 | |
| Room | | | | |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

| | | | |
|---|---|---|---|
| ███ Regular Teacher | | Report to: Main | CONFIRMATION #███476 |
| Room | | | |
| ███ | 12:00 PM - 3:56 PM | Half Day PM | Steinmetz High School |
| ███ Special Education Teacher | | | CONFIRMATION #███062 |
| Report to: Main Room | | | |
| ███ | 9:00 AM - 4:00 PM | 07:00 | Suder Montessori - Tier 1 |
| ███ Bilingual Teacher | Report to: Main Room | | CONFIRMATION #███642 |
| Fri, 3/2/2018 | 8:00 AM - 3:30 PM | Full Day | Budlong |
| ███ Regular Teacher | | Report to: Main | CONFIRMATION #███033 |
| Room | | | |
| ███ | 8:40 AM - 3:56 PM | Full Day | Steinmetz High School |
| ███ Regular Teacher | | Report to: Main | CONFIRMATION #███426 |
| Room | | | |
| ███ | 8:00 AM - 3:00 PM | Full Day | Murphy |
| ███ Regular Teacher | | Report to: | CONFIRMATION #███986 |
| Main Room | | | |
| Thu, 3/8/2018 | 8:30 AM - 3:45 PM | 07:15 | De Diego - Tier 1 |
| ███ Regular Teacher | | Report to: Main | CONFIRMATION #███190 |
| Room | | | |
| ███ | 8:45 AM - 3:45 PM | Full Day | Chopin |
| ███ Special Education Teacher | | CONFIRMATION #███743 | See Details |
| Report to: Main Room | | | |
| ███ | 8:00 AM - 3:15 PM | Full Day | Northside Prep High School |
| ███ Special Education Teacher | | | CONFIRMATION #███318 |
| Report to: Main Room | | | |
| ███ | 8:00 AM - 3:00 PM | 07:00 | Scammon |
| ███ Special Education Teacher | | Report to: Main | CONFIRMATION #███088 |
| Room | | | |
| ███ | 12:00 PM - 2:30 PM | Half Day PM | Courtenay |
| ███ Regular Teacher | | Report to: Main | CONFIRMATION #███690 | See Details |
| Room | | | |
| ███ | 11:45 AM - 3:15 PM | 03:30 | Haugan Elementary |

FILED DATE: 10/24/2019 3:52 PM    2019CH12407

| | | | |
|---|---|---|---|
| ███████ Regular Teacher ███████ Report to: ███████ Main Room | | | |
| ███████ | 9:00 AM - 4:00 PM | Full Day | Chappell |
| ███████ Regular Teacher      Report to: Main Room | | CONFIRMATION █████6796 | |
| ███████ | 8:45 AM - 3:45 PM | Full Day | Jamieson |
| ███████ Regular Teacher      Report to: Main Room | | CONFIRMATION █████6936 | |
| ███████ | 8:30 AM - 3:30 PM | Full Day | Northwest Middle School |
| ███████ Regular Teacher      Report to: Main Room | | CONFIRMATION █████7292 | |
| ███████ | 7:45 AM - 2:45 PM | 07:00 | Bridge |
| ███████ Special Education Teacher      Report to: Main Room | | CONFIRMATION █████8633 | |
| ███████ | 8:30 AM - 3:30 PM | Full Day | Lozano Bilingual |
| ███████ Regular Teacher      Report to: Main Room | | CONFIRMATION █████8660 | |
| ███████ | 8:00 AM - 3:30 PM | Full Day | Chase |
| ███████ Regular Teacher      Report to: Main Room | | CONFIRMATION █████8700    [See Details] | |
| ███████ | 8:00 AM - 3:30 PM | Full Day | Gale |
| ███████ Regular Teacher      Report to: Main Room | | CONFIRMATION █████9999 | |
| ███████ | 8:00 AM - 3:30 PM | Full Day | Goudy |
| ███████ Regular Teacher      Report to: Main Room | | CONFIRMATION █████8494 | |
| ███████ | 7:45 AM - 2:45 PM | Full Day | STEM Magnet Academy |
| ███████ Regular Teacher      Report to: Main Room | | CONFIRMATION █████8927 | |
| ███████ | 8:15 AM - 3:15 PM | Full Day | Monroe |
| ███████ Regular Teacher      Report to: Main Room | | CONFIRMATION █████8839 | |
| ███████ | 8:00 AM - 3:00 PM | Full Day | Albany Park Middle School |
| ███████ Regular Teacher      Report to: Main Room | | CONFIRMATION █████8868 | |
| ███████ | 9:00 AM - 4:00 PM | Full Day | Chappell |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

| Date ▲ | Time | Duration | Location | |
|---|---|---|---|---|
| ██████ Regular Teacher | | Report to: Main | CONFIRMATION ██████167 | |
| ██████ Room | | | | |
| ██████ | 8:00 AM - 3:30 PM | Full Day | Belmont-Cragin | |
| ██████ Regular Teacher | | Report to: | CONFIRMATION ██████645 | |
| ██████ Main Room | | | | |
| ██████ | 9:00 AM - 4:00 PM | Full Day | Chappell | |
| ██████ Bilingual Teacher | | Report to: Main | CONFIRMATION ██████996 | |
| ██████ Room | | | | |
| ██████ | 12:00 PM - 3:30 PM | Half Day PM | Garvy John | |
| ██████ Special Education Teacher | | Report to: | CONFIRMATION ██████059 | |
| ██████ Main Room | | | | |
| ██████ | 9:00 AM - 4:00 PM | Full Day | Chappell | |
| ██████ Special Education Teacher | | Report to: | CONFIRMATION ██████925 | |
| ██████ Main Room | | | | |
| ██████ | 9:00 AM - 4:00 PM | Full Day | Chappell | |
| ██████ Regular Teacher | | Report to: Main | CONFIRMATION ██████294 | |
| ██████ Room | | | | |
| ██████ | 8:30 AM - 3:30 PM | 07:00 | Garvy John | |
| ██████ Special Education Teacher | | Report to: | CONFIRMATION ██████036 | |
| ██████ Main Room | | | | |
| ██████ | 8:00 AM - 3:00 PM | 07:00 | Logandale | |
| ██████ Special Education Teacher | | Report | CONFIRMATION ██████747 | |
| to: Main Room | | | | |
| ██████ | 12:30 PM - 4:00 PM | Half Day PM | Kilmer | |
| ██████ Bilingual Teacher | | Report to: Main Room | CONFIRMATION ██████183 | |
| ██████ | 7:30 AM - 2:45 PM | Full Day | Reilly | |
| ██████ Regular Teacher | | Report to: | CONFIRMATION ██████932 | |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

3/28/2019                                    My Profile | Habitat Chicago Portal | Habitat Chicago





 Jerico M. Cruz

| ACTIVITY | FOLLOWING | FOLLOWERS | STARRED ITEMS | MY FILES |
|----------|-----------|-----------|---------------|----------|
| 0 | 0 | 0 | 0 | 0 |

## Contact Information

**NAME**

Jerico M. Cruz

**EMAIL**

███████████████████████████████████████████

**ABOUT ME**

Multicultural, Open-Minded, & Volunteer.

Personal website: https://jericomcruz.wordpress.com/

Professional website: https://www.linkedin.com/in/jericomcruz

**PRIVACY SETTING** ❓

Public

3/26/2019                                    My Profile | Habitat Chicago Portal | Habitat Chicago

 JERICO M. CRUZ ▾





# Jerico M. Cruz

| ACTIVITY | FOLLOWING | FOLLOWERS | STARRED ITEMS | MY FILES |
|----------|-----------|-----------|---------------|----------|
| 0 | 0 | 0 | 0 | 0 |

## Contact Information

**NAME**

Jerico M. Cruz

**EMAIL**

███████████████████████████████

**ABOUT ME**

Multicultural, Open-Minded, & Wanderer.

Personal website: https://jericomcruz.wordpress.com/

Professional website: https://www.linkedin.com/in/jericomcruz

**PRIVACY SETTING ❓**

Public

FILED DATE: 10/24/2019 3:52 PM    2019CH12407

| Volunteer Shift Name | Role Locale | Role Name | Shift Start Date | Total Hours Entered |
|---|---|---|---|---|
| VS-028247 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 12/23/2018 | 3.0 |
| VS-027386 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 11/11/2018 | 3.0 |
| VS-027549 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 11/18/2018 | 3.0 |
| VS-027857 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 12/9/2018 | 3.0 |
| VS-027918 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 12/16/2018 | 3.0 |
| VS-027718 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 12/2/2018 | 3.0 |
| VS-022459 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 6/17/2018 | 3.0 |
| VS-024550 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 8/26/2018 | 3.0 |
| VS-024429 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 8/19/2018 | 3.0 |
| VS-024068 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 8/5/2018 | 3.0 |
| VS-021981 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 6/8/2018 | 3.0 |
| VS-022205 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 6/10/2018 | 3.0 |
| VS-024264 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 8/12/2018 | 3.0 |
| VS-024841 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 9/2/2018 | 3.0 |
| VS-025069 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 9/9/2018 | 3.0 |
| VS-025232 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 9/16/2018 | 3.0 |
| VS-025516 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 9/23/2018 | 3.0 |
| VS-012992 | 11933 S Union Ave, Chicago IL 60628 | Individuals at 11933 S Union St | 8/24/2017 | 7.0 |
| VS-013429 | 6040 N Pulaski Ave, Chicago IL 60646 | New Volunteer Orientation (ReStore) | 9/7/2017 | 1.0 |
| VS-018239 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 2/25/2018 | 3.0 |
| VS-018931 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 3/18/2018 | 3.0 |
| VS-018681 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 3/11/2018 | 3.0 |
| VS-018430 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 3/4/2018 | 3.0 |
| VS-015110 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 10/8/2017 | 3.0 |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

| VS-015111 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 10/15/2017 | 3.0 |
|---|---|---|---|---|
| VS-015112 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 10/22/2017 | 3.0 |
| VS-015113 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 10/29/2017 | 3.0 |
| VS-017009 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 1/7/2018 | 3.0 |
| VS-017012 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 1/14/2018 | 3.0 |
| VS-017013 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 1/21/2018 | 3.0 |
| VS-017328 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 1/28/2018 | 3.0 |
| VS-017329 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 2/4/2018 | 3.0 |
| VS-017330 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 2/11/2018 | 3.0 |
| VS-017290 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 2/18/2018 | 3.0 |
| VS-014326 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 9/24/2017 | 3.0 |
| VS-014329 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 10/1/2017 | 3.0 |
| VS-014328 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 9/17/2017 | 3.0 |
| VS-016503 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 12/31/2017 | 0.0 |
| VS-016499 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 12/3/2017 | 3.0 |
| VS-016500 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 12/10/2017 | 3.0 |
| VS-016501 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 12/17/2017 | 3.0 |
| VS-015846 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 11/5/2017 | 3.0 |
| VS-015847 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 11/12/2017 | 3.0 |
| VS-015848 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 11/19/2017 | 3.0 |
| VS-015849 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 11/26/2017 | 3.0 |
| VS-023635 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 7/22/2018 | 3.0 |
| VS-023884 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 7/29/2018 | 3.0 |
| VS-021476 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 5/27/2018 | 3.0 |
| VS-020741 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 5/6/2018 | 3.0 |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

| | | | | |
|---|---|---|---|---|
| VS-023459 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 7/15/2018 | 3.0 |
| VS-020977 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 3:00 PM-6:00 PM | 5/13/2018 | 3.0 |
| VS-020393 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 4/29/2018 | 3.0 |
| VS-023214 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 7/8/2018 | 3.0 |
| VS-020177 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 4/22/2018 | 3.0 |
| VS-013870 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 9/10/2017 | 3.0 |
| VS-019154 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 3/25/2018 | 3.0 |
| VS-022926 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 7/1/2018 | 3.0 |
| VS-019871 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 4/15/2018 | 3.0 |
| VS-019653 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 4/8/2018 | 3.0 |
| VS-022595 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 6/24/2018 | 3.0 |
| VS-026328 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 10/7/2018 | 3.0 |
| VS-027005 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 10/28/2018 | 3.0 |
| VS-027049 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 11/4/2018 | 3.0 |
| VS-026812 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 10/21/2018 | 3.0 |
| VS-028280 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 1/6/2019 | 3.0 |
| VS-028722 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 1/27/2019 | 3.0 |
| VS-028587 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 12:00 PM-3:00 PM | 1/20/2019 | 3.0 |
| VS-028026 | 6040 N Pulaski Ave, Chicago IL 60646 | ReStore Warehouse Assistant 10:00 AM-1:00 PM | 12/30/2018 | 0.0 |

5/28/2019                                 Volunteer Information Center

FILED DATE: 10/24/2019 3:52 PM   2019CH12407


CHICAGO

**Volunteer Information Center**

## Volunteer information for **Jerico M. Cruz**

Home    Mail    **My Profile**    My Schedule    My Service History    Time Sheet    Account

### Instructions
The following information is currently on file in your volunteer record. To update your records, enter your new information in the spaces provided. Click any of the "Save" buttons to save your changes or additions.
Note: All profile information is kept private and is not shared with outside third parties. Access is limited to the PAWS Chicago Volunteer team for volunteer recruitment and reporting purposes.

### Photo

Click the Upload link if you would like to upload a photo of yourself.





### Contact Information

First name: Jerico M.                          *
Last name: Cruz                               *
Title: Mr.        :
Street 1 ██████████████        *
Street 2:
City: ████████                    *
State:      :   *  Zip: █████     *
Home phone:                OK to call me here
Work phone: (800) 308-6079   ✓ OK to call me here
Cell phone ████████         ✓ OK to call me here
Email address: jerico.volunteer@blackcroix.cor  *

### Demographics

You may optionally provide the following information. It is used only to help us get a better idea of the demographic make-

3/26/2019                                    Volunteer Information Center

## PAWS Chicago
## Volunteer information for **Jerico M. Cruz**

**Totals**
Year-to-date hours: **2.42**
Life hours: **212.92**

## My Service Records

| Year | Hours |
|------|-------|
| 2019 | 2.42 |
| 2018 | 57.42 |
| 2017 | 153.08 |
| **Life total:** | **212.92** |

03-26-2019 7:16 pm

PAWS Chicago
Volunteer information for **Jerico M. Cruz**

## My 2018 Service Records

| Date | Hours |
|------|-------|
| 12-26-2018 | 1.25 |
| 12-08-2018 | 1.67 |
| 12-01-2018 | 0.75 |
| 11-12-2018 | 1.50 |
| 11-03-2018 | 2.08 |
| 10-20-2018 | 1.50 |
| 10-06-2018 | 1.08 |
| 09-22-2018 | 1.17 |
| 09-11-2018 | 1.75 |
| 08-31-2018 | 2.17 |
| 08-18-2018 | 1.50 |
| 08-11-2018 | 1.17 |
| 07-28-2018 | 1.08 |
| 07-14-2018 | 1.17 |
| 07-07-2018 | 1.58 |
| 06-30-2018 | 1.42 |
| 06-23-2018 | 2.00 |
| 06-16-2018 | 1.92 |
| 06-06-2018 | 1.17 |
| 06-01-2018 | 1.50 |
| 05-23-2018 | 1.75 |
| 05-10-2018 | 1.83 |
| 04-28-2018 | 1.92 |
| 04-21-2018 | 2.25 |
| 04-14-2018 | 1.25 |
| 04-07-2018 | 1.50 |
| 03-24-2018 | 1.33 |
| 03-17-2018 | 2.00 |
| 03-10-2018 | 2.00 |
| 02-20-2018 | 1.17 |
| 02-13-2018 | 1.08 |
| 02-06-2018 | 1.17 |
| 01-30-2018 | 1.42 |
| 01-23-2018 | 1.58 |
| 01-16-2018 | 2.42 |
| 01-09-2018 | 1.75 |
| 01-02-2018 | 1.58 |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

FILED DATE: 10/24/2019 3:52 PM    2019CH12407

PAWS Chicago
Volunteer information for **Jerico M. Cruz**

## My 2017 Service Records

| Date | Hours |
|------|-------|
| 12-26-2017 | 1.92 |
| 12-19-2017 | 1.83 |
| 12-12-2017 | 1.50 |
| 12-05-2017 | 1.92 |
| 11-28-2017 | 2.50 |
| 11-21-2017 | 1.92 |
| 11-14-2017 | 2.50 |
| 11-07-2017 | 2.08 |
| 10-31-2017 | 2.00 |
| 10-24-2017 | 2.08 |
| 10-17-2017 | 1.75 |
| 10-10-2017 | 3.17 |
| 10-03-2017 | 1.92 |
| 09-26-2017 | 1.58 |
| 09-19-2017 | 3.25 |
| 09-12-2017 | 2.50 |
| 09-05-2017 | 3.42 |
| 08-29-2017 | 3.67 |
| 08-26-2017 | 3.42 |
| 08-22-2017 | 1.67 |
| 08-19-2017 | 3.00 |
| 08-15-2017 | 3.92 |
| 08-13-2017 | 4.17 |
| 08-12-2017 | 2.17 |
| 08-10-2017 | 1.42 |
| 08-06-2017 | 2.33 |
| 08-05-2017 | 2.92 |
| 08-03-2017 | 4.00 |
| 07-30-2017 | 3.83 |
| 07-29-2017 | 4.00 |
| 07-27-2017 | 3.75 |
| 07-23-2017 | 3.50 |
| 07-22-2017 | 2.33 |
| 07-20-2017 | 2.42 |
| 07-16-2017 | 4.00 |
| 07-16-2017 | 3.75 |
| 07-15-2017 | 2.67 |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

3/26/2019                                          Volunteer Information Center

| | |
|---|---|
| 07-11-2017 | 3.75 |
| 07-09-2017 | 3.92 |
| 07-06-2017 | 4.00 |
| 07-02-2017 | 4.17 |
| 07-01-2017 | 2.50 |
| 07-01-2017 | 2.50 |
| 07-01-2017 | 2.50 |
| 06-30-2017 | 3.08 |
| 06-29-2017 | 4.00 |
| 06-28-2017 | 1.92 |
| 06-27-2017 | 3.92 |
| 06-26-2017 | 2.58 |
| 06-25-2017 | 4.17 |
| 06-25-2017 | 4.25 |
| 06-22-2017 | 3.00 |
| 06-06-2017 | 2.08 |
| **2017 total:** | **153.08** |

03-26-2019 7:14 pm



FEDERAL TRADE COMMISSION
# Identity Theft Report



FTC Report Number:

---

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Jerico | Matias | Cruz |
| **Address:** | **Phone:** | **Email:** |
| 5135 North Keating Avenue Chicago, 60630 USA | 847-906-3123 | ███@████████ ██ |

## Personal Statement

To Whom It May Concern: My personal identifiable information had been compromised from any means of committing financial fraud, cybercrime, and/or identity theft. For instance, an unknown offender used my personal identifiable information to apply for US Department of Veterans Affairs Benefits (███████); an unknown offender applied to become an UBER driver in the City of Chicago; an unknown offender applied to Barclays Bank Delaware for credit cards and used them for many years without my prior knowledge; and now an unknown offender has my personal identifiable information that may lead to additional deceptive practice that I am not aware of. A copy of personal statement about the incidence was submitted to the State of Illinois Attorney's General Office, including RD number of case incidence (police) reports and other supplemental documents. If you have any questions or concerns, you may contact me at ███████ or email me via ████████████████. Thank you for your time.

## Accounts Affected by the Crime

| Fraudulent Government Benefits | | |
|---|---|---|
| **Company or Organization:** | US Department of Veterans Affairs | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 2 / 2014 | 6 / 2019 | $████ |

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

FILED DATE: 10/24/2019 3:52 PM 2019CH12407

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | Barlcays Bank Delaware | |
| Account Number: | ▓▓▓▓▓▓ | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 6 / 2012 | 6 / 2019 | $ ▓▓▓ |

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | Barclays Bank Delaware | |
| Account Number: | ▓▓▓▓▓▓ | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 6 / 2012 | 6 / 2019 | $ ▓▓▓ |

| Fraudulent Checking or Savings Account | | |
|---|---|---|
| Company or Organization: | Chime Financial Inc | |
| Account Number: | ▓▓▓▓▓▓ | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 4 / 2018 | 6 / 2019 | $ ▓▓▓ |

| Fraudulent Securities Account | | |
|---|---|---|
| Company or Organization: | Charles Schwab Fraud Investigations c/o Samantha van Vuren | |
| Account Number: | ▓▓▓▓▓ | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 5 / 2018 | 6 / 2019 | $ ▓▓▓ |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Credit Inquiries | Capital One Auto Finance, CBNA, DEPT OF DEF-DMDC DEERS, Nati, LexisNexis/INS/State Farm, Merrick Bank |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Jerico M Cruz**        **10/23/2019**
Jerico M Cruz               Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

FILED DATE: 10/24/2019 3:52 PM   2019CH12407



**ILLINOIS STATE POLICE**
**BUREAU OF IDENTIFICATION**
**260 NORTH CHICAGO STREET**
**JOLIET, ILLINOIS 60432-4075**

FILED DATE: 10/24/2019 3:52 PM 2019CH12407

CHICAGO POLICE DEPARTMENT PERSONNEL DIV.
3510 SOUTH MICHIGAN AV
CHICAGO, IL 60653

PURSUANT TO A FINGERPRINT BASED SEARCH USING THE FINGERPRINT CARD SUBMITTED BY YOUR AGENCY, THE FILES OF THIS BUREAU FAILED TO REVEAL ANY CRIMINAL RECORD FOR THIS SUBJECT. THIS FINGERPRINT CARD IS BEING RETAINED BY THE BUREAU OF IDENTIFICATION.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS MATTER, PLEASE FEEL FREE TO CONTACT THIS OFFICE AT BOI_CUSTOMER_SUPPORT@ISP.STATE.IL.US OR (815) 740-5160.

## IDENTIFIERS

| | | | | | |
|---|---|---|---|---|---|
| DCN: | ▓▓▓▓ | TCN: | ▓▓▓▓▓▓ | PURPOSE: | CJE |
| SUBMISSION TYPE: | APP | RESULT: | NO RECORD ON FILE | SID: | ▓▓▓▓ |
| Name: CRUZ, JERICO M | | Employer #: | ▓▓▓▓ | SSN #: | |
| Sex Code: MALE | | Race Code: | ASIAN OR PACIFIC ISLANDER | DOB: | 06/14/1987 |

**STATE USE ONLY**
WARNING: RELEASE OF THIS INFORMATION TO UNAUTHORIZED INDIVIDUALS OR AGENCIES OR MISUSE IS PROHIBITED BY FEDERAL LAW
TITLE 42 USC 3789G PERTAINING TO CRIMINAL HISTORY INFORMATION

IAFIS FBI RESPONSE - DATE: Fri Aug 03 14:15:14 CDT 2018 ORI: ██████FCN██████████

CHICAGO POLICE DEPARTMENT PERSONNEL DIV.
3510 SOUTH MICHIGAN AV
CHICAGO,IL 60653

**FBI RESPONSE**

THE FOLLOWING IS IN RESPONSE TO YOUR SUBMISSION WHICH WAS SENT TO THE FEDERAL BUREAU OF
INVESTIGATION. IF YOU HAVE ANY QUESTIONS REGARDING THIS RESPONSE, PLEASE CONTACT THE FBI HELP DESK :

FBI HELP DESK
PHONE NUMBER: 1-304-625-2000

**IDENTIFIERS**

RESULT:NH

| | | | | | |
|---|---|---|---|---|---|
| DCN: | ████ | TCN: | ████ | RESPONSE DATE: | 2018/08/03 0:0:0 |
| SUBM TYPE: | APP | ORI: | ████ | FBI ICN: | ████ |
| NAME: | CRUZ, JERICO M | EMPLOYER#: | ████ | SSN: | |
| SEX CODE: | M | RACE CODE: | A | DOB: | 06/14/1987 |

**FBI RESPONSE**

THIS FEDERAL BUREAU OF INVESTIGATION RAPSHEET IS IN RESPONSE TO YOUR
SUBMISSION SENT TO THE FBI:
CIVIL APPLICANT RESPONSE

ICN CIDN OCA NOOCA
CRUZ,JERICO M DOB 1987/06/14
MNU SOC SEX M RAC A HGT ████
████POLICE DEPARTMENT
CHICAGO IL 2018/08/03
A SEARCH OF THE FINGERPRINTS ON THE ABOVE
INDIVIDUAL HAS REVEALED NO PRIOR ARREST
DATA. CJIS DIVISION
2018/08/03 FEDERAL BUREAU OF INVESTIGATION

ILCPD0100
COOK COUNTY
CHICAGO POLICE DEPARTMENT
3510 MICHIGAN AVE 2016 SW
CHICAGO,IL 60653

FILED DATE: 10/24/2019 3:52 PM 2019CH12407

# PSYCHEMEDICS
### CORPORATION

**HAIR ANALYSIS DRUG TEST RESULTS**
**Patented Technologies**

*The Worldwide Leader in Hair Drug Testing*

Page : 1 of 2

FILED DATE: 10/24/2019 3:52 PM  2019CH12407

Account : CHICAGO POLICE DEPT.
Account ID : ▮▮▮▮▮
Client Code : ▮▮▮▮▮
Location ID : ▮▮▮▮▮

Subject ID : XXX-XXX-▮▮▮
CCF ID : ▮▮▮▮▮▮
LAN : ▮▮▮▮▮▮

Sgt. Yvonne Terry
CHICAGO POLICE DEPARTMENT (APPLICANTS)
Drug Testing Unit
3510 S. Michigan Ave., RM 1087 SW
CHICAGO, IL 60653
Phone (312) 745-5053

Source : Head Hair
Reason for Test : Pre-Employment
Collected : Jul 21, 2018 11:10 AM
Received at Lab : Jul 25, 2018 09:48 AM
Released by Lab : Jul 25, 2018 06:01 PM
Sample Length : 0 to 3.5cm

**Test Panel : 501 Hair AM CO OP PH TE**

| Test | Result | Screening Cutoff | Confirmation Cutoff |
|------|--------|------------------|---------------------|
| **COCAINE** | **NEGATIVE** | | |
| Cocaine Screen | | 5 ng/10 mg | |
| Cocaine | Negative | | 5 ng/10 mg |
| Benzoylecgonine | Negative | | 0.5 ng/10 mg |
| Cocaethylene | Negative | | 0.5 ng/10 mg |
| Norcocaine | Negative | | 0.5 ng/10 mg |
| **OPIOIDS** | **NEGATIVE** | | |
| Opioids Screen | | 2 ng/10 mg | |
| Codeine | Negative | | 2 ng/10 mg |
| Morphine | Negative | | 2 ng/10 mg |
| 6-MAM | Negative | | 2 ng/10 mg |
| Hydrocodone | Negative | | 2 ng/10 mg |
| Hydromorphone | Negative | | 2 ng/10 mg |
| Oxycodone Screen | | 2 ng/10 mg | |
| Oxycodone | Negative | | 2 ng/10 mg |
| Oxymorphone | Negative | | 2 ng/10 mg |
| **PHENCYCLIDINE (PCP)** | **NEGATIVE** | | |
| Phencyclidine Screen | | 3 ng/10 mg | |
| Phencyclidine | Negative | | 3 ng/10 mg |
| **AMPHETAMINES** | **NEGATIVE** | | |
| Amphetamines Screen | | 5 ng/10 mg | |
| Methamphetamine | Negative | | 5 ng/10 mg |
| MDMA | Negative | | 5 ng/10 mg |
| MDEA | Negative | | 5 ng/10 mg |
| Amphetamine | Negative | | 5 ng/10 mg |
| **MARIJUANA** | **NEGATIVE** | | |
| Cannabinoids/THC Screen | | 10 pg/10 mg | |
| CarboxyTHC | Negative | | 1 pg/10 mg |

- Sample received with Chain of Custody Intact.

- Screening by EIA. Confirmation by Mass Spectrometry (MS). A "Negative" result means that the drug was not detected in an amount that meets or exceeds the cutoff. A "Positive" result means that the drug was detected in an amount that meets or exceeds the Mass Spec cutoff.

Continued on next page...



*Test Performed by PSYCHEMEDICS Corporation*
Tel: 800-522-7424 / 5832 Uplander Way / 6100 Bristol Parkway, Culver City, CA 90230

Report Date: 08/20/2018 10:51:30 STN6-CL






# PSYCHEMEDICS
## C O R P O R A T I O N

**HAIR ANALYSIS DRUG TEST RESULTS**
**Patented Technologies**

*The Worldwide Leader in Hair Drug Testing*

Page : 2 of 2

Account : CHICAGO POLICE DEPT.

| | |
|---|---|
| Account ID : ▓▓▓▓ | Subject ID : XXX-XXX-▓▓▓ |
| Client Code : ▓▓▓▓ | CCF ID : ▓▓▓▓ |
| Location ID : ▓▓▓▓ | LAN : ▓▓▓▓ |

. . . Continued

- Technical questions concerning these results should be directed to the Laboratory Director. Please contact your Client Services Representative for assistance.

Negative Certifying Scientist : Matthew Coy, B.S.

**\*\*\* END OF REPORT \*\*\***

*This test report shall not be reproduced except in full, without written approval of the lab*

*Test Performed by PSYCHEMEDICS Corporation*
Tel: 800-522-7424 / 5832 Uplander Way / 6100 Bristol Parkway, Culver City, CA 90230

Report Date: 08/20/2018 10:51:30 STN6-CL

FILED DATE: 10/24/2019 3:52 PM   2019CH12407








Generated on 08/20/2018 12:48 PM

## Laboratory Report

**SPECIMEN INFORMATION**

Requisition #: ▓▓▓▓ ·
Accession #: ▓▓▓▓
Collected: 07/21/2018 10:14 AM
Received: 07/25/2018 7:57 AM
Reported: 07/25/2018 2:08 PM
Specimen ID: ▓▓▓▓

**DONOR INFORMATION**

Name:
Primary ID: ▓▓▓▓
Reason: PRE-EMPLOYMENT
Collection Site: ZZ

**CLIENT INFORMATION**

▓▓▓▓
CHICAGO POLICE 22002001
3510 S MICHIGAN AVE
CHICAGO, IL 60653

---

```
Site: Not Provided
Seals Intact: Yes
Tests Ordered: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

Urine Specimen Validity Testing                    Acceptable Range

```
  CREATININE                154.8 mg/dL              >/= 20 mg/dL
  pH                        5.2                        4.5-8.9
  OXIDIZING ADULTERANTS     Negative
```

Urine Substance Abuse Panel                        Initial        MS Confirm
                                                   Test Level     Test Level

```
  AMPHETAMINES              Negative          1000 ng/mL      500 ng/mL
  BARBITURATES              Negative           300 ng/mL      200 ng/mL
  BENZODIAZEPINES           Negative           300 ng/mL      200 ng/mL
  COCAINE METABOLITES       Negative           300 ng/mL      150 ng/mL
  MARIJUANA METABOLITES     Negative            50 ng/mL       15 ng/mL
  METHADONE                 Negative           300 ng/mL      200 ng/mL
  MDA-ANALOGUES             Negative           250 ng/mL      200 ng/mL
  OPIATES                   Negative           300 ng/mL      300 ng/mL
  OXYCODONES                Negative           100 ng/mL      100 ng/mL
  PHENCYCLIDINE             Negative            25 ng/mL       25 ng/mL
  PROPOXYPHENE              Negative           300 ng/mL      200 ng/mL
```

```
          CERTIFYING TECHNICIAN/SCIENTIST: ▓▓▓▓

SPECIMEN RECEIVED AND PROCESSED IN THE LENEXA DHHS CERTIFIED LABORATORY.

LAB:      Quest Diagnostics-Lenexa
          10101 Renner Blvd
          Lenexa KS 66219

                >> END OF REPORT <<
```

Page 1 of 1

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

07 23 18          DDL: Y

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF THE PERSON IDENTIFIED ABOVE

JERICO M CRUZ
5135 N KEATING AVE
CHICAGO 60630

| CONT LIC DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|
| 09 24 03 | 06 06 17 | 06 14 87 |

| GENDER | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | TL | CLASS | ENDORS | MC | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M |  |  |  |  |  |  |  |  |  | X | B | 06 14 21 |

| TYPE ACTION | | STOP IN EFFECT |
|---|---|---|
| 65 | DL/ID DATA       ISS-DT   07-13-15  EXP-DT   06-14-17  CLASS=D*<br>TYPE=CORRECTED DL<br>DRIVERS LICENSE ISSUED | |
| 71 |                  ISS-DT   06-06-17  EXP-DT   09-04-17  PERMIT-NO= CN0901 | |
|  | * END OF RECORD * | |



* This is to certify, to the best of my knowledge and belief, after a careful search of my records, that the information set out herein is a true and accurate copy of the captioned individual's driving record; identified by driver's license number, and I certify that all statutory notices required as a result of any driver control actions taken have been properly given.

Jesse White
SECRETARY OF STATE

(Form DSDASQ – Rev. 8/24/2011)

2019CH12407   FILED DATE: 10/24/2019 3:52 PM

07 23 18            DDL: Y

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF THE PERSON IDENTIFIED ABOVE

JERICO M CRUZ
5135 N KEATING AVE
CHICAGO 60630

| CONT LIC DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|
| 09 24 03 | 06 06 17 | 06 14 87 |

| GENDER | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | TL | CLASS | ENDORS | MC | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | | | | | | | | | | | | 06 14 21 |

TYPE ACTION                                                                                          STOP IN EFFECT

THIS ADDITIONAL SUPERVISION INFORMATION IS BEING
PROVIDED IN ACCORDANCE WITH SECTION 6-204 OF THE
ILLINOIS VEHICLE CODE AND IS SUBJECT TO THE
LIMITATIONS CONTAINED THEREIN.

NO SUPERVISIONS ON RECORD
* END OF RECORD *




* This is to certify, to the best of my knowledge and belief, after a careful search of my records, that the information set out herein is a true and accurate copy of the captioned individual's driving record; identified by driver's license number, and I certify that all statutory notices required as a result of any driver control actions taken have been properly given.

(Form DSDASQ – Rev. 8/24/2011)


Jesse White
SECRETARY OF STATE

FILED DATE: 10/24/2019 3:52 PM    2019CH12407



**DEPARTMENT OF THE ARMY**
U.S. ARMY CRIMINAL INVESTIGATION COMMAND
U.S. ARMY CRIME RECORDS CENTER
27130 TELEGRAPH ROAD
QUANTICO, VA 22134

REPLY TO
ATTENTION OF

AUG 0 7 2017



Mr. Jerico M. Cruz
5135 North Keating Avenue
Chicago, IL 60630-1743

Dear Mr. Cruz:

This is in response to your request for release of information from the files of the U.S. Army Criminal Investigation Command (USACIDC) received on August 2, 2017.

A search of the Army criminal file indexes utilizing the information you provided revealed no files pertaining to yourself. You are advised that records at this center are Criminal Investigative and Military Police Reports and are indexed by personal identifiers such as names, social security numbers, dates and places of birth and other pertinent data to enable the positive identification of individuals.

This can be considered a "no record" response for USACIDC records pursuant to the Privacy Act, Title 5, USC, Section 552a and the Freedom of Information Act, Title 5, USC, Section 552. You have appeal rights concerning this action. Please note that your appeal should address information denied in this response and cannot be used to make a new request for additional or new information.

This no records response can be deemed by you to be a denial under the FOIA by the Initial Denial Authority, the Commanding General, U.S. Army Criminal Investigation Command (USACIDC). If you wish to appeal this decision, please do so within ninety (90) days of the date of this letter. Please submit your appeal addressed to this office: Director, U.S. Army Crime Records Center, Attention: CICR-FP, 27130 Telegraph Road, Quantico, VA 22134.

Questions regarding this action should be in writing to this center at the address shown on the letterhead or you can call 1-571-305-4254. Please reference the above control number with your correspondence.

Printed on  Recycled Paper

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

FILED DATE: 10/24/2019 3:52 PM   2019CH12407

I trust this will be of assistance to you.

Sincerely,

Chester B. Longdor
Director, Crime Records Center

# UGE / United / Sterling



**Sterling** Talent Solutions

**Public Search Co.**

Sterling Talent Solutions Customer Support
4511 Rockside Road, 4th Floor | Independence, OH 44131
1.877.982.9888 | customersupport@talentwise.com

**California Applicants/Emplo**uracy or truthfulness of the information as to the subject of the investigation, **but only that it is accurately copied from public records, and information generated as a result of** identity theft, including evidence of crimumer who is the subject of the report. An investigative consumer r a copy of a report or making a request to review a file, a writ the terms and conditions of his or her right to receive all disclosu

**Kures is false name**

Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de idva, podría estar incorrectamente asociada con el consugadora de informes de crédito deberá suministrarle a un consumidor visar un archivo una notificación por escrito en inglés y espay las condiciones de su derecho a recibir toda la información, c

**Inaccurate "AKA"**

Report: **Jerico M. Cruz**

| Requested by | United Airlines, Inc. (713) 324-3746 | Report Status | Complete |
|---|---|---|---|
| | | Request Submitted | Jan 15, 2018 12:53 PM |
| Package Title | UGE- No Education | Report Completed | Jan 19, 2018 9:26 AM |
| | | Completion Time | 3 business days, 9 hours |

| Report ID | | Address | ...g A. Chicago, IL 60630 |
|---|---|---|---|
| Name | Jerico M. Cruz | Billing Code | United |
| Alternate Name(s) | JACOB KURES | Reference Code | ORD00001359 ! Lobby Assist Agent (Part-time) - Chicago O'Hare International Airport |
| Social Security Number | | | |
| Date of Birth | **0** | | |

| | Report Contents | Name Searched | Complete | Status |
|---|---|---|---|---|
| 1 | Client Criteria | Jerico M. Cruz | ✔ | Meets Criteria |
| 2 | SSN Trace | Jerico M. Cruz | ✔ | Complete |
| 3 | Criminal County Search (10-Year Address History) Jurisdiction: **Cook County, Illinois** | Jerico M. Cruz | ✔ | Clear |
| | | AKA: Jacob Kures | ✔ | Clear |
| 4 | Employment Verification - Aviation Employer: **Possoro Capital** | Jerico M. Cruz | ✔ | Not Verified |
| 5 | Employment Verification - Aviation Employer: **Fleming.** | Jerico M. Cruz | ✔ | Verified |
| 6 | Multi-State Instant Criminal Check With Verification | Jerico M. Cruz | ✔ | Complete |
| | | AKA: Jacob Kures | ✔ | Complete |
| 7 | Extended Global Sanctions | Jerico M. Cruz | ✔ | Clear |
| | | AKA: Jacob Kures | ✔ | Clear |
| 8 | Gap Verification - Aviation | Jerico M. Cruz | ✔ | Alert |
| 9 | Nationwide Sex Offender Registry Check | Jerico M. Cruz | ✔ | Clear |
| | | AKA: Jacob Kures | ✔ | Clear |
| 10 | Criminal Federal Search (40-Year Address History) State: **Illinois** | Jerico M. Cruz | ✔ | Clear |
| | | AKA: Jacob Kures | ✔ | Clear |

**1** Client Criteria

**1 year of employment verified...TA**

**Scoring is performed at the request of the client using the client's provided criteria. All eligibility decisions rest in the client's sole discretion.**

**2** SSN Trace

The SSN Trace compares the provided Social Security Number to credit header and public records data. This trace may locate possible alternative names or addresses associated with the SSN for the purpose of performing additional searches. The SSN trace is not conducted through the Social Security Administration and should not be used as the basis for any employment decision or confirmation of identity.

SSN **0**

# Sterling
Talent Solutions

## Public Search Co.

Sterling Talent Solutions Customer Support
4511 Rockside Road, 4th Floor | Independence, OH 44131
1.877.982.9888 | customersupport@talentwise.com

**California Applicants/Emplo**_____uracy or truthfulness of the information as to the
subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of
identity theft, including evidence of crin_____umer who is the subject of
the report. An investigative consumer r_____ a copy of a report or
making a request to review a file, a writt   **Kures is false name**   the terms and conditions
of his or her right to receive all disclosu

Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información
en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información
generada como resultado del robo de id_____va, podría estar
incorrectamente asociada con el consu_____gadora de informes de crédito
deberá suministrarle a un consumidor c   **Inaccurate "AKA"**   visar un archivo una
notificación por escrito en inglés y espa_____y las condiciones de su
derecho a recibir toda la información, c

Report: **Jerico M. Cruz**

| Requested by | United Airlines, Inc.<br>(713) 324-3746 | | Report Status | Complete |
| | | | Request Submitted | Jan 15, 2018 12:53 PM |
| Package Title | UGE- No Education | | Report Completed | Jan 19, 2018 9:28 AM |
| | | | Completion Time | 3 business days, 9 hours |

| Report ID | | Address | ...ig A.,<br>Chicago, IL 60630 |
| Name | Jerico M. Cruz | | |
| Alternate Name(s) | JACOB KURES | Billing Code | United |
| Social Security Number | | Reference Code | ORD00001359 ↑ Lobby Assist Agent (Part-time) - Chicago O'Hare International Airport |
| Date of Birth | **0** | | |

| | Report Contents | Name Searched | Complete | Status |
|---|---|---|---|---|
| 1 | Client Criteria | Jerico M. Cruz | ✔ | Meets Criteria |
| 2 | SSN Trace | Jerico M. Cruz | ✔ | Complete |
| 3 | Criminal County Search (10-Year Address History)<br>Jurisdiction: **Cook County, Illinois** | Jerico M. Cruz | ✔ | Clear |
| | | AKA: Jacob Kures | ✔ | Clear |
| 4 | Employment Verification - Aviation<br>Employer: **Possere Capital** | Jerico M. Cruz | ✔ | Not Verified |
| 5 | Employment Verification - Aviation<br>Employer: **Fleming.** | Jerico M. Cruz | ✔ | Verified |
| 6 | Multi-State Instant Criminal Check With Verification | Jerico M. Cruz | ✔ | Complete |
| | | AKA: Jacob Kures | ✔ | Complete |
| 7 | Extended Global Sanctions | Jerico M. Cruz | ✔ | Clear |
| | | AKA: Jacob Kures | ✔ | Clear |
| 8 | Gap Verification - Aviation | Jerico M. Cruz | ✔ | Alert |
| 9 | Nationwide Sex Offender Registry Check | Jerico M. Cruz | ✔ | Clear |
| | | AKA: Jacob Kures | ✔ | Clear |
| 10 | Criminal Federal Search (40-Year Address History)<br>State: **Illinois** | Jerico M. Cruz | ✔ | Clear |
| | | AKA: Jacob Kures | ✔ | Clear |

---

**1** Client Criteria

**1 year of employment verified...TA**

Scoring is performed at the request of the client using the client's provided criteria. All eligibility decisions rest in the client's sole discretion.

**2** SSN Trace

The SSN Trace compares the provided Social Security Number to credit header and public records data. This trace may locate possible alternative names or addresses associated with the SSN for the purpose of performing additional searches. The SSN trace is not conducted through the Social Security Administration and should not be used as the basis for any employment decision or confirmation of identity.

SSN



# Exhibit H:
# City of Chicago Civilian Office of Police Accountability

- Two COPA Complaints - 17th District CPD Peace Officers
- Two Maps: 16th District to Starbucks (Walking) and Starbucks to 17th District (Driving)

 Gmail

Jerico. the consultant <theconsultantoo0oo@gmail.com>

# Form Submission: COPA Online Complaint Form
**2 messages**

**Civilian Office of Police Accountability** <COPA-Intake@chicagocopa.org>          Fri, Jun 18, 2021 at 12:20 PM
To: theconsultantoo0oo@gmail.com

Thank you for submitting your complaint using COPA's online complaint form.  A copy of your submission is provided below.

| Name |
| --- |
| Jerico Matias Cruz |
| **Primary Address** |
| 5135 N Keating Ave<br>Chicago, Illinois 60630<br>United States<br>Map It |
| **Alternate Address** |
| United States<br>Map It |
| **Date of Birth** |
| 06/14/1987 |
| **Gender** |
| Male |
| **Ethnicity** |
| Asian |
| **Are you a member of the Chicago Police Department?** |
| No |
| **Best Time to Contact** |
| • Weekday<br>• Weekend<br>• Morning<br>• Afternoon |
| **Contact Phone Number** |
| (847) 906-3123 |
| **Contact Phone Number Type** |
| Work |

## Email

theconsultantoo0oo@gmail.com

## Describe the incident.

On or about June 13, 2021 at 4:39 PM, I, Jerico Matias Cruz, purchases a Grande Starbucks Cold Brew Coffee, which costs $4.37, including Illinois sales tax, while using my Starbucks rewards account online and picks the purchased item in-store. See my Starbucks rewards account purchased history and membership since 2020. I ask one of the Starbucks employee, who calls herself the supervisor, for help purchasing using my Starbucks rewards account online because I am unable to see the purchased item online in contrast to the drink, freshly brewed coffee, which costs approximately $2.95 plus Illinois sales tax. While I am in-store, I am using my laptop to connect to Starbuck's public WiFi network in-store, while the Starbucks' radio is turn-on and the sound of the radio is somewhat louder than usual. See Ofc. Zagozdon and Ofc. Khan's body-worn camera footages. I am also talking to somebody on my phone, smartphone, while sipping or drinking my Starbucks purchased item from the store and using Starbucks' public WiFi network. One of the employees asks me if I am okay while I am using my smartphone inside the store, while I am talking to somebody, and while the Starbucks' radio is turn-on and louder than usual. I reply, "Yes, I am okay and also give him a thumbs up." One of the employees from the Starbucks, the one who calls herself the supervisor, tells me to go outside the Starbucks, specifically, in the patio where you can sit on one of the tables outside and scolds me, "I am making too much noise inside the store." I look around and check if there is a customer other than myself. I see nobody inside the store during that time. I reply, "No, I am staying inside. I am not making any noise." The supervisor only wants me to stay outside the Starbucks and not leave the vicinity of the Starbucks, while I am on my phone. I do not know why there is a 9-11 call for this unlawful arrest committed by 17th District CPD peace officers: Ofc. Zagozdon; Ofc. Khan; Ofc. Eberlin; Ofc. Rivera; Ofc. Mahe; Ofc. Ibrahimovic; and Ofc. Oshana. Ofc. Zagozdon and Ofc. Khan respond to 9-11 call made from 4715 W Foster Ave, Chicago, Illinois 60630. Ofc. Zagozdon and Ofc. Khan ask me to leave the vicinity of Starbucks and while I am inside the Starbucks. Ofc. Zagozdon and Ofc. Khan accuse me of Criminal Trespassing while I am legitimate customer of Starbucks. One of the employees who calls herself the supervisor fails to follow the store policy and I feel I am discriminated as a customer and as a Starbucks rewards account holder. For Ofc. Zagozdon and Ofc. Khan, accusing me of criminal trespassing while I am not violating any store policy, Chicago Municipal Code, Illinois Criminal Statutes, and Federal Criminal Statutes. The exchange of statements continue about the Illinois laws, specifically Illinois criminal laws that Ofc. Khan and Ofc. Umer are trying to enforced while Ofc. Zagozdon and Ofc. Umer are doing their patrol duty during their watch inside their beat or their specific jurisdiction. When I decide to go outside the Starbucks, as one of the female employees who calls herself the supervisor tells me earlier, Ofc. Zagozdon and Ofc. Khan asks me again to leave the vicinity of Starbucks. I ask Ofc. Zagozdon and Ofc. Khan to call the supervisor to confirm her statement about the accusation of criminal trespassing. I ask the supervisor, "Did you tell me to go outside the Starbucks?" The supervisor says, "Yes." See Ofc. Zagozdon and Ofc. Khan's body-worn camera footages. When I am done asking question(s), I decided to leave when other assisting officers and Ofc. Eberlin, the supervisor on the scene, arrive on the scene. I ask SGT Eberlin about the laws that they are trying to enforce. When I am taking video and am trying to get their names, SGT Eberlin and other assisting officers unlawfully arrest me. They accuse me of criminal trespassing for asking their names and tell me that I am still in the parking lot of the Starbucks. See peace officers' bodycam.

## Were you injured in this incident?

Yes

## If so, please provide a description of your injuries.

Scratch on my thumb with a little bit of blood but not profuse. Just put a bandaid for a day to stop the bleeding when I arrive home at 5135 N Keating Ave, Chicago, Illinois 60630 on June 14, 2021 at approximately 1:35 A.M.

## Did you seek treatment for your injuries?

No

## Incident Address

4715 W Foster Ave
Chicago, Illinois 60630
United States

Map It

**Incident Date**

06/13/2021

**Incident Time**

06:55 pm

**Building Name**

Starbucks

**Location Description**

The unlawful arrest occur outside the Starbucks' Parking lot at 4715 W Foster Ave, Chicago, Illinois 60630. The building/facility is a commercial building.

**Was this in a school?**

No

**Was this in a police facility?**

No

**Are you aware of any video or audio recording of the incident?**

Yes

**Do you have a copy of the video or audio recording?**

Yes

**Would you like for an investigator to contact you in order to retrieve your audio or video recordings?**

Yes

**Were there witnesses?**

- Yes, add witness

**Witness Name**

Starbucks Employees Other Than The Supervisor

**Is the witness a member of the Chicago Police Department?**

No

**Witness Primary Address**

4715 W Foster Ave
Chicago, Illinois 60630
United States
Map It

**Add another witness**

- Yes, Add Additional Witness

**Is the additional witness a member of the Chicago Police Department?**

No

**Witness Name**

Starbucks Customers

**Witness Primary Address**

United States
Map It

**Department Member Name**

Krzysztof Zagozdon

**Star Number**

19916

**Gender**

Male

**Ethnicity**

White

**Was the Department member in uniform?**

Yes

**Assigned Unit**

17th District CPD

**Department Member Description**

Ofc. Zagozdon is a white caucasian male but Eastern European descent.
SGT. Patrick Eberlin, Star no. 2315, responds on the scene, specifically in the Starbucks' Parking Lot.
Other Assisting Officers on the scene, specifically in the Starbucks' Parking Lot are the following:
Nancy Rivera, Star no. 10180; Jean-Pierre Mahe, Star no. 15606; Irfan Ibrahimovic, Star no. 13966; Sargon Oshana,
and Star no. 10878.
SGT. Rafael Medina, approving supervisor of the original case incident report.

**Was the Department member driving a vehicle?**

Yes

**What type of vehicle?**

SUV

**Was the vehicle marked with a "Chicago Police Department" decal?**

Yes

**Beat Number**

7244

**Vehicle License Plate**

MP15591

**Vehicle Description**

It is a Ford SUV with background color white and blue graphics and letters.

**Add another Department Member?**

- Yes, Add Another Department Member

**Department Member Name**

Umer Khan

**Star Number**

16971

**Assigned Unit**

17th District CPD

**Gender**

Male

**Ethnicity**

Asian

**Was the Department member in uniform?**

Yes

**Department Member Description**

Ofc. Khan is dark South Asian descent, mainly from Pakistan identifying from his last name.
SGT. Patrick Eberlin, Star no. 2315, responds on the scene, specifically in the Starbucks' Parking Lot.
Other Assisting Officers on the scene, specifically in the Starbucks' Parking Lot are the following:
Nancy Rivera, Star no. 10180; Jean-Pierre Mahe, Star no. 15606; Irfan Ibrahimovic, Star no. 13966; Sargon Oshana, and Star no. 10878.
SGT. Rafael Medina, approving supervisor of the original case incident report.

**Was the Department member driving a vehicle?**

Yes

**What type of vehicle?**

SUV

**Was the vehicle marked with a "Chicago Police Department" decal?**

Yes

**Beat Number**

7244

**Vehicle License Plate**

MP15591

**Vehicle Description**

It is a Ford SUV with white background color and blue graphics and letters.

**Submitted On**

06/18/2021 12:20:03 America/Chicago

| How did you hear about COPA |
| --- |
| Community Event |

Within five (5) business days, a letter will be mailed to you with respect to whether your complaint falls within COPA's jurisdiction or the jurisdiction of the Bureau of Internal Affairs. If your complaint falls within COPA's jurisdiction, we will proceed to investigation.

If you have any questions about your complaint, please feel free to contact our main office during our business hours and ask to speak with a case liaison.  To the extent you have received the aforementioned letter, please be sure to have the Log# assigned to your case when you call so that we can quickly locate your case file.

For answers to frequently asked questions, please view our FAQs.

---

**Civilian Office of Police Accountability** <COPA-Intake@chicagocopa.org>    Fri, Jun 18, 2021 at 2:13 PM
To: theconsultantoo0oo@gmail.com

Thank you for submitting your complaint using COPA's online complaint form.  A copy of your submission is provided below.

| Name |
| --- |
| Jerico Matias Cruz |
| **Primary Address** |
| 5135 N Keating Ave<br>Chicago, Illinois 60630<br>United States<br>Map It |
| **Alternate Address** |
| United States<br>Map It |
| **Date of Birth** |
| 06/14/1987 |
| **Gender** |
| Male |
| **Ethnicity** |
| Asian |
| **Are you a member of the Chicago Police Department?** |
| No |
| **Best Time to Contact** |
| <ul><li>Weekday</li><li>Weekend</li><li>Morning</li><li>Afternoon</li></ul> |

**Contact Phone Number**

(847) 906-3123

**Contact Phone Number Type**

Work

**Email**

theconsultantoo0oo@gmail.com

**Describe the incident.**

On or about June 13, 2021, Ofc. Zagozdon and Ofc. Khan and other 17th District Officers, such as SGT Patrick Eberlin with Star no. 2315, Ofc. Nancy Rivera with Star no. 10180, Jean-Pierre Mahe with Star no. 15606, Irfan Ibrahimovic with Star no. 13966, Ofc. Sargon Oshana with Star no. 10878 (and SGT Rafael Medina, the approving supervisor of the original case incident report), unlawfully arrest me outside the Starbucks located at 4715 W Foster Ave, Chicago, Illinois 60630. When I am detained inside Group A Holding Room, Ofc. Zagozdon and Ofc. Khan performs an inventory of my personal belongings using Chicago Police Department (CPD) Form CPD-34.523 (REV . 10/09) with Invoice No. 14924662 and PKG No. 5679427 and Invoice No. 14924663 and PKG No. 5679428. On or about June 13 - 14, 2021, my personal belongings stay in 17th District CPD's custody between 7:45 PM and 1:30 AM. Although Ofc. Zagozdon and Ofc. Khan transfer me to 16th District CPD for fingerprint and photographing, my (1) U.S. Army desert belt, (2) U.S. Army Combat boots laces, (3) IL Driver's License Card, (4) personal card and $20.00 in the bag, (5) my U.S. Army Cold Weather Jacket and SUV/Car Key go/follow/transfer with me to 16th District CPD. Ofc. Zagozdon and Ofc. Khan tell me to go back to 17th District CPD to pick up my personal belongings. Both 17th District CPD and 16th District CPD personnel search me and inventory whatever personal belongings that I have during my custody. When 16th District CPD detention aide releases me from custody, detention aide returns my five (6) personal belongings. Ofc. [name not clear on I-Bond no. I8759320] with Star no. 1651 prepares the I-Bond for me to sign. Ofc. (Unknown) with Star no. 1651 has to countersign the I-Bond, too. And then I put my boots laces on, belt on; and I put my personal card, IL Driver's License card, and $20.00 into one of my Khaki pant's pocket and my SUV/Car key into the other pocket. I have to return to Starbucks's parking lot to retrieve my SUV/Car. I have to walk for 1.1 miles from 16th District CPD located at 5151 N Milwaukee Ave, Chicago, Illinois 60630 to Starbucks's Parking Lot located at 4715 W Foster Ave, Chicago, Illinois 60630, which is approximately 22 minutes. See Screenshots of the distance from 16th District CPD and Starbucks' Parking Lot. I drive from Starbucks' Parking Lot to 17th District CPD to retrieve my personal belongings. I start from Starbucks's Parking Lot, Seafood City's Parking Lot, and then I turn left to Elston Ave and I also turn left on Lawrence Ave, and then I turn right to N Pulaski Rd toward the 17th District CPD, which takes approximately about 7 minutes. From hereon, I have spoken to Ofc. Laqui, Lt. David Wu, and a female African-American CPD Administrative Clerk when I arrive at 17th District CPD lobby area. I show my two-page invoices and the Administrative Clerk returns my personal belongings. On or about June 14, 2021 at approximately 12:130, I personally inventory my personal belongings: my personal items inside my green bag; personal items inside my black wallet; and other my laptop, laptop's adapter, and my Modern Real Estate Practice in Illinois Edition 10 textbook. I remove all my personal belongings from my green bag and black wallet, laptop's adapter from the laptop's adapter box, and lay down all my personal belongings in the countertop of the 17th District CPD lobby. I explain to Lt. Wu and the Administrative Clerk that I am missing my capital one platinum credit card. The Administrative Clerk initiate an original case incident report with an RD No. JE265043 with IUCR Code: 5093, or stolen or lost property. Approving supervisor, SGT/Ofc. Timothy Beran with Star no. 2556, approves the police report with false narrative as stated: "In Summary, [V] Cruz, Jerico walked into the 17th District to report this incident. Victim related that his capital one platinum card was last seen inside his wallet. Around 0100 hrs he discovered his card missing. vin was given"

**Were you injured in this incident?**

No

**Incident Address**

17th District CPD
16th District CPD
Chicago, Illinois 60630
United States

Map It

| **Incident Date** |
|---|
| 06/13/2021 |
| **Incident Time** |
| 07:30 pm |
| **Building Name** |
| 17th District CPD/16th District CPD |
| **Location Description** |
| 17th District CPD/16th District CPD |
| **Was this in a school?** |
| No |
| **Was this in a police facility?** |
| Yes |
| **Are you aware of any video or audio recording of the incident?** |
| Yes |
| **Do you have a copy of the video or audio recording?** |
| No |
| **Would you like for an investigator to contact you in order to retrieve your audio or video recordings?** |
| Yes |
| **Department Member Name** |
| 17th District CPD |
| **Department Member Description** |
| On or about June 13, 2021, 17th District CPD personnel put me under their custody for unlawful arrest from Starbucks' Parking Lot. |
| **Was the Department member driving a vehicle?** |
| Yes |
| **Add another Department Member?** |
| • Yes, Add Another Department Member |
| **Department Member Name** |
| 16th District CPD |
| **Department Member Description** |
| On or about June 13, 2021, 16th District CPD personnel put me under their custody for fingerprinting and photographing. |
| **Was the Department member driving a vehicle?** |

| | |
|---|---|
| | Yes |
| **Submitted On** | |
| | 06/18/2021 14:13:12 America/Chicago |
| **How did you hear about COPA** | |
| | Family or Friend |

Within five (5) business days, a letter will be mailed to you with respect to whether your complaint falls within COPA's jurisdiction or the jurisdiction of the Bureau of Internal Affairs. If your complaint falls within COPA's jurisdiction, we will proceed to investigation.

If you have any questions about your complaint, please feel free to contact our main office during our business hours and ask to speak with a case liaison.  To the extent you have received the aforementioned letter, please be sure to have the Log# assigned to your case when you call so that we can quickly locate your case file.

For answers to frequently asked questions, please view our FAQs.

# Maps



**Map 1**

# **Maps**



**Map 2**

# Exhibit I:
# Starbucks Evidence

- Starbucks Purchases
- Starbucks Membership since 2020
- Starbucks Profile
- Starbucks Card
- Edens Collection Project by The Jaffe Companies
- Starbucks City of Chicago Business License
- Starbucks Illinois Business Registration
- Ms. Alyssa Trippiedi

# Purchase History



# Purchased History

Starbucks Coffee Company

https://app.starbucks.com/menu/previous

  **CARDS** **GIFT**   **Find a store**   **Account** 

## Previous Orders

WED, JULY 14, 2021 8:13 AM



### Espresso

Doppio

 

SUN, JUNE 13, 2021 4:39 PM



### Starbucks® Cold Brew Coffee

Grande



For item availability
**Choose a store**



**ORDER**    **CARDS**    **GIFT**

 Find a store     Account ⌄

# Personal

## Jerico M Cruz

First name
Jerico

Last name
M Cruz

Mobile number
8479063123

Address line 1
5135 n keating ave

Address line 2

City
CHICAGO

State
Illinois ⌄

Zip code
60630

Birthday
June 14 🔒


**Save**

Starbucks partner? <u>Add your partner number</u>

**REWARD STATUS**

# 7★

**STAR BALANCE**



25   50   150   200   400

 Almost there! You're so close to your first Reward.

# Star Codes

Enter your Star Code

Submit

Have a receipt but don't have a code?
Go to starbucks-stars.com ⧉
to upload your receipt and collect your Stars.

**STARS ADD UP TO REWARDS**

| | |
|---|---|
| **25**★ | Customize your drink (espresso shot, dairy substitute, syrup and more) |
| **50**★ | Brewed hot coffee, bakery item or hot tea |
| **150**★ | Handcrafted drink, hot breakfast or parfait |
| **200**★ | Protein box or sandwich |
| **400**★ | Select merchandise or at-home coffee |

**MORE GOOD STUFF**

Celebrate
on June
14 with a
birthday
treat
from us.



Enjoy
free



ORDER    CARDS    GIFT

refills.

# Starbucks® Rewards

### My Rewards

## How it works

...y right ...re on ...e web.

...wnload ...e ...arbucks® ...p to make paying even easier.



Order ahead for in–store, curbsi... or drive–thru pickup at sele... stores.



Earn Stars and get Rewards faster with Double Star Days, Bonus Star challenges and games.



**Some restrictions apply** ↗



Jerico, you've been a member since 2020. Thank you. 💚🙌

**RECENTLY EXPIRED STARS**

0.0    Stars expired on    May 2

0.0 Stars expired on  June 2

**STARS EXPIRING SOON**

0.0 Stars expire on  July 2

0.0 Stars expire on  August 2

0.0 Stars expire on  Septem 2

0.0 Stars expire on  Octob 2

0.0 Stars expire on  Novem 2

| 0.0 | Stars expire on | Decem 2 |
|-----|-----|-----|
| 7.9 | Stars expire on | Januar 2 |

 **ORDER** **CARDS** **GIFT**

 Find a store     Account ⌄

# Starbucks Cards

**Pay**     Add

$1.31 ↻                                    Manage



+ Add card

**Add money**

HOME (HTTP://JAFFECOS.COM)    PROJECTS (HTTP://JAFFECOS.COM/PROJECTS/)
SERVICES (HTTP://JAFFECOS.COM/SERVICES/)    ABOUT US (HTTP://JAFFECOS.COM/ABOUT-US/)
(http://jaffecos.com)

# EDENS COLLECTION

## Edens Collection

## Location

Foster Avenue & The
Edens Expressway

Chicago, Illinois

## Square Footage

A 143,000 square foot
Target-anchored retail
project.  Notable tenants
include Ross, LA Fitness
Signature Club, Five
Below, Starbucks and
Chipotle.

## For Leasing
Information

Call: 312-818-1950 x 1

Email:
Michael@JaffeCos.com

1. 1
2. 2
3. 3
4. 4
5. 5
- 
- 



Edens Collection – View to Outlet Building 2

THE | JAFFE | COMPANIES

THE | JAFFE | COMPANIES
(http://jaffecos.com)

© 2021 The Jaffe Companies. All Rights
Reserved.

**Phone:** 312.818.1950
**Address:**
4659 W. Foster Ave, Suite B
Chicago, Illinois 60630

# Starbucks IL Registration



# IL Business Registration



Ms. Alyssa Trippiedi



Customer (Front Left), Starbucks Employee #1 (Front Middle),
Starbucks Employee #2 (Back Middle), & Ms. Alyssa Trippiedi (Right)

# Exhibit J:
# 17th District Beat

- CPD Original Case Incident Report – Redacted – JE264805
- CPD Original Case Incident Report – Illinois Freedom of Information Act (FOIA) Request – File No. P668516-062021
- CPD Original Case Incident Report – Illinois Freedom of Information Act (FOIA) Response – File No. P668516-062021
- CPD Original Case Incident Report – Partially Redacted – JE264805
- CPD Original Case Incident Report – JE265043
- I-Bond
- INV14924662
- INV14924663
- RD Receipt
- OEMC 9-11 Call – Illinois Freedom of Information Act Request – File No. F211878-061821
- OEMC 9-11 Call – Illinois Freedom of Information Act Response – File No. F211878-061821
- OEMC Event Query Report
- CPD Paper Envelope
- CPD Evidence-Property Envelope

**CHICAGO POLICE DEPARTMENT**
# ORIGINAL CASE INCIDENT REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

**RD #:** JE264805

**EVENT #:** 2116413948

Case ID: 12393502 CASR229

## CLEARED CLOSED (ARREST AND PROSECUTION)

**IUCR:** 1330 - Criminal Trespass - To Land

**Occurrence Location:** 4715 W Foster Ave
Chicago IL 60630
277 - Parking Lot / Garage (Non Residential) - Parking Lot

**Beat:** 1712

**Unit Assigned:** 1712
**RO Arrival Date:** 13 June 2021 19:04

**Occurrence Date:** 13 June 2021 18:55

---

**INCIDENT**

**NON OFFENDER**

### BUSINESS LICENSE HOLDER - Individual

**Other Communications and Availability**

Phone -
Business :

### VICTIM - Business

**Other Communications and Availability**

Phone -
Business :

Available Time

### VICTIM - Individual

Demographics

**Other Communications and Availability**

Phone -
Business :

Available Time

### LICENSED BUSINESS - Business

---

RD #: JE264805

powered by CLEAR Technology

**Chicago Police Department - Incident Report**

RD #:  **JE264805**

| Suspect # 1 | | In Custody | |
|---|---|---|---|

<table>
<tr><td rowspan="7"><strong>SUSPECTS</strong></td><td colspan="2"></td><td colspan="2"><strong>Demographics</strong></td></tr>
<tr><td><strong>Name:</strong></td><td>CRUZ, Jerico M</td><td colspan="2">Male</td><td><strong>DOB:</strong></td><td>1987</td></tr>
<tr><td><strong>Res:</strong></td><td>5135 N Keating Ave<br>Chicago IL 60630<br>· 3123</td><td><strong>Beat:</strong> 1712</td><td>Asian / Pacific Islander</td><td><strong>Age:</strong></td><td>33 years</td></tr>
</table>

| | | | |
|---|---|---|---|
| | | **Beat:** 1712 | Asian / Pacific Islander |
| | | | 157 lbs |
| | | | Light Brown Complexion |

| Descriptions | |
|---|---|
| **Phone ·**      3123<br>**Cellular:** 00:01:00 - 23:59:00<br>**Available Time** | **Clothing Description:**   Top - Green, Light Camouflage Printjacket, Bottom - Green, Light Pants |

**RELATIONSHIP**

( Offender )
**CRUZ, Jerico,M**

( Offender )
**CRUZ, Jerico,M**

**DOMESTIC INFO**

**Miscellaneous**

Victim Information Provided      **Flash Message Sent ?** No

**CANVAS INFORMATION**

---

Print Generated By:        Page 2 of 3        18-JUN-2021 09:20

powered by CLEAR Technology

 **Gmail**

**Jerico. the consultant <theconsultantoo0oo@gmail.com>**

---

## Non-Commercial Illinois Freedom of Information Act Request about Original Case Incident Report and Case Supplementary Report of Ofc. Zagozdon and Ofc. Khan from Starbucks' Parking Lot at 4715 W Foster Ave, Chicago, Illinois 60630 on or about June 13, 2021 at approximately 6:55 PM

---

**Jerico. the consultant** <theconsultantoo0oo@gmail.com>                Fri, Jun 18, 2021 at 10:55 AM
To: foia@chicagopolice.org, cpdfoia@chicagopolice.org
Cc: j-cruz7@neiu.edu

City of Chicago
Department of Police
Attn: Freedom of Information Officer
3510 S Michigan Ave
Chicago, Illinois 60630

    Re: Non-Commercial Illinois Freedom of Information Act Request about Original Case Incident Report and Case
    Supplementary Report of Ofc. Zagozdon and Ofc. Khan from Starbucks' Parking Lot at 4715 W Foster Ave,
    Chicago, Illinois 60630 on or about June 13, 2021 at approximately 6:55 PM

Dear FOIA Officer,

Under the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq., please furnish a copy of the Original Case Incident Report and Case Supplementary Report of Ofc. Zagozdon and Ofc. Khan from Starbucks' Parking Lot at 4715 W Foster Ave, Chicago, Illinois 60630 on or about June 13, 2021 at approximately 6:55 PM for the following requestor:

Full Name: Jerico Matias Crtuz

Current Employment Status: Quanta Strategies LLC Consultant

Race/Ethnicity: Asian-American / Non-Hispanic and Filipino American descent

U.S. Military Status: U.S. Army Combat Veteran (03/2006 - 02/2017)

Further, I am requesting a copy of records for non-commercial purposes.

If you have any questions or concerns, you can telephoned me at (847) 906-3123, or reply to this email.

Thank you for your time and understanding.

Respectfully,

Jerico Matias Cruz
5135 North Keating Avenue
Chicago, IL 60630
(847) 906-3123

Email Notice Confidentiality: This email is covered by the Electronic Communications Privacy Act, 18 USC §§2510-2521. The confidential information contained in this e-mail is being transmitted to and is intended for the use of only the individual(s) to whom it is addressed. If the reader of this e-mail is not the intended recipient, you are hereby advised that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify me via theconsultantoo0oo@gmail.com and delete it afterward. Thank

Case: 1:21-cv-06916 Document #: 1 Filed: 12/29/21 Page 165 of 231 PageID #:165

you for your cooperation.



**Lori E. Lightfoot**           **Department of Police · City of Chicago**                    **David O. Brown**
Mayor                          3510 S. Michigan Avenue · Chicago, Illinois 60653         Superintendent of Police

07/02/2021

Jerico Matias Cruz
Chicago IL 606

RE: FOIA REQUEST of June 18, 2021, Reference # P668516-062021

Dear Jerico Matias:

The Chicago Police Department is in receipt of your Freedom of Information Act (FOIA) request. On June 18, 2021, the following request was received.

*Under the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq., please furnish a copy of the Original Case Incident Report and Case Supplementary Report of Ofc. Zagozdon and Ofc. Khan from Starbucks' Parking Lot at 4715 W Foster Ave, Chicago, Illinois 60630 on or about June 13, 2021 at approximately 6:55 PM for the following requestor...*

Your request has been granted and a document responsive to your request are enclosed.

Your request has been reviewed by the undersigned. The request is being ***granted*** pursuant to the below provision and including the attached as the responsive record.

**Redactions and Exemptions:**

Regarding the granted records, certain information is exempt from disclosure, and has been redacted accordingly. FOIA exempts the release of "[p]rivate information, unless disclosure is required by another provision of this Act, a State or federal law or a court order." 5 ILCS 140/7(1)(b). Private information is defined as:

[U]nique identifiers, including a person's social security number, driver's license number, employee identification number, biometric identifiers, personal financial information, passwords or other access codes, medical records, home or personal telephone numbers, and personal email addresses. Private information also includes home address and personal license plates, except as otherwise provided by law or when compiled without possibility of attribution to any person. 5 ILCS 140/2(c-5).

Any CPD personnel unique identification numbers like employee user code numbers, unique handwritten signatures (if applicable) and employee numbers contained in these records, are private information and have been properly redacted pursuant to Section 7(1)(b).

Additionally, home addresses, phone numbers, and dates of birth, within these records are considered highly personal information, the disclosure of which would be objectionable to a reasonable person. Therefore, this information was properly redacted pursuant to Section 7(1)(c):

5 ILCS 140/7(1)(c) exempts, "[p]ersonal information contained within public records, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy, unless the disclosure is consented to in writing by the individual subjects of the information. 'Unwarranted invasion of personal privacy' means the disclosure of information that is highly personal or objectionable to a reasonable person and in which the disclosure of information that bears on the public duties of public employees and officials shall not be considered an invasion of personal privacy."

The names, addresses, and other information that could be used to identify the complainant or witness or others who provided information to the police have been redacted. The redacted information is exempt from disclosure under 5 ILCS 140/7 (1)(d)(iv), which enables a public body to redact information that would:

unavoidably disclose the identity of a confidential source, confidential information furnished only by the confidential source, or persons who file complaints with or provide information to administrative, investigative, law enforcement, or penal agencies; except that the identities of witnesses to traffic accidents, traffic accident reports, and rescue reports shall be provided by agencies of local government, except when disclosure would interfere with an active criminal investigation conducted by the agency that is the recipient of the request
If you have any questions, please contact our office at 312-745-5308 or at the following address:

Chicago Police Department
Attention: Freedom of Information Officer
Office of Legal Affairs, Unit 114
3510 S. Michigan Ave.
Chicago, IL 60653

You have a right of review by the Illinois Attorney General's Public Access Counselor, who can be contacted at 500 S. Second St., Springfield, IL 62706 or by telephone at 877-299-3642. You may also seek judicial review in the Circuit Court of Cook County under 5 ILCS 140/11.

Sincerely,

**Mirza Baig**
Freedom of Information Officer
Chicago Police Department

Case: 1:21-cv-06916 Document #: 1 Filed: 12/29/21 Page 168 of 231 PageID #:168

 **Jerico. the consultant <theconsultantoo0oo@gmail.com>**

## Non-Commercial Police FOIA Request :: P668516-062021

**Chicago Public Safety** <chicagops@govqa.us>                     Fri, Jul 2, 2021 at 8:54 AM
To: "theconsultantoo0oo@gmail.com" <theconsultantoo0oo@gmail.com>

**Attachments:**
JE264805_csr.PDF
JE264805_ocir_R.pdf
Police_-_Responsive_Records_Letter_722021.pdf

--- ---

# ORIGINAL CASE INCIDENT REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

**EVENT #:** 2116413948

Case ID: 12393502  CASR229

## INCIDENT

### CLEARED CLOSED (ARREST AND PROSECUTION)

**IUCR:** 1330 - Criminal Trespass - To Land

**Occurrence Location:** 4715 W Foster Ave
Chicago IL 60630
277 - Parking Lot / Garage (Non Residential) - Parking Lot

**Beat:** 1712

**Unit Assigned:** 1712
**RO Arrival Date:** 13 June 2021 19:04

**Occurrence Date:** 13 June 2021 18:55

## NON OFFENDER

### BUSINESS LICENSE HOLDER - Individual

**Name:** ███████████

**Beat:** 5100

**Other Communications and Availability**

**Phone - Business :** ███████████

### VICTIM - Business

**Name:** ███████████

**Beat:** 1712

**Other Communications and Availability**

**Phone - Business :** ███████  00:01:00 - 23:59:00

**Available Time**

### VICTIM - Individual

**Name:** ███████████
**Res:** ███████████

**Beat:** 1712

**Empl:** ███████████

**Beat:** 1712

**Sobriety:** Sober

| Demographics | | |
|---|---|---|
| Female | **DOB:** | ████1995 |
| White | **Age:** | 26 Years |

**Identification:**

| **Type** | **State** | **Number** |
|---|---|---|
| Drivers License | Illinois | ███████████ |

**Other Communications and Availability**

**Phone - Business :** ███████  00:01:00 - 23:59:00

**Available Time**

### LICENSED BUSINESS - Business

**Name:** ███████████

**Beat:** 1712

RD #: JE264805

powered by CLEAR Technology



## SUSPECTS

### Suspect # 1 — In Custody

**Name:** CRUZ, Jerico M

**Res:** ▮▮▮▮▮▮   **Beat:** 1712

**Demographics**

Male
Asian / Pacific Islander

**DOB:** ▮▮▮ 987
**Age:** 33 years

### Descriptions

**Phone - Cellular** ▮▮▮▮
**Available Time**

**Clothing Description:** Top - Green, Light Camouflage Print jacket, Bottom - Green, Light Pants

## RELATIONSHIP

| (Victim) ▮▮▮▮ | is a | No Relationship of | (Offender) **CRUZ, Jerico,M** |
| (Victim) ▮▮▮▮ | is a | No Relationship of | (Offender) **CRUZ, Jerico,M** |

## DOMESTIC INFO

## OTHER

**Miscellaneous**

Victim Information Provided

**Flash Message Sent ?** No

## CANVAS INFORMATION

powered by CLEAR Technology

**NARRATIVE**

bwc event# 13948. in summary r/o's were dispatched for a disturbance call at starbucks located at 4715 w foster ave. upon arrival r/o's met with [V███████████] (store manager) who related to r/o's that [O] CRUZ, JERICO was talking on his phone very loudly, in an irate manner and using foul language in the customer seating lobby. [V███████████] further related that she went up to [O] CRUZ, JERICO and told him to lower his voice a little as he was disturbing other customers and scaring the childrens in the lobby who were present at given time. [V███████████] stated to r/o's that [O] CRUZ, JERICO did not followed her instructions and still kept talking in an irate manner at given time she told [O] CRUZ, JERICO to leave the starbucks lobby at he was disturbi███████████████████████████ refused to leave the premises. After [O] CRUZ, JERICO kept refusing to leave at given time [V███████████] called 911. [O] CRUZ, JERICO was arrested on sign complaints at 1930 hrs for trespassing  and was transported to 17th district for further processing. name check clear and no wants/warrants. [O] CRUZ, JERICO has USC 20.00 ON HIS PERSON. property inventoried under inv# 14924662, 14924663.

court date : 22JUL21 AT 1430 HRS
court branch : 23-2 (5555 w grand ave).

**PERSONNEL**

|  | | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|---|
| | Approving Supervisor | 1159 | | **MEDINA, Rafael** | | 13 Jun 2021 20:57 | 017 | |
| | Assisting Officer | 10180 | | **RIVERA, Nancy** | | 13 Jun 2021 20:02 | 017 | 1711 |
| | Assisting Officer | 15606 | | **MAHE, Jean-Pierre,** | | 13 Jun 2021 20:02 | 017 | 1732 |
| | Assisting Officer | 13966 | | **IBRAHIMOVIC, Irfan,** | | 13 Jun 2021 20:02 | 017 | 1732 |
| | Assisting Officer | 10878 | | **OSHANA, Sargon** | | 13 Jun 2021 20:02 | 017 | 1711 |
| | Reporting Officer | 16971 | | **KHAN, Umer,** | | 13 Jun 2021 20:02 | 017 | 1712 |
| | Reporting Officer | 19916 | | **ZAGOZDON, Krzysztof, M** | | 13 Jun 2021 20:02 | 017 | 1712 |
| | Supervisor - On Scene | 2315 | | **EBERLIN, Patrick, G** | | 13 Jun 2021 20:02 | 017 | 1730 |

powered by: CLEAR Technology

Redaction Date: 7/2/2021 8:37:22 AM

# Redaction Log

Total Number of Redactions in Document: 24

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1 | | | 10 |
| 2 | | | 6 |
| 3 | | | 8 |

Redaction Date: 7/2/2021 8:37:22 AM

# Redaction Log

## Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|---|---|---|
|  |  | 1(10)<br>2(6)<br>3(8) |

**CHICAGO POLICE DEPARTMENT**
## CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**JE264805**

Case id : 12393502
Sup ID : 14253509 CASR301

| METHOD/CAU CODE | | | | DETECTIVE SUP. APPROVAL COMPLETE | | | |
|---|---|---|---|---|---|---|---|
| Last Offense Classification/Re-Classification | | IUCR Code | Original Offense Classification | | | | IUCR Code |
| **CRIMINAL TRESPASS / To Land** | | **1330** | CRIMINAL TRESPASS / To Land | | | | **1330** |
| Address of Occurrence | | Beat of Occur | No of Victims | No of Offenders | | No of Arrested | SCR No |
| **4715 W FOSTER AVE** | | **1712** | 2 | 1 | | 1 | |
| Location Type | | Location Code | Secondary Location | | | | Hate Crime? |
| **Parking Lot / Garage (Non Residential)** | | **277** | Parking Lot | | | | NO |
| Date of Occurrence | | Unit Assigned | Date RO Arrived | | Fire Related? | Gang Related? | Domestic Related? |
| **13-JUN-2021 18:55** | | **1712** | ********************* | | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | | Star No | Primary Detective Assigned | | Star No |
|---|---|---|---|---|---|---|---|
| LOPRESTI, Michael | 21319 | LOPRESTI, Michael | | 21319 | | | |
| Date Submitted | | Date Approved | | | Assignment Type | | |
| 14-JUN-2021 09:16 | | 14-JUN-2021 09:17 | | | ADMIN | | |

## THIS IS A ADMIN INVESTIGATION METHOD/CAU CODE REPORT

**VICTIM(S) :**

**STARBUCKS**  **TYPE:** **Business**

**BUS:** 4715 W Foster Ave
Chicago IL 60630
773-256-7655

**OTHER COMMUNICATIONS:**

Phone - 773-256-7655
Business
:

**TRIPPIEDI, Alyssa**  **TYPE:** **Individual**

Female / White / 26 Years

**DOB:** 27-JAN-1995

**RES:** 4715 W Foster Ave
Chicago IL 60630
773-256-7655

**EMPLOYMENT:** Manager

**EMPLOYER BUSINESS NME:** Starbucks

**SOBRIETY:** Sober

**BUS:** 4715 W Foster Ave
Chicago IL 60630
773-256-7655

**OTHER COMMUNICATIONS:**

Phone - 773-256-7655
Business
:

**OTHER IDENTIFICATIONS: Type -** Drivers License ████ 5627
**State -** Illinois

**OFFENDER(S):**  **CRUZ, Jerico M**  -- In Custody --

**JE264805**
DETECTIVE SUP. APPROVAL COMPLETE

Male / Asian / Pacific Islander / 33 Years

**DOB:** ████ 1987

**RES:** 5135 N Keating Ave
Chicago IL 60630
████ 3123

**DESCRIPTION:** ████████████████████████████████
Complexion, Facial Hair - None

**OTHER COMMUNICATIONS:**
Phone - ████ -3123
Cellular :

**OTHER IDENTIFICATIONS:** **Type -** Drivers License ████ 7169
**State -** Illinois

**IR #:** 2430720

**WEARING:** Top - Green, Light Camouflage Print jacket, Bottom - Green,
Light Pants

**RELATIONSHIP OF VICTIM TO OFFENDER:**

STARBUCKS No Relationship
TRIPPIEDI, Alyssa No Relationship

**LOCATION OF INCIDENT:** 4715 W Foster Ave
Chicago IL 60630
277 - Parking Lot / Garage (Non Residential)
Parking Lot

**DATE & TIME OF INCIDENT:** 13-JUN-2021 18:55

**METHOD CODE(S):** DNA

**CAU CODE(S):** DNA

**PERSONNEL ASSIGNED:** **Assisting Officer**

| | | |
|---|---|---|
| MAHE, Jean-Pierre | # 15606 | BEAT: 1732 |
| IBRAHIMOVIC, Irfan | # 13966 | BEAT: 1732 |
| OSHANA, Sargon | # 10878 | BEAT: 1711 |
| RIVERA, Nancy | # 10180 | BEAT: 1711 |

**Reporting Officer**

| | | |
|---|---|---|
| KHAN, Umer | # 16971 | BEAT: 1712 |
| ZAGOZDON, Krzysztof M | # 19916 | BEAT: 1712 |

**Supervisor - On Scene**

| | | |
|---|---|---|
| EBERLIN, Patrick G | # 2315 | BEAT: 1730 |

**OTHER INDIVIDUALS
INVOLVED:**

**TRIPPIEDI, Alyssa** ( Business License Holder )

**OTHER COMMUNICATIONS:**
Phone - 773-256-7655
Business
:

**STARBUCKS** ( Licensed Business )

**JE264805**
DETECTIVE SUP. APPROVAL COMPLETE

**BUS:** 4715 W Foster Ave
Chicago IL 60630

**CRIME CODE SUMMARY:** 1330 - Criminal Trespass - To Land

**IUCR ASSOCIATIONS:** 1330 - Criminal Trespass - To Land

| | |
|---|---|
| STARBUCKS | ( Victim ) |
| TRIPPIEDI, Alyssa | ( Victim ) |
| CRUZ, Jerico, M | ( Offender ) |

**REPORT DISTRIBUTIONS:** No Distribution

**INVESTIGATION:**

This is a Method/CAU code Supplementary Report.

**CHICAGO POLICE DEPARTMENT**
# ORIGINAL CASE INCIDENT REPORT
3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11.388(6/03)-C)

**RD #:** JE265043

**EVENT #:** 2116500914

Case ID: 12393740 CASR225

## INCIDENT

**CLOSED NON-CRIMINAL**

**IUCR:** 5070 - Non-Criminal - Lost Property

**Occurrence Location:** 5135 N Keating Ave
Chicago IL 60630
304 - Street - Other Location

**Beat:** 1712

**Unit Assigned:** 1702
**RO Arrival Date:** 14 June 2021 01:20

**Occurrence Date:** 13 June 2021 06:40

## NON OFFENDER

**VICTIM - Individual**

**Name: CRUZ, Jerico M**

**Res:** 5135 N Keating Ave
Chicago IL 60630

**Beat:** 1712

**Beat:** 5100

**Sobriety:** Sober

**Demographics**

Male
Asian / Pacific Islander

157 lbs

**DOB:** 1987
**Age:** 34 Years

Facial Hair - Unknown

## DOMESTIC INFO

## OTHER

**Miscellaneous**

Victim Information Provided

**Flash Message Sent ?** No

## OTHER PROPERTIES

**Property #1**

**Possessor/User:** CRUZ, JERICO

**Type:** Credit/Debit Cards

**Description:** Capital One Platinum

**Owner:** Cruz, Jerico

| | |
|---|---|
| Used as Weapon? | No |
| Taken/Stolen? | No |
| Recovered? | No |
| Seized? | No |
| Unknown Status? | No |
| Damaged? | No |

## NARRATIVE

In summary, [V] CRUZ, JERICO walked into the 17th district to report this incident. Victim related that his capital one platinum card was last seen inside his wallet. Around 0100 hrs he discovered his card missing. vin was given

RD #: JE265043

Print Generated By: █████████

Page 1 of 2

18-JUN-2021 09:16

powered by CLEAR Technology

Chicago Police Department - Incident Report

RD #:  JE265043

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 2556 | | BERAN, Timothy | | 14 Jun 2021 04:05 | 017 | |

PERSONNEL

powered by CLEAR Technology

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### RECOGNIZANCE: CRIMINAL OR QUASI-CRIMINAL

I 8759320

| ORIGIN OF BOND | ☐ Bail set by Rule of the Illinois Supreme Court OR | | |
|---|---|---|---|
| USING AGENCY NO. CPD | By | | |
| | (PRINT NAME OF JUDGE) | (JUDGE'S NO.) | (OFFICE USE) |

**DEFENDANT: YOUR RELEASE ON THIS BOND DOES NOT REQUIRE POSTING OF CASH OR SECURITIES FOR BAIL**

BAIL AMOUNT

$ ☒ ☒ ☒ 1,500 00/XX  ONE THOUSAND FIVE HUNDRED 00/100

**DEFENDANT (Person Preparing Bond - Always complete this section)**

Full Name (PRINT) CRUZ (Last) JERICO (First) M (MI)

Address (PRINT) 5135 N HEATING

City and State (PRINT) CHICAGO IL   Zip Code 60630

STATEMENT OF DEFENDANT: I understand and accept the terms and conditions set forth below. Further, I hereby certify that I understand the consequences of failure to appear for trial as required.

Defendant's Signature ▶

| COURT COMPLAINT OR INDICTMENT NUMBER(S) | | CHARGE | DISPOSITION |
|---|---|---|---|
| 720 ILCS 50/21-3-A-1 | | CRIM TRES TO PROPERTY | |

DISPOSITION entered by (Signature of Deputy Clerk) _____ Br. or Sub. CT _____ Court Date ___/___/___ MO DAY YEAR

**COURT APPEARANCE:** Defendant named above shall appear in the Circuit Court of Cook County, Illinois located at:

Address (Number and Street) 5555 W GRAND   City/Town/Village CHICAGO , Illinois.

Branch No. 23 in Room No. 2 on 22 JULY , 2021 at 0900 ☐ a.m. ☐ p.m.

**CONDITIONS OF BOND:** The defendant is hereby released on the conditions as indicated below:

☒ Appear to answer the charge in court until discharge or final order of court.
☒ Obey all court orders and process; not leave this State without permission of court and report changes of address to the Clerk within 24 hours.
☒ Not commit any criminal offenses while awaiting final order in this case.
☒ If on appeal, prosecute the appeal, and surrender to custody if the judgment is affirmed or a new trial is ordered.
☐ Surrender (725 ILCS 5/110-10(a)(5)) OR not possess any firearms or dangerous weapons until final order in this case.
☐ Not contact or communicate with any complaining witnesses or members of their immediate family or:

☐ Not go to the area or premises of victims/complaining witnesses home, work, school or:

☐ Not to indulge in intoxicating liquors, illegal drugs or certain drugs, to-wit:

☐ Undergo alcoholism or drug addiction treatment as ordered by the court.

☐ Undergo medical or psychiatric treatment as ordered by the court.
☐ If you are charged with a criminal offense and the victim is a family or household member, you are ordered to refrain from all contact or communication with:

for a minimum of 72 hours following release, and further ordered to refrain from entering and/or remaining at the location of:

for a minimum of 72 hours following release.
☐ Reside with parents or in a foster home, attend school or nonresidential program for youths, contribute to his/her support at home or in a foster home, observe curfew set by court:

☐ Report to and remain under the pretrial supervision of such agency or third-party custodian as ordered by the court:

☐ Other conditions: _____

**FAILURE TO APPEAR - TRIAL IN ABSENTIA**

If you have been charged with an offense that is classified as a felony, your failure to appear constitutes a waiver of your rights to confront witnesses and to be present at your trial. A trial could proceed and if found guilty the court could impose a sentence in your absence.

**FAILURE TO APPEAR - BAIL JUMPING:**

Your failure to appear may result in the filing of an additional charge of Bail Jumping. Sentences imposed upon conviction for this offense shall be served consecutively to sentences imposed for convictions related to the original offenses for which you were admitted to bail.

**VIOLATION OF OTHER CONDITIONS - POSSIBLE PENALTIES:**

Violating any of the conditions indicated on bond may result in the issuance of an arrest warrant for your arrest, forfeiture of bail, judgment for the full amount of the bail set by the court, revocation of this bail, imposition of additional conditions, an increase in the bail, amount and/or the filing of an additional charge of violation of the conditions of bail. Felony offenses committed while admitted to bail are subject to consecutive sentencing upon conviction relative to a sentence imposed upon conviction of the original offenses for which you were admitted to bail.

☐ a.m. ☐ p.m. Hour 2350   This bail bond form was prepared by:

Date 6 / 13 / 21   (Signature of Peace Officer)   Star No. 1651   Police Dept. 016 - DIST   (CPD District No. or Suburban City, Town, or Village)

TWO

Or Clerk of the Circuit Court of Cook County, by _____ (Signature of Deputy Clerk)   Loc. _____   (Branch or Suburban Court)

I 8759320

**DEFENDANT'S COPY**

DEFENDANT NOTICE: Any inquiries should be directed as follows:
MUNIC. { Clerk of Court
DEPT. { C/O the headquarters of
BONDS { the Municipal District to which your case is assigned.

CRIM. { Clerk of Court
DIV. { Criminal Division, County Dept., Room 526
BONDS { 2650 S. California Avenue, Chicago, IL 60608

CCG N697-3.5M-10/08(83350039)

**HICAGO POLICE DEPARTMENT**
*D-34.523 (REV. 1/09)

INV NO **14924662**

PKG NO 5679427

017

**14924662**

**Notice to Property Owner**

ATE RECOVERED
**13-JUN-2021**

CB **30060380**
( Not Yet Validated )

RE-INVENTORY OF:

This Property Inventory form is your receipt for property inventoried by the Chicago Police Department ("CPD"). When you received this receipt, you should have also received a form entitled NOTICE TO PROPERTY OWNER (the "Notice") explaining how you may get back inventoried property. If you did not receive the Notice, return to the CPD facility where your property was inventoried and ask Desk Personnel for the Notice. A complete copy of the Notice is also available at www.ChicagoPolice.org. If you have further questions, please contact the CPD Evidence and Recovered Property Section at 312-746-6777.

| EM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 1366937 | 1 | PRISONER PERSONAL PROPERTY - OTHER : OLIVE GREEN BAG WITH MISC ITEMS |

C O P Y 4 C I I Z E N C O P Y

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

OMMENTS:

CURRENCY:

Court Date **22-JUL-2021**

Court Branch **23-2**

IUCR: **1330**
STATE CHARGES: **720 ILCS 5.0/21-3-A-1**

CRIMINAL TRESPASS TO LAND

SEE COPY 5 FOR NOTICE TO FINDER

CHARGE TYPE: MISDEMEANOR
INCHOATE: OFFENSE AS CITED

BEAT OF RECOVERY
**1712**

RECOVERED/SEIZED FROM - NAME
DECEASED   ☒ ARRESTED
**CRUZ, JERICO**

AT **4715 W FOSTER AVE**
CHICAGO, IL 60630

TELEPHONE NO.
**8479063123**

OWNER'S NAME
**ZAGOZDON, KRZYSZTOF**   Star :19916

ADDRESS **4715 W FOSTER AVE**
CHICAGO, IL 60630

$ INVENTORY AMT

FOUND BY - NAME
☒ CHECK IF
C.P.D.

INVESTIGATING OFFICER -
**ZAGOZDON, KRZYSZTOF**
STAR NO.

UNIT

1st OFFICER'S NAME
**ZAGOZDON, KRZYSZTOF**
STAR NO
**362**

UN
01

TEL HONE NO.

STAR NO.
**9916**

☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE
(IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK)

SIGNATURE
Electronic Approval

2nd OFFICER'S NAME
**KHAN, UMER**
STAR NO
**16971**

UNIT
017

TIME
**21:32**

☒ PROPERTY AVAILABLE FOR RETURN TO OWNER

TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

SIGNATURE
Electronic Approval

DATE
**13-JUN-2021**

**ARRESTEE INFORMATION**

NOTICE TO FINDER: Lost or Abandoned Property will be treated in accordance with 765 ILCS 1030, which does not provide for a return of found property to the finder.

SEIZURE WITHOUT SEARCH WARRANT-
(725 ILCS 5/108-2)

GIVE THIS COPY TO ARRESTEE.

SEIZURE WITH SEARCH WARRANT -
(725 ILCS 5/108-10)
ATTACH THIS COPY TO SEARCH WARRANT.

TIAL DESTINATION OF PROPERTY:

| A | ☒ | POLICE MAIL | RECOVERING UNIT PERSONNEL | APPROVING DESK SERGEANT |
|---|---|---|---|---|
| | | E & R PFS PICKUP | EVID./LAB TECHNICIAN | **WU, DAVID** |

ERPS

**COPY 4 - GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

eed by: PODCET7

**COPY 4 - GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

Printed by: POD4636   13-JUN-2021 21:32

## Notice to Property Owner

**The property inventory form you received is your receipt** for property inventoried by the Chicago Police Department (CPD). Keep it in a safe place and have it available **when contacting the CPD about your property.** You may obtain inventoried property by following the procedures detailed below. Information on how to obtain inventoried property is also available at www.ChicagoPolice.org. If you have any questions, please contact the CPD's Evidence and Recovered Property Section (ERPS) at **(312) 746-6777.** ERPS is located at 1011 S. Homan Avenue, Chicago, Illinois 60624, and is open Monday through Friday, 8:00 a.m. to 3:00 p.m. (closed holidays).

**Property Available for Return to Owner:**

If your receipt is marked "Property Available for Return to Owner," and the property is not subject to any federal, state, or local forfeiture laws, you may obtain your property or money by presenting the receipt and a photo ID at ERPS. If you do not contact the CPD to obtain your property within 30 days of the date on this receipt, it will be considered abandoned under Illinois Municipal Code Section 2 84-160 and will be destroyed, confiscated, or sold at public auction at the CPD's discretion.

If you are in jail or incarcerated, your receipt is marked "Property Available for Return to Owner," and the property is not subject to any federal, state, or local forfeiture laws, you may get property returned to you by sending a letter instructing ERPS to whom the property should be released, identifying the name of the facility where you are jailed or incarcerated, and providing a copy of your receipt and your photo ID to: Chicago Police Department, Evidence and Recovered Property Section, 1011 S. Homan Avenue, Chicago, Illinois, 60624. If the property is money, a check will be sent to you at the facility where you are jailed or incarcerated. Property that is not marked will not be mailed unless postage is prepaid by the owner or authorized representative.

**Notice to Finders of Property:**

Lost or abandoned property will be processed under Illinois law, which does not provide for return of found property to the finder. See 765 ILCS 1030/1, *et seq.*

**Property Held for Evidence or Investigation:**

If your receipt is marked "Hold for Investigation and/or Evidence," and the property is not money and not subject to any federal, state, or local forfeiture laws (including narcotics, gambling or prostitution offenses), you may obtain your property by getting a court order from a criminal court judge. See 725 ILCS 5/108, et seq. You must bring the court order, your receipt, and your photo ID to ERPS to receive your receipt. To find out if your property is subject to forfeiture, you may contact the CPD's Asset Forfeiture Unit at **(312) 746-7630**, Monday through Friday, 8:00 a.m. to 4:00 p.m. (closed holidays).

If your criminal case is over, and you did not have the judge sign an order for return of the property, you should return to the CPD facility where your property was inventoried. Give your receipt to desk personnel and they will help you get a property release order from the arresting or investigating officer. You must then bring the property release order, your receipt, and your photo ID to ERPS to receive your property. Under Chicago Municipal Code Section 2-84-160, you have 30 days to claim your property from the final court date of the proceedings in connection with which your property was inventoried. If you do not claim your property within the 30 day period, the property will be considered abandoned and will be destroyed, confiscated, or sold at public auction at the CPD's discretion.

**Money Held for Evidence or Investigation**

If your receipt is <u>money</u> and held for evidence or investigation, and not subject to any federal, state, or local forfeiture laws, it will be available for pick up at ERPS on the 31st day after the date it was inventoried unless the CPD, the Cook County State's Attorney, or other applicable authority obtains a court order or search warrant to retain custody of the property. To find out if your money is subject to a court order or search warrant, contact ERPS at **(312) 746-6777**. You must present your receipt and your photo ID at ERPS to obtain your money. If you do not pick up the money from ERPS within 60 days from the date it becomes available, a check for the amount of money inventoried, minus the cost of mailing, will be mailed to you at the address provided on the receipt via Certified U.S. Mail, Return Receipt Requested. Inventoried money which is less than the cost of mailing will not be returned by mail. If your current address is different from the address listed on your receipt, you must report your new address to ERPS at **(312) 746-6777**, to ensure that all future notices about your rights and the status of your property are sent to the correct address. Checks not cashed within 90 days are void. These funds are still available at ERPS for seven years after the date of the seizure of the money after which time it will be considered abandoned under Illinois law.

**Property Held for Evidence or Investigation or Investigation That May Be Subject to Forfeiture Under Federal, State or Local law:**

If your receipt is marked "Hold for Investigation and/or Evidence" and/or the incident involves a forfeitable offense (including narcotics, gambling, or prostitution offenses), your property may be subject to forfeiture under federal, state, or local law. To find out whether your property is subject to forfeiture, you may contact the Asset Forfeiture Unit at **(312) 746-7630**, Monday through Friday, 8:00 a.m. to 4:00 p.m. (closed holidays). If your property is subject to forfeiture, a forfeiture probable cause hearing will be held **within 14 days** of the seizure of the property at the **Richard J. Daley Center, Room 1707, 50 W. Washington, Chicago, Illinois 60602. Probable cause hearings are held on Mondays and Wednesdays at 1:30 p.m.** (except on holidays). To learn the exact date of the forfeiture probable cause hearing relating to your property, contact the Office of the Cook County State's Attorney at **(312) 603-6462**, Monday through Friday, 8:30 a.m. to 4:30 p.m. (closed holidays). For information regarding your rights, see the relevant Illinois statute for narcotics forfeitures (720 ILCS 150/3.5) and money laundering (720 ILCS 5/29-B-1(h)). Additional information is available at www.ChicagoPolice.org. If your property may be returned to you, the CPD will send a letter to the address provided on the receipt directing you how to recover your property. If forfeiture of your property is sought, notice of those proceedings will be provided by the Office of the Cook County State's Attorney. If your current address is different from the address listed on your receipt, it is important that you report your new address to the Asset Forfeiture Unit at **(312) 746-7630**, to ensure that all future notices about your rights and the status of your property are sent to the correct address.

CPD-34.523 (Rev. 9/15) Part 4-A English

CHICAGO POLICE DEPARTMENT
PD-34.523 (REV. 10/09)

INV NO 14924663

PKG NO 5679428

CB 30060380
( Not Yet Validated )

RE-INVENTORY OF:

017

14924663

**Notice to Property Owner**

This Property Inventory form is your receipt for property inventoried by the Chicago Police Department ("CPD"). When you received this receipt, you should have also received a form entitled NOTICE TO PROPERTY OWNER (the "Notice") explaining how you may get back inventoried property. If you did not receive the Notice, return to the CPD facility where your property was inventoried and ask Desk Personnel for the Notice. A complete copy of the Notice is also available at www.ChicagoPolice.org. If you have further questions, please contact the CPD Evidence and Recovered Property Section at 312-746-6777.

**NOTICE TO FINDER:** Lost or Abandoned Property will be treated in accordance with 765 ILCS 1030, which does not provide for a return of found property to the finder.

DATE RECOVERED
13-JUN-2021

EM ID QUANTITY

DESCRIPTION OF PROPERTY

1366838  1  PRISONER PERSONAL PROPERTY - OTHER : SILVER COLOR CELL PHONE WITH CRACKED SCREEN

1366839  1  PRISONER PERSONAL PROPERTY - OTHER : SILVER COLOR APPLE LAPTOP COMPUTER

COMMENTS:

$ INVENTORY AMT

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

Court Date  22-JUL-2021
Court Branch  23-2

CURRENCY:

IUCR:  1330    CRIMINAL TRESPASS TO LAND
STATE CHARGES:  720 ILCS 5.0/21-3-A-1

CHARGE TYPE: MISDEMEANOR
INCHOATE:  OFFENSE AS CITED

RECOVERED/SEIZED FROM - NAME  CRUZ, JERICO
☒ ARRESTED   ☐ DECEASED

AT  4715 W FOSTER AVE
CHICAGO, IL 60630

BEAT OF RECOVERY  1712

OWNER'S NAME  CRUZ, JERICO
ADDRESS  4715 W FOSTER AVE
CHICAGO, IL 60630

TELEPHONE NO.  8479063123

FOUND BY - NAME  ZAGOZDON, KRZYSZTOF   Star: 19916
ADDRESS

TELEPHONE NO.

☒ CHECK IF C.P.D.

SEE COPY 4 FOR NOTICE TO FINDER

☐ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK)

INVESTIGATING OFFICER -

STAR NO.    UNIT

1st OFFICER'S NAME  ZAGOZDON, KRZYSZTOF
SIGNATURE  Electronic Approval

STAR NO.  09916   UNIT  017

☒ PROPERTY AVAILABLE FOR RETURN TO OWNER

2nd OFFICER'S NAME  KHAN, UMER
SIGNATURE  Electronic Approval

STAR NO  16971   UNIT  017

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

FINAL DESTINATION OF PROPERTY:  ERPS

RECOVERING UNIT PERSONNEL
EVID/LAB TECHNICIAN

APPROVING DESK SERGEANT  WU, DAVID

STAR NO.  362

DATE  13-JUN-2021   TIME  21:24

A  ☒  ☐ POLICE MAIL   ☐ E & RPS PICKUP

**ARRESTEE INFORMATION**
SEIZURE WITHOUT SEARCH WARRANT- (725 ILCS 5/108-2)

GIVE THIS COPY TO ARRESTEE.

SEIZURE WITH SEARCH WARRANT- (25 ILCS 5/108-10)
ATTACH THIS COPY TO SEARCH WARRANT.

filed by: PD0CE17

COPY 4 - GIVE OR SEND TO FINDER, ARRESTEE OR OWNER

Printed by: PCD6636  13-JUN-2021 21:24

## Notice to Property Owner

**The property inventory form you received is your receipt for property inventoried by the Chicago Police Department (CPD). Keep it in a safe place and have it available when contacting the CPD about your property.** You may obtain inventoried property by following the procedures detailed below. Information on how to obtain inventoried property is also available at www.ChicagoPolice.org. If you have any questions, please contact the CPD's Evidence and Recovered Property Section (ERPS) at **(312) 746-6777.** ERPS is located at 1011 S. Homan Avenue, Chicago, Illinois 60624, and is open Monday through Friday, 8:00 a.m. to 3:00 p.m. (closed holidays).

### Property Available for Return to Owner:

If your receipt is marked "Property Available for Return to Owner," and the property is not subject to any federal, state, or local forfeiture laws, you may obtain your property or money by presenting the receipt and a photo ID at ERPS. If you do not contact the CPD to obtain your property within 30 days of the date on this receipt, it will be considered abandoned under Chicago Municipal Code Section 2-84-160 and will be destroyed, confiscated, or sold at public auction at the CPD's discretion.

If you are in jail or incarcerated, your receipt is marked "Property Available for Return to Owner," and the property is not subject to any federal, state, or local forfeiture laws, you may get property returned to you by sending a letter instructing ERPS to whom the property should be released, identifying the name of the facility where you are jailed or incarcerated, and providing a copy of your receipt and your photo ID to: Chicago Police Department, Evidence and Recovered Property Section, 1011 S. Homan Avenue, Chicago, Illinois, 60624. If the property is money, a check will be sent to you at the facility where you are jailed or incarcerated. Property that is not money will not be mailed unless postage is prepaid by the owner or authorized representative.

### Notice to Finders of Property:

Lost or abandoned property will be processed under Illinois law, which does not provide for return of found property to the finder. See 765 ILCS 1030/1, *et seq.*

### Property Held for Evidence or Investigation:

If your receipt is marked "Hold for Investigation and/or Evidence," and the property is not money and not subject to any federal, state, or local forfeiture laws (including narcotics, gambling or prostitution offenses), you may obtain your property by getting a court order from a criminal court judge. See 725 ILCS 5/108, et seq. You must bring the court order, your receipt, and your photo ID to ERPS to receive your property. To find out if your property is subject to forfeiture, you may contact the CPD's Asset Forfeiture Unit at **(312) 746-7630,** Monday through Friday, 8:00 a.m. to 4:00 p.m. (closed holidays).

If your criminal case is over, and you did not have the judge sign an order for return of the property, you should return to the CPD facility where your property was inventoried. Give your receipt to desk personnel and they will help you get a property release order from the arresting or investigating officer. You must then bring the property release order, your receipt, and your photo ID to ERPS to receive your property. Under Chicago Municipal Code Section 2-84-160, you have 30 days to claim your property from the final court date of the proceedings in connection with which your property was inventoried. If you do not claim your property within the 30 day period, the property will be considered abandoned and will be destroyed, confiscated, or sold at public auction at the CPD's discretion.

### Money Held for Evidence or Investigation

If your receipt is **money** and held for evidence or investigation, and not subject to any federal, state, or local forfeiture laws, it will be available for pick up at ERPS on the 31st day after the date it was inventoried unless the CPD, the Cook County State's Attorney, or other applicable authority obtains a court order or search warrant to retain custody of the property. To find out if your money is subject to a court order or search warrant, contact ERPS at **(312) 746-6777.** You must present your receipt and your photo ID at ERPS to obtain your money. If you do not pick up the money from ERPS within 60 days from the date it becomes available, a check for the amount of money inventoried, minus the cost of mailing, will be mailed to you at the address provided on the receipt via Certified U.S. Mail, Return Receipt Requested. Inventoried money which is less than the cost of mailing will not be returned by mail. If your current address is different from the address listed on your receipt, you must report your new address to ERPS at **(312) 746-6777,** to ensure that all future notices about your rights and the status of your propeuiy are sent to the correct address. Checks not cashed within 90 days are void. These funds are still available at ERPS for seven years after the date of the seizure of the money after which time it will be considered abandoned under Illinois law.

---

**Property Held for Evidence or Investigation That May Be Subject to Forfeiture Under Federal, State or Local law:**

If your receipt is marked "Hold for Investigation and/or Evidence" and/or the incident involves a forfeitable offense (including narcotics, gambling, or prostitution offenses), your property may be subject to forfeiture under federal, state, or local law. To find out whether your property is subject to forfeiture, you may contact the Asset Forfeiture Unit at (312) **746-7630,** Monday through Friday, 8:00 a.m. to 4:00 p.m. (closed holidays). For information regarding your rights, or to find out the exact date of the forfeiture probable cause hearing will be held **within 14 days** of the seizure of the property at the **Richard J. Daley Center, Room 1707, 50 W. Washington, Chicago, Illinois 60602. Probable cause hearings are held on Mondays and Wednesdays at 1:30 p.m.** (except on holidays). To learn the exact date of the forfeiture probable cause hearing relating to your property, contact the Office of the Cook County State's Attorney at (312) **603-6462,** Monday through Friday, 8:30 a.m. to 4:30 p.m. (closed holidays). For information regarding your rights, see the relevant Illinois statute for narcotics forfeitures (725 ILCS 150/3.5) and money laundering (720 ILCS 5/29-B-1(h)). Additional information is available at www.ChicagoPolice.org. If your property may be returned to you, the CPD will send a letter to the address provided on the receipt directing you how to recover your property. If forfeiture of your property is sought, notice of those proceedings will be provided by the Office of the Cook County State's Attorney. If your current address is different from the address listed on your receipt, it is important that you report your new address to the Asset Forfeiture Unit at (312) **746-7630,** to ensure that all future notices about your rights and the status of your property are sent to the correct address.

CPD-34.523 (Rev. 9/15) Part 4-A English



City of Chicago Collections
3510 S. Michigan Ave Ba 1024SE
Chicago, IL 60653
Phone: 312-745-5130

06/18/2021
Terminal ID:                    08:33:12
                                005

Credit Sale:

Transaction #:                            3
Card Type:        MasterCard
Account:          **********9684
Entry:                         Chip

Amount:   USD$       .00

STAN:
Host Ref. Number:
Trace ID:          511010003
Auth. Code:        000003
Batch Number:      693556
                   16001

Mode:
AID:              A00000000041010
TVR:              0000100000
IAD:
0110200010200022E000000000000
00FF
TSI:              E800
ARC:              Z3
ATC:              E04C8C6839422
APPN:             MASTERCARD DEBIT

          CUSTOMER COPY

          THANK YOU

CPD-31.551(REV. 4/94)

DISTRIBUTION: White Original - Requestor, Yellow Copy - Cashier, Pink Copy - Numerical Section.

FYI CHICAGO POLICE
on this form

P.D. NO. (IF UNKNOWN LEAVE BLANK)

DATE OF REQUEST
DAY   MONTH   YEAR

NAME OF REPRESENTATIVE

ZIP CODE

TELEPHONE NO.

DATE OF CRASH
DAY   MONTH   YEAR

TIME OF CRASH

ADDRESS OF VICTIM

ADDRESS OF COMPLAINANT

TYPE OF INCIDENT

DO NOT WRITE
IN THIS SECTION

PAYMENT TYPE

☐ CASH
☐ CREDIT CARD
☐ CHECK
☐ MONEY ORDER
☐ TRAVELERS
   CHECK

| | ALPHA | | | | NUMERICAL | | |
|---|---|---|---|---|---|---|---|
| KOL | CLERK | LETTER | NEG | POS | CLERK | POS | NEG | CLERK |

# POLICE RECORDS INQUIRY, CHICAGO POLICE

**INSTRUCTIONS:** Request one report only on this form.

| | |
|---|---|
| NAME OF FIRM (OR PERSON) REQUESTING | Jereco M/Toys Clerk |
| ADDRESS OF FIRM (OR PERSON) | 5135 N Keystone Ave, Chicago IL 60630 |

DATE OF REQUEST — DAY / MONTH / YEAR

NAME OF REPRESENTATIVE: Jereco M/Toys Clerk

R.D. NO. (IF UNKNOWN LEAVE BLANK): JF 265043

ZIP CODE: 60630  TELEPHONE NO: 847-296-3123

☐ TRAFFIC CRASH REPORT

LOCATION OF CRASH

NAME OF DRIVER (S) INVOLVED

R 1  E 2  Q  S  U 1  E  T 3  2

☒ CASE REPORT

| | |
|---|---|
| NAME OF VICTIM: Jereco | ADDRESS OF VICTIM: 5135 N Keystone Ave, Chicago |
| NAME OF COMPLAINANT: M/Toys Cruz | ADDRESS OF COMPLAINANT |

DATE OF INCIDENT — DAY 06 / MONTH 13 / YEAR 21

LOCATION OR ADDRESS OF INCIDENT: 17 District CT Cole Richard St

DATE OF CRASH — DAY / MONTH / YEAR   TIME OF CRASH

TYPE OF INCIDENT: Lost / Property / Theft of credit card 6630

**REMARKS**

17th District MD 16th District credit theft of have custody of Jereco M/Toys Cruz's credit card (seeking original case) complaint report and

DO NOT WRITE IN THIS SECTION

**PAYMENT TYPE**
☐ CASH
☐ CREDIT CARD
☐ CHECK
☐ MONEY ORDER
☐ TRAVELER'S CHECK

| RESULTS OF SEARCH | LETTER | NEG | POS | CLERK | | LETTER | NEG | POS | CLERK | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ALPHA | | | | | NUMERICAL | | | | | |

CPD-31.551(REV. 4/10)   DISTRIBUTION: White Original - Requester, Yellow Copy - Cashier, Pink Copy - Numerical Section.

 **Jerico. the consultant <theconsultantoo0oo@gmail.com>**

---

## Non-Commercial Illinois Freedom of Information Act Request about the 9-11 Call Made from Starbucks at 4715 W Foster Ave, Chicago, Illinois 60630 at approximately 6:45 PM and 6:55 PM on or about June 13, 2021

---

**Jerico. the consultant** <theconsultantoo0oo@gmail.com>                    Fri, Jun 18, 2021 at 11:07 AM
To: OEMCfoia@cityofchicago.org
Cc: j-cruz7@neiu.edu

City of Chicago
Office of Emergency Management and Communication
Attn: Freedom of Information Officer
1411 W Madison St
Chicago, Illinois 60607

      Re: Non-Commercial Illinois Freedom of Information Act Request about the 9-11 Call Made from Starbucks at
        4715 W Foster Ave, Chicago, Illinois 60630 at approximately 6:45 PM and 6:55 PM on or about June 13,
2021

Dear FOIA Officer,

Under the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq., please furnish a copy of 9-11 call made from
Starbucks at 4715 W Foster Ave, Chicago, Illinois 60630 at approximately at 6:45 PM and 6:55 PM on or about June
13, 2021, for the following requestor:

Full Name: Jerico Matias Cruz

Current Employment Status: Quanta Strategies, LLC Consultant

Race/Ethnicity: Asian-American / Non-Hispanic / Filipino American descent

U.S. Military Status: U.S. Army Combat Veteran (03/2006 - 02/2017)

Further, I am requesting a copy of records for non-commercial purposes.

If you have any questions or concerns, you can telephoned me at (847) 906-3123, or reply to this email.

Thank you for your time and understanding.

Respectfully,

Jerico Matias Cruz
5135 North Keating Avenue
Chicago, IL 60630
(847) 906-3123

cc: Jerico Matias Cruz, NEIU Email

Email Notice Confidentiality: This email is covered by the Electronic Communications Privacy Act, 18 USC
§§2510-2521. The confidential information contained in this e-mail is being transmitted to and is intended for the use
of only the individual(s) to whom it is addressed. If the reader of this e-mail is not the intended recipient, you are
hereby advised that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received
this e-mail in error, please immediately notify me via theconsultantoo0oo@gmail.com and delete it afterward. Thank
you for your cooperation.

 **Gmail**

**Jerico. the consultant <theconsultantoo0oo@gmail.com>**

---

## Non-Commercial OEMC FOIA Request :: F211878-061821

---

**Chicago Public Safety** <chicagops@govqa.us>                    Thu, Jun 24, 2021 at 2:37 PM
To: "theconsultantoo0oo@gmail.com" <theconsultantoo0oo@gmail.com>

**Attachments:**
2116413948_R.pdf

--- ---



OFFICE OF EMERGENCY MANAGEMENT AND COMMUNICATIONS
CITY OF CHICAGO

June 24, 2021

**RE: FOIA Request #F211878-061821**

**Jerico Matias Cruz**
**thesonsultantoo0oo@gmail.com**

Dear Jerico Matias:

On behalf of the Office of Emergency Management and Communications (OEMC), I am responding to your Freedom of Information (FOIA) request that our office received on June 18, 2021, wherein you requested the following information:

*"Re: Non-Commercial Illinois Freedom of Information Act Request about the 9-11 Call Made from Starbucks at*
*4715 W Foster Ave, Chicago, Illinois 60630 at approximately 6:45 PM and 6:55 PM*

*Dear FOIA Officer,*

*Under the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq., please furnish a copy of 9-11 call made from Starbucks at 4715 W Foster Ave, Chicago, Illinois 60630 at approximately at 6:45 PM and 6:55 PM for the following requestor:*

*Re: Non-Commercial Illinois Freedom of Information Act Request about the 9-11 Call Made from Starbucks at*
*4715 W Foster Ave, Chicago, Illinois 60630 at approximately 6:45 PM and 6:55 PM on or about*

*June 13, 2021"*

With respect to your request, the OEMC is providing you with the redacted event query. Be advised, City of Chicago Employee Identification numbers, phone numbers and license plate numbers have been redacted  pursuant to 7(1)(b) of FOIA, which provides that public bodies may redact information that is considered private.  5 ILCS 2(c-5) of FOIA defines private information as follows:

"Private information" means unique identifiers, including a person's social security number, driver's license number, employee identification number, biometric identifiers, personal financial information, passwords or other access codes, medical records, home or personal telephone numbers and email addresses.  Private information also includes home address and personal license plates, except as otherwise provided by law or when compiled without possibility of attribution to any person.

The caller's name has been redacted pursuant to 5 ILCS 140/7(1)(d)(iv) of FOIA.
5 ILCS 140/7 (1)(d)(iv) of FOIA protects caller identity and exempts from disclosure information that could (iv) unavoidably disclose the identity of a confidential source, confidential information furnished only by the confidential source, or persons who file complaints with or provide information to administrative, investigative, law enforcement, or penal agencies.

Additionally,  names, phone numbers and license  plate numbers have been redacted pursuant to 5 ILCS 140/7(1)(c) which authorizes a public body to redact:

Personal information contained within public records, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy, unless the disclosure is consented to in writing by the individual subjects of the information.

"Unwarranted invasion of personal privacy" means the disclosure of information that is highly personal or objectionable to a reasonable person and in which the subject's right to privacy outweighs any legitimate public interest in obtaining the information.

As it relates to the portion of your request seeking audio recordings for the event query being provided to you today, that portion of your request is being denied.

Please be advised that citizens who call 9-1-1 have a right to a certain amount of privacy under the Freedom of Information Act. Any record, such as audio recordings, could ***expose the identity of a caller by voice recognition.***  Citizens that call 9-1-1 are many times potential witnesses and/or victims of a violent crime; therefore, their privacy is exempt under 7(1)(d)(iv) of FOIA. ***5 ILCS 140/7 (1)(d)(iv) of FOIA protects caller identity*** and exempts from disclosure information that could (iv) ***unavoidably disclose the identity of a confidential source,*** confidential information furnished only by the confidential source***, or persons who file complaints with*** or provide information to administrative, investigative, ***law enforcement***, or penal agencies.

In addition, the audio recordings are being denied pursuant to 5 ILCS 140/7(1)(c) which authorizes a public body to withhold:

 Personal information contained within public records, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy, ***<u>unless the disclosure is consented to in writing by the individual subjects of the information</u>***.

"Unwarranted invasion of personal privacy" means the disclosure of information that is highly personal or

objectionable to a reasonable person and in which the subject's right to privacy outweighs any legitimate public interest in obtaining the information. In addition, you have not provided anything to demonstrate that the public's interest in that information outweighs the personal right to privacy at issue.

To the extent a portion of your FOIA request has been denied, you have a right of review by the Illinois Attorney General's Public Access Counselor who can be contacted at 500 S. Second St., Springfield, IL 62706 or by telephone at (877)-299-FOIA. You may also seek judicial review of a denial under 5 ILCS 140/11 of FOIA.

Sincerely,

**A. Martin  - OEMC FOIA**
Freedom of Information Officer
Office of Emergency Management & Communications
312-746-9403

To monitor the progress or update this request please log into the Public Portal

**OFFICE OF EMERGENCY MANAGEMENT AND COMMUNICATIONS**

**Chicago Police Department Event Query Report**

| Event Details | | | |
|---|---|---|---|
| **Event Number:** | 2116413948 | **Type:** | DIST |
| **Date :** | 2021-06-13 18:59:45.0 | **Pri :** | 3B |
| **DG :** | 017 | **Svc Beat :** | 1712 |
| **Disp :** | 1330 | **Source :** | E |
| **Response Level :** | 1 | **Caller :** | |
| **Phone :** | | **Occ Beat :** | 1712 |
| **Address Of Occurrence :** | 4715 W FOSTER AV | **Location :** | 4715 W FOSTER AV |
| **Init. Event Type :** | DIST | **Loc Remarks :** | STARBUCKS |
| **Anonymous :** | N | **RDNumber :** | JE264805 |

| Event Chronology - 2116413948 | | | | |
|---|---|---|---|---|
| **Date** | **Wkstn** | **Person** | **Activity** | **Text** |
| Jun 13, 2021 18:58:18 | | | REC | |
| Jun 13, 2021 18:58:18 | PCT65 | | REBID | Phase I: X , Y , Location [4700-4759 N LAMON AV ] |
| Jun 13, 2021 18:59:41 | PCT65 | | ALERT | Type [DIST] has no Card |
| Jun 13, 2021 18:59:45 | PCT65 | | ENTRY | |
| Jun 13, 2021 18:59:45 | PCT65 | | LOCOVR | Box: 1623->1712 RespArea: 1623->1712 DispGrp: 016->017 |
| Jun 13, 2021 19:01:43 | PD29 | | DSP | 1712 |
| Jun 13, 2021 19:01:47 | PMDT3372 | | ACK | 1712 |
| Jun 13, 2021 19:02:01 | PMDT3372 | | ENR | 1712 |
| Jun 13, 2021 19:03:01 | PDS28 | | SUPP | Remarks Added |
| Jun 13, 2021 19:03:58 | PDS28 | | CHNG | Location: 4175 W FOSTER AV ==> 4715 W FOSTER AV;X Streets: 5158 BL N KEELER AV/4101 BL W N BRANCH CHICAG ==> 5158 BL N KEATING AV/5200 BL N FOSTER AV EDENS;ServLoc: 4175 W FOSTER AV ==> 4715 W FOSTER AV; |
| Jun 13, 2021 19:04:13 | PMDT3372 | | ONS | 1712 |
| Jun 13, 2021 19:04:23 | PDS28 | | CLOC | 1712 [ 4715 W FOSTER] |
| Jun 13, 2021 19:20:46 | PDS28 | | DSP | 1730 |
| Jun 13, 2021 19:21:08 | PD29 | | DSP | 1711 |

| Event Chronology - 2116413948 | | | | |
|---|---|---|---|---|
| **Date** | **Wkstn** | **Person** | **Activity** | **Text** |
| Jun 13, 2021 19:21:12 | PMDT2327 | | ACK | 1711 |
| Jun 13, 2021 19:21:15 | PD29 | | DSP | 1713 |
| Jun 13, 2021 19:21:17 | PMDT2348 | | ACK | 1713 |
| Jun 13, 2021 19:21:23 | PDS28 | | ASST | 1732 |
| Jun 13, 2021 19:22:08 | PMDT2348 | | ENR | 1713 |
| Jun 13, 2021 19:24:31 | PDS28 | | SUPP | Remarks Added |
| Jun 13, 2021 19:24:49 | PMDT3503 | | ENR | 1730 |
| Jun 13, 2021 19:24:49 | PMDT3503 | | ONS | 1730 |
| Jun 13, 2021 19:30:21 | PDS28 | | SUPP | Remarks Added |
| Jun 13, 2021 19:31:50 | PMDT6346 | | REMINQ | 1732 Veh->LI LIT/ZZ |
| Jun 13, 2021 19:32:11 | PMDT6346 | | REMINQ | 1732 Veh->LIC |
| Jun 13, 2021 19:32:44 | PMDT6346 | | REMINQ | 1732 Veh->LIC |
| Jun 13, 2021 19:33:46 | PDS28 | | CLOC | 1712 [ 017 W/MALE] |
| Jun 13, 2021 19:35:16 | PMDT6346 | | REMINQ | 1732 Veh->LI |
| Jun 13, 2021 19:37:42 | PMDT3372 | | CASERD | RDG Report Number 1712 $CPDJE264805 D/1330 By: |
| Jun 13, 2021 19:38:00 | PMDT3503 | | CLEAR | 1730 |
| Jun 13, 2021 19:38:52 | PMDT2327 | | REMINQ | 1711 Veh->LIC |
| Jun 13, 2021 19:39:02 | PMDT2348 | | CLEAR | 1713 |
| Jun 13, 2021 19:39:33 | PMDT2327 | | REMINQ | 1711 Veh->LIC LIT/ZZ |
| Jun 13, 2021 19:52:14 | PMDT2327 | | REMINQ | 1711 Per->NAM/CRUZ,JERICO M DOB/061487 SEX/M DLS/IL |
| Jun 13, 2021 19:56:28 | PMDT2327 | | ONS | 1711 |
| Jun 13, 2021 20:00:15 | PDS28 | | AUTPRE | 1732 |
| Jun 13, 2021 20:24:01 | PDS28 | | CLEAR | 1711 |
| Jun 13, 2021 22:07:33 | PDS28 | | CLOC | 1712 [017 TO 016 W/1] |
| Jun 13, 2021 22:14:38 | PMDT3372 | | ONS | 1712 |
| Jun 13, 2021 22:24:35 | PDS28 | | ONS | 1712 |
| Jun 13, 2021 22:24:39 | PDS28 | | MISC | 1712 LANDED |
| Jun 13, 2021 23:25:43 | PD29 | | SCHOFF | Unit #1712 scheduled for Logoff |
| Jun 13, 2021 23:25:53 | PD29 | | CLEAR | 1712 |
| Jun 13, 2021 23:25:53 | PD29 | | CLOSE | |
| | | | RMKS | *** WIRELESS CALL *** |
| | | | RMKS | M/H WEARING CAMOUFLAGE |

| Event Chronology - 2116413948 | | | | |
|---|---|---|---|---|
| **Date** | **Wkstn** | **Person** | **Activity** | **Text** |
| | | | | CLOTHING IS BEING LOUD AND DISRUPTIVE AND REFUSING TO LEAVE THE STORE NFI |
| | | | RMKS | cb |
| | | | RMKS | slow it down |
| | | | RMKS | 1 in custody |

| Unit Summary - 2116413948 | | |
|---|---|---|
| **Unit** | **Dispatch** | **Clear** |
| 1711 | Jun 13, 2021 19:21:08 | Jun 13, 2021 20:24:01 |
| 1730 | Jun 13, 2021 19:20:46 | Jun 13, 2021 19:38:00 |
| 1712 | Jun 13, 2021 19:01:43 | Jun 13, 2021 23:25:53 |
| 1732 | Jun 13, 2021 19:21:23 | Jun 13, 2021 20:00:15 |
| 1713 | Jun 13, 2021 19:21:15 | Jun 13, 2021 19:39:02 |

Redaction Date: 6/24/2021 2:22:27 PM

## Redaction Log

Total Number of Redactions in Document: 13

## Redaction Reasons by Page

| Page | Reason | Description | Occurrences |
|------|--------|-------------|-------------|
| 1    |        |             | 4           |
| 2    |        |             | 9           |

Redaction Date: 6/24/2021 2:22:27 PM

## Redaction Log

### Redaction Reasons by Exemption

| Reason | Description | Pages (Count) |
|--------|-------------|---------------|
|        |             | 1(4)<br>2(9) |

# Photos



Ofc. Krzysztof Zagozdon
Inside the Starbucks Coffee#58413



Ofc Umer Khan
Inside the Starbucks Coffee#58413

# Videos

I. Go to www.youtube.com; search for: Quanta Strategies LLC.

II. See the following hyperlinks below:
    1. https://www.youtube.com/watch?v=zwr1Bpr8jyM
    2. https://www.youtube.com/watch?v=hZ3UL0TKFGI

Caveat:

These videos are protected by Illinois Eavesdropping Act, 720 ILCS 5/14-1 *et seq*. Quanta Strategies, LLC is the custodian/distributor of these videos.





**City of Chicago**
**Department of Police**
3510 South Michigan Avenue
Chicago, Illinois 60653

# Evidence – Property Envelope



**Envelope 1**

# Evidence – Property Envelope



**Envelope 2**

# Exhibit K:
# State of Illinois Department of Human Rights

- Starbucks

# Starbucks-IDHR

**State of Illinois**
Department of Human Rights

**COMPLAINANT INFORMATION SHEET**
(For All Cases **not** related to Housing Discrimination)

| Office Use Only: | Control No: | Inv. Init. | | Date: June 08 2021 |
|---|---|---|---|---|

**Instructions:** Read this entire form and all of the instructions carefully before completing. All questions should be answered, and you may use additional sheets if necessary. This form must be signed and dated on page 4, and postmarked or received by IDHR within **300 days** of the date of the alleged discrimination. IDHR must establish if it has the right under the law to investigate your claim. If IDHR accepts your claim of discrimination, we will type your information on an official charge form. The official charge form must be signed under certification or notarized and returned to IDHR in a timely manner. **THIS IS NOT A FORMAL CHARGE. If IDHR accepts your claim, we will send you an official typed charge form for signature.**

**NOTE: If your alleged claim of discrimination is related to Housing, e.g., in buying or renting a house or apartment, or experiencing a refusal to a request to modify your housing, please STOP and fill out an IDHR Housing Complainant Information Sheet (CIS).**

## 1. COMPLAINANT INFORMATION

| Name: JERICO MATIAS CRUZ | Address: 5135 N KEATING AVE | | Apt No: |
|---|---|---|---|
| City: CHICAGO | State: IL | ZIP: 60630 | Phone No: 847-906-3123 |
| E-Mail: THECONSULTANT800@GOOGLEMAIL.COM | Alt. Phone No: | Alt. Phone No: | |

☐ E-Mail Consent: By checking this box, I consent to service of notices by the Department via electronic mail.

Please provide the following information for statistical purposes only.

| Country of National Origin: PHILIPPINES | Date of Birth: JUNE 14 1987 | Sex: MALE |
|---|---|---|

## 2. WHO CAN WE CALL IF WE CANNOT CONTACT YOU
Make sure their mailing addresses are different from your mailing address. Your charge could be dismissed if you do not provide this information and we are unable to locate you.

| Name: E. M. CRUZ | Address: 5135 N KEATING AVE | | Apt No: |
|---|---|---|---|
| City: CHICAGO | State: IL | ZIP: 60630 | Phone No: 773-897-9444 |
| Name: E. C. CRUZ | Address: 5135 N KEATING AVE | | Apt No: |
| City: CHICAGO | State: IL | ZIP: 60630 | Phone No: 773-897-9444 |

## 3. RESPONDENT INFORMATION
Write out the full legal name of the company or organization that you believe discriminated against you in Illinois (i.e. the Respondent). (Employer, Employment Agency, Financial Institution, Union, Place of Public Accommodation, School or University, etc.)

| Name: STARBUCKS CORPORATION, DBA, STARBUCKS COFFEE #58413 | Address: | |
|---|---|---|
| City: CHICAGO | State: IL | ZIP: 60630 | Phone No: |
| County: COOK | Website: WWW. STARBUCKS. COM | |

## 4. WHAT IS YOUR RELATIONSHIP WITH THE RESPONDENT

☐ EMPLOYMENT: Respondent is my Employer / Former Employer / Potential Employer.
　NOTE: If the Respondent is an employer, does the Respondent employ 15 or more employees in the Unites States? ○ Yes ○ No

☐ FINANCIAL CREDIT: Respondent is a Financial Institution, such as a bank or an insurance company, to which I applied for an account or line of credit.

☒ PUBLIC ACCOMMODATIONS: Respondent is a Public Entity or Place of Business (of which I am not a current, former, or potential employee), such as a Store, Restaurant, Public Park, Educational Program, or Public Official, and has denied me a service or access or has subjected me to a form of pervasive harassment.

☐ SEXUAL HARASSMENT IN EDUCATION: Respondent is or represents an Educational Institution in which I (or my minor child) am currently, recently, or I have applied to be enrolled that I believe has sexually harassed me (or my minor child), or has retaliated against me (or my minor child) for reporting, opposing or for participating in an investigation of sexual harassment.

| What type of business or organization is the Respondent? For example, a Private Employer, Public or Non-Profit Organization, State or Local Government, School or University (specify Public or Private, and if it is Elementary, Secondary, Vocational, etc., and your current enrollment status). Employment Agency, Municipality, Union, Bank, Insurance Company, Individual, etc. | Office Use Only |
|---|---|
| PUBLICLY TRADED COMPANY FRANCHISEE | |

100 W. Randolph St., 10th Floor, Attn. Intake Unit, Chicago, IL 60601; 312-814-6200; 866-740-3953 (TTY); INTERVIEWS MON.-THURS. 8:30 AM to 3:00 PM
In Springfield: 535 West Jefferson Street, 1st Floor, Attn. Intake Unit, Springfield, IL 62702; 217-785-5100; 866-740-3953 (TTY)

WEBSITE: www.illinois.gov/dhr/　　EMAIL: IDHR.Intake@illinois.gov CHICAGO FAX: 312-814-6251 SPRINGFIELD FAX: 217-785-5106

CIS-U. 3/2021
Page 1 of 4

Illinois Department of Human Rights

**COMPLAINANT INFORMATION SHEET**

**5. DESCRIPTION OF THE ISSUES AND BASES YOU ARE REQUESTING IDHR TO INVESTIGATE**

Each of your COMPLAINTS of discrimination must be composed of two parts: the ISSUE and the BASIS.

The ISSUE is the harm or action that was taken against you. (Such as being discharged from your place of employment or being denied access to a public service.)

The BASIS is the legally protected class you believe is the reason for the action that was taken against you.

**IDHR can only investigate charges alleging specific BASES of discrimination:**

| | | | | |
|---|---|---|---|---|
| Age (+40) | Ancestry | National Origin | Sexual Orientation | Physical Disability or Mental Disability (unrelated to ability to do the job) |
| Race | Pregnancy | Military Status | Sexual Harassment | Arrest Record (or criminal history record ordered expunged, sealed or impounded), |
| Sex | Religion | Citizenship Status | Order of Protection Status | Aiding and Abetting / Coercion (helping or forcing a person to commit discrimination) |
| Marital Status | Gender Identity | Unfavorable Military Discharge | Color (Complexion) | Conviction Record |

Retaliation (complained about unlawful discrimination, filed a prior discrimination claim, or testified at a discrimination hearing)

Your Charge of Discrimination can have multiple COMPLAINTS.

Your BASIS can be the cause of more than one ISSUE, and each ISSUE could have been caused by more than one BASIS. .

If your complaint is of SEXUAL HARASSMENT, RETALIATION, AIDING AND ABETTING, or COERCION, your Issue and Basis are the same.

**The Illinois Human Rights Act limits who and what the IDHR can investigate:**

- In Employment: Unfair Employment Practices (such as political affiliations, personality conflicts, etc.) or unfair Union Practices unless such actions are alleged to be for one or more of the Bases listed above.
- In Public Accommodations: charges against the Federal Government, Federal Officials, Prison Facilities; Educational Programs or Institutions related to curriculum content or course offerings. For more information, visit www2.illinois.gov/dhr.

**1st COMPLAINT:** Describe the ISSUE or harm. Be specific and concise. (Common Issues include: Discharge from place of employment, Retaliation for filing a complaint of discrimination, Unwelcome sexual advances, Denied access to a public facility, Denied a loan, Creating an intimidating or hostile environment, or Failure to make a reasonable accommodation.)

I AM BEING DENIED FOR PUBLIC ACCOMMODATION AS a Customer

BASIS: (As described above) RACE . NATIONAL ORIGIN Date(s) of Action: JUNE 13, 2021

Name and Job Title of the person who committed the action or gave you this information: SECRETARY. STATUS

MS ALYSSA TRIPPIEDI, SUPERVISOR OF STARBUCKS

Why do you feel discriminated against because of the basis you have identified, or how has this action created a hostile or offensive environment?

MS. TRIPPIEDI FAILED TO PROVIDE A PUBLIC ACCOMMODATION AND POOR CUSTOMER SERVICE SKILLS.

How were others in your situation treated?

I DO NOT KNOW

**2nd COMPLAINT:** Describe the ISSUE or harm. Be specific and concise. (Common Issues include: Discharge from place of employment, Retaliation for filing a complaint of discrimination, Unwelcome sexual advances, Denied access to a public facility, Denied a loan, Creating an intimidating or hostile environment, or Failure to make a reasonable accommodation.)

FAILURE TO MAKE A REASONABLE ACCOMMODATION

BASIS: (As described above) CITIZENSHIP, COLOR Date(s) of Action: June 13, 2021 PHYSICAL OF MENTAL DISABILITY,

Name and Job Title of the person who committed the action or gave you this information:

MS. ALYSSA TRIPPIEDI, SUPERVISOR OF STARBUCKS

Why do you feel discriminated against because of the basis you have identified, or how has this action created a hostile or offensive environment?

MS. TRIPPIEDI FAILED TO PROVIDE PPORER AND REASONABLE ACCOMMODATION

How were others in your situation treated?

I DO NOT KNOW

Please use additional sheets as necessary to provide the above information for each complaint.

Illinois Department of Human Rights

**COMPLAINANT INFORMATION SHEET**

**6. IF YOU HAVE BEEN EMPLOYED BY THE RESPONDENT, PLEASE FILL IN THE FOLLOWING:** *N/A*

| Job Title: | | | | Were you on probation? | ○Yes ○No |
|---|---|---|---|---|---|
| Date Hired: | Salary: | | ○Hourly ○Weekly ○Bimonthly ○Monthly | | ○Annually |
| Department: | | Supervisor: | | | |

**7. SPECIAL BASES** *N/A*

**7A. If your claim involves SEXUAL HARASSMENT:**

| Name of the harasser: | | Job Title of harasser: | |
|---|---|---|---|
| Do you want the sexual harasser charged separately as an additional respondent? | ○Yes ○No | | |
| If "Yes", provide contact information for the harasser. | Address: | | |
| City: | State: | ZIP: | Phone No: |

Describe the action(s) taken against you. Include the date or approximate date of each action. Use additional sheets, if necessary. Common examples include: Unwelcome sexual advances, Requests for sexual favors, Action contingent upon submission to sexual conduct, or Creating a hostile, or offensive environment.

Was the conduct welcome or unwelcome? If unwelcome, how did you reject the conduct or make it known it was unwelcome?

If your complaint includes an Action contingent upon submission to sexual conduct, were you told what would happen if you did not submit to the sexual advances? If Yes, what were you specifically told, by whom, and on what date(s)?

**7B. If you claimed PHYSICAL DISABILITY or MENTAL DISABILITY as a basis:**

State your medically diagnosed disability/disabilities: *CONFIDENTIAL INFORMATION; WILL BE*

Explain how the Respondent became aware of each disability: *DISCLOSED IN COURT-ORDER BASIS.*

*N/A*

**7C. If you claimed RETALIATION as a basis:** *N/A*

| Name of the retaliator: | | Job Title of retaliator: | |
|---|---|---|---|
| Do you want the retaliator charged separately as an additional respondent? | ○Yes ○No | | |
| If "Yes", provide contact information for the retaliator. | Address: | | |
| City: | State: | ZIP: | Phone No: |

State how you opposed unlawful discrimination: (i.e., testified at a discrimination hearing, filed a prior discrimination claim, or complained about unlawful discrimination). Include dates, charge numbers, and/or the name or title of the person to whom you complained.

**7D. If your claim involves DENIAL OF FINANCIAL CREDIT:** *N/A*

Explain your understanding of the qualifications necessary to obtain credit from the institution, and how you met those qualifications:

**You must sign and date the last page of this form.**

Illinois Department of Human Rights

**COMPLAINANT INFORMATION SHEET**

**8. HAVE YOU FILED A GRIEVANCE OR COMPLAINT INTERNALLY WITH THIS RESPONDENT?** (Such as a Human Resources Department, Manager, Customer Service Center, Union, Advocacy Group, or Guidance Counselor)    *N/A*

If "Yes", to whom did you submit the complaint (name and job title), on what date(s), and what were the results of your complaint thus far?

**9. HAVE YOU FILED A PREVIOUS CHARGE AGAINST THIS RESPONDENT WITH IDHR OR ANOTHER INVESTIGATORY AGENCY OR COMMISSION?** (Such as the EEOC, US Dept. of Education, or the US Dept. of Labor)

◯Yes  ☒No    If "Yes", when?                                       Charge Number(s):

**10. MEDIATION:** The Department offers mediation as an alternative form of dispute resolution. If both parties agree to participate, mediation may resolve your case faster. All mediation conferences are held in the Department's Chicago office. If the case is not resolved at Mediation, the case will be investigated.

Are you interested in Mediation?  ☒Yes  ◯No

**IDHR Notice of Accessibility**

IDHR's programs are accessible to persons with disabilities in compliance with the ADA and Sec. 504 of the Rehabilitation Act of 1973. A person with a disability needing an accommodation to participate in IDHR programs should contact the ADA Coordinator at 312-814-6262, 312-814-1436 (fax), 866-740-3953 (TTY) or e-mail IDHR.ADA@illinois.gov. IDHR provides interpreters upon request for sign language and for languages other than English. If a non-English speaking party chooses to secure their own interpreter, the interpreter must be 18 years of age or older and able to communicate effectively in both languages.

**Notice to complainant on release of identity and personal information**

The Illinois Human Rights Act ("Act"), 775 ILCS 5/1-101 et seq., and Section 2520.330 of IDHR's Rules and Regulations, 56 Ill. Admin. Code, Ch. II, Section 2520.330, require a charge to contain certain information in such detail as to substantially apprise the parties of the time, place, and facts with respect to the alleged civil rights violation. Pursuant to the Department's Rules and Regulations (2 Ill. Admin Code, Ch. X, Section 926.210), anyone who submits information to IDHR in connection with a discrimination charge should take notice and be aware of the following. During the Department's investigation:
(a) All contents and files maintained by IDHR may be confidential and not subject to public disclosure. Relevant exceptions are:
   (1) the parties and non-parties to a charge may inspect the file at any time subsequent to the written notice of substantial evidence, default, or dismissal, administrative closure, or approval of terms of settlement by the Human Rights Commission ("Commission");
   (2) after the filing of a Complaint with the Commission or the institution of judicial proceedings involving a charge, the Director may release information pertaining to the charge if such information is requested of IDHR or if the Director finds such information newsworthy, useful in education or training, relevant to an issue before the General Assembly, or similarly appropriate for disclosure.
(b) Authorized personnel within IDHR analyze information that IDHR collects. This information may include personal information. IDHR staff may need to reveal some of the personal information to individuals outside the office in order to verify facts related to the charge, or to discover new facts which will help IDHR to determine whether the law has been violated. IDHR may need to disclose to Respondent correspondence that IDHR receives from Complainant or other sources.
(c) After the completion of the Department's investigation, IDHR may release the Department's investigation file, which includes the identity and personal information of the parties pursuant to a Freedom of Information Act ("FOIA") request, a subpoena or a court order, and information submitted to or obtained by IDHR may also be revealed to persons outside of IDHR to enforce a Commission Order or a settlement agreement.
(d) No person is required to file a charge with IDHR and reveal personal information to IDHR; however, if a person files a charge and IDHR cannot obtain the information needed to fully investigate the allegations in the charge, IDHR may close the case.

**CONSENT AGREEMENT AND RELEASE**

I have read the provided "Notice to Complainant" and I understand that: 1) If my charge is regarding an employment jurisdiction, IDHR may also file my charge of discrimination with EEOC if it has jurisdiction, and I authorize EEOC to look into the discrimination alleged above; 2) In the course of investigating my charge, IDHR will reveal my identity (including my name) and my personal information to named Respondent(s) in my charge to obtain facts and evidence regarding my charge; 3) I do not have to reveal my personal information to IDHR, but IDHR may close my charge if I refuse to reveal information needed to fully investigate my charge; 4) IDHR may be required by law, subpoena, court order, and/or FOIA request to disclose my charge and information in the Department's investigation file concerning my charge to persons outside of IDHR.

If IDHR takes a charge based on the information provided, I consent for IDHR to disclose my identity and personal information as necessary to process and investigate my charge, and I release IDHR from any liability whatsoever concerning disclosure of my identity and any personal information I provided to IDHR or IDHR obtained in processing my charge.

My signature below verifies the accuracy of the information provided herein and my consent and release as indicated above.

Print Name _JEREO  NATTHE Cruz_    Signature _____    Date _07/15/2021_

NOTE: If there is certain personal information you would like withheld, please discuss your concern with an Intake supervisor.

Find answers to Frequently Asked Questions on the IDHR website at https://www2.illinois.gov/dhr

CIS-U. 3/2021
Page 4 of 4

**State of Illinois**
**Department of Human Rights**

*VOID* — [handwritten] *Jm 12/15/2021*

Office Use Only: Control No: ___ Filed In: ___ Date: ___

**COMPLAINANT INFORMATION SHEET**
(For All Cases not related to Housing Discrimination)

Date: ___

**Instructions:** Read this entire form and all of the instructions carefully before completing it. All questions should be answered, and you may use additional sheets if necessary. This form must be signed and dated on page 4, and postmarked or delivered to IDHR within **300 days** of the date of the alleged discrimination. IDHR must establish if it has the right under the law to investigate your claim. If IDHR accepts your claim of discrimination, we will type your information on an official charge form. The official charge form must be signed under certification or notarized and returned to IDHR in a timely manner. **THIS IS NOT A FORMAL CHARGE. If IDHR accepts your claim, we will send you an official typed charge form for signature.**

**NOTE:** If your alleged claim of discrimination is related to Housing, e.g., in buying or renting a house or apartment, or experiencing a refusal to a request to modify your housing, please STOP and fill out an IDHR Housing Complaint Information Sheet (CIS).

## 1. COMPLAINANT INFORMATION

Name: JERICO MATIAS CRUZ
Address: 5135 N KEATING AVE
Apt No: ___

City: CHICAGO
State: IL
ZIP: 60630
Phone No: 847-906-3123

E-Mail: THECONSULTANT000000@GMAIL.Com
Alt. Phone No: ___
Alt. Phone No: ___

☐ E-Mail Consent: By checking this box, I consent to service of notices by the Department via electronic mail.

Please provide the following information for statistical purposes only.

Country of National Origin: PHILIPPINES
Date of Birth: JUNE 14, 1987
Sex: MALE

**2. WHO CAN WE CALL IF WE CANNOT CONTACT YOU** Make sure their mailing addresses are different from your mailing address. Your charge could be dismissed if you do not provide this information and we are unable to locate you.

Name: E. M. CRUZ
Address: 5135 N KEATING AVE
Apt No: ___
City: CHICAGO
State: IL
ZIP: 60630
Phone No: 773-987-9444

Name: E. C. CRUZ
Address: 5135 N KEATING AVE
Apt No: ___
City: CHICAGO
State: IL
ZIP: 60630
Phone No: 773-987-9444

**3. RESPONDENT INFORMATION** Write out the full legal name of the company or organization that you believe discriminated against you in Illinois (i.e. the Respondent). (Employer, Employment Agency, Financial Institution, Union, Place of Public Accommodation, School or University, etc.)

Name: STARBUCKS CORPORATION / DBA: STARBUCKS COFFEE #58413
Address: ___
City: CHICAGO
State: IL
ZIP: 60630
Phone No: ___
County: COOK
Website: WWW.STARBUCKS.Com

## 4. WHAT IS YOUR RELATIONSHIP WITH THE RESPONDENT?

[handwritten] 4715 W FOSTER AVE

☐ EMPLOYMENT: Respondent is my Employer / Former Employer / Potential Employer.
NOTE: If the Respondent is an employer, does the Respondent employ 15 or more employees in the Unites States? ○ Yes ☒ No

☐ FINANCIAL CREDIT: Respondent is a Financial Institution, such as a bank or an Insurance company, to which I applied for an account or line of credit.

☒ PUBLIC ACCOMMODATIONS: Respondent is a Public Entity or Place of Business (of which I am not a current, former, or potential employee), such as a Store, Restaurant, Public Park, Educational Program, or Public Official, and has denied me a service or access or has subjected me to a form of pervasive harassment.

☐ SEXUAL HARASSMENT IN EDUCATION: Respondent is or represents an Educational Institution in which I (or my minor child) am currently, recently, or I have applied to be enrolled that I believe has sexually harassed me (or my minor child), or has retaliated against me (or my minor child) for reporting, opposing or for participating in an investigation of sexual harassment.

What type of business or organization is the Respondent? For example, a Private Employer, Public or Non-Profit Organization, State or Local Government, School or University (specify Public or Private, and if it is Elementary, Secondary, Vocational, etc., and your current enrollment status), Employment Agency, Municipality, Union, Bank, Insurance Company, Individual, etc.

Office Use Only

[handwritten] PUBLICLY TRADED COMPANY / FRANCHISEE

100 W. Randolph St., 10th Floor, Attn. Intake Unit, Chicago, IL 60601; 312-814-6200; 866-740-3953 (TTY): INTERVIEWS MON.-THURS. 8:30 AM to 3:00 PM
In Springfield: 535 West Jefferson Street, 1st Floor, Attn. Intake Unit, Springfield, IL 62702; 217-785-5100; 866-740-3953 (TTY)
WEBSITE: www.illinois.gov/dhr/    EMAIL: IDHR.Intake@illinois.gov CHICAGO FAX: 312-814-6251 SPRINGFIELD FAX: 217-785-5106

CIS-U, 2/2021

Illinois Department of Human Rights  **COMPLAINANT INFORMATION SHEET**

| **5. DESCRIPTION OF THE ISSUES AND BASES YOU ARE REQUESTING IDHR TO INVESTIGATE** |
|---|

Each of your COMPLAINTS of discrimination must be composed of two parts: the ISSUE and the BASIS.
The ISSUE is the harm or action that was taken against you. (Such as being discharged from your place of employment or being denied access to a public service.)
The BASIS is the legally protected class you believe is the reason for the action that was taken against you.
**IDHR can only investigate charges alleging specific BASES of discrimination:**

| | | | | |
|---|---|---|---|---|
| Age (+40) | Ancestry | (National Origin) | Sexual Orientation | Physical Disability or Mental Disability (unrelated to ability to do the job) |
| (Race) | Pregnancy | (Military Status) | Sexual Harassment | Arrest Record (or criminal history record ordered expunged, sealed or impounded). |
| Sex | Religion | (Citizenship Status) | Order of Protection Status | Aiding and Abetting / Coercion (helping or forcing a person to commit discrimination) |
| Marital Status | Gender Identity | Unfavorable Military Discharge | (Color (Complexion)) | Conviction Record |

Retaliation (complained about unlawful discrimination, filed a prior discrimination claim, or testified at a discrimination hearing)

Your Charge of Discrimination can have multiple COMPLAINTS.
Your BASIS can be the cause of more than one ISSUE, and each ISSUE could have been caused by more than one BASIS.
If your complaint is of SEXUAL HARASSMENT, RETALIATION, AIDING AND ABETTING, or COERCION, your Issue and Basis are the same.

**The Illinois Human Rights Act limits who and what the IDHR can investigate:**
- In Employment: Unfair Employment Practices (such as political affiliations, personality conflicts, etc.) or unfair Union Practices unless such actions are alleged to be for one or more of the Bases listed above.
- In Public Accommodations: charges against the Federal Government, Federal Officials, Prison Facilities; Educational Programs or Institutions related to curriculum content or course offerings. For more information, visit www2.illinois.gov/dhr.

**1st COMPLAINT:** Describe the ISSUE or harm. Be specific and concise. (Common issues include: Discharge from place of employment, Retaliation for filing a complaint of discrimination, Unwelcome sexual advances, Denied access to a public facility, Denied a loan, Creating an intimidating or hostile environment, or Failure to make a reasonable accommodation.)

I AM BEING DENIED ACCESS TO A PUBLIC ACCOMMODATION

**BASIS:** (As described above) RACE, NATIONAL ORIGIN Date(s) of Action MILITARY STATUS APRIL MAY 31, 20

**Name and Job Title of the person who committed the action or gave you this information:**

**Why do you feel discriminated against because of the basis you have identified, or how has this action created a hostile or offensive environment?**

ALBANY PARK BRANCH EMPLOYEES ARE DENYING ME AN ACCESS INTO A PUBLIC FACILITY

**How were others in your situation treated?**

ALSO OTHER PATRONS ARE ABLE TO GO INSIDE THE LIBRARY

**2nd COMPLAINT:** Describe the ISSUE or harm. Be specific and concise. (Common issues include: Discharge from place of discrimination, Unwelcome sexual advances, Denied access to a public facility, Denied a loan, Creating an intimidating or hostile environment, or Failure to make a reasonable accommodation.)

I AM BEING DENIED ACCESS TO A PUBLIC ACCOMMODATION

**BASIS:** (As described above) CITIZENSHIP STATUS Date(s) of Action COLOR, PHYSICAL OR MENTAL DISABILITY APRIL 1, 2021

**Name and Job Title of the person who committed the action or gave you this information:**

**Why do you feel discriminated against because of the basis you have identified, or how has this action created a hostile or offensive environment?** MAY 31, 20

ALBANY PARK EMPLOYEES ARE DENYING an ACCESS INTO A PUBLIC FACILITY

**How were others in your situation treated?**

OTHER PATRONS ARE ABLE TO USE AND GO INSIDE THE LIBRARY

Please use additional sheets as necessary to provide the above information for each complaint.

CIS-IJ. 3/2021
Page 2 of 4

**Illinois Department of Human Rights**

**COMPLAINANT INFORMATION SHEET**

**6. IF YOU HAVE BEEN EMPLOYED BY THE RESPONDENT, PLEASE FILL IN THE FOLLOWING:**

| Job Title: | N/A | | | | | | Were you on probation? | ○Yes ○No |
|---|---|---|---|---|---|---|---|---|
| Date Hired: | | Salary: | | ○Hourly | ○Weekly | ○Bimonthly | ○Monthly | ○Annually |
| Department: | | | Supervisor: | | | | | |

**7. SPECIAL BASES** N/A

**7A. If your claim involves SEXUAL HARASSMENT:**

| Name of the harasser: | | Job Title of harasser: | | |
|---|---|---|---|---|
| Do you want the sexual harasser charged separately as an additional respondent? | ○Yes ○No | | | |
| If "Yes", provide contact information for the harasser. | Address: | | | |
| City: | State: | ZIP: | Phone No.: | |

Describe the action(s) taken against you. Include the date or approximate date of each action. Use additional sheets, if necessary. Common examples include: Unwelcome sexual advances, Requests for sexual favors, Action contingent upon submission to sexual conduct, or Creating a hostile, or offensive environment.

Was the conduct welcome or unwelcome? If unwelcome, how did you reject the conduct or make it known it was unwelcome?

If your complaint includes an Action contingent upon submission to sexual conduct, were you told what would happen if you did not submit to the sexual advances? If Yes, what were you specifically told, by whom, and on what date(s)?

**7B. If you claimed PHYSICAL DISABILITY or MENTAL DISABILITY as a basis:**

| State your medically diagnosed disability/disabilities: | CONFIDENTIAL INFORMATION; WILL |
|---|---|
| Explain how the Respondent became aware of each disability: | BE DISCLOSED IN COURT-ORDER BASIS. |

**7C. If you claimed RETALIATION as a basis:** N/A

| Name of the retaliator: | | Job Title of retaliator: | | |
|---|---|---|---|---|
| Do you want the retaliator charged separately as an additional respondent? | ○Yes ○No | | | |
| If "Yes", provide contact information for the retaliator. | Address: | | | |
| City: | State: | ZIP: | Phone No: | |

State how you opposed unlawful discrimination: (i.e., testified at a discrimination hearing, filed a prior discrimination claim, or complained about unlawful discrimination). Include dates, charge numbers, and/or the name or title of the person to whom you complained.

**7D. If your claim involves DENIAL OF FINANCIAL CREDIT:** N/A

Explain your understanding of the qualifications necessary to obtain credit from the institution, and how you met those qualifications:

You must sign and date the last page of this form.

CIS-U, 3/2021
Page 3 of 4

Illinois Department of Human Rights

**COMPLAINANT INFORMATION SHEET**

| |
|---|
| **8. HAVE YOU FILED A GRIEVANCE OR COMPLAINT INTERNALLY WITH THIS RESPONDENT?** (Such as a Human Resources Department, Manager, Customer Service Center, Union, Advocacy Group, or Guidance Counselor)  _NO_ |
| If "Yes", to whom did you submit the complaint (name and job title), on what date(s), and what were the results of your complaint thus far? |

| | | |
|---|---|---|
| **9. HAVE YOU FILED A PREVIOUS CHARGE AGAINST THIS RESPONDENT WITH IDHR OR ANOTHER INVESTIGATORY AGENCY OR COMMISSION?** (Such as the EEOC, US Dept. of Education, or the US Dept. of Labor) | | |
| ○ Yes  ☒ No    If "Yes", when? | Charge Number(s): | |

| |
|---|
| **10. MEDIATION:** The Department offers mediation as an alternative form of dispute resolution. If both parties agree to participate, mediation may resolve your case faster. All mediation conferences are held in the Department's Chicago office. If the case is not resolved at Mediation, the case will be investigated. |
| Are you interested in Mediation?  ☒ Yes  ○ No |

**IDHR Notice of Accessibility**

IDHR's programs are accessible to persons with disabilities in compliance with the ADA and Sec. 504 of the Rehabilitation Act of 1973. A person with a disability needing an accommodation to participate in IDHR programs should contact the ADA Coordinator at 312-814-6262, 312-814-1436 (fax), 866-740-3953 (TTY) or e-mail IDHR.ADA@Illinois.gov. IDHR provides interpreters upon request for sign language and for languages other than English. If a non-English speaking party chooses to secure their own interpreter, the interpreter must be 18 years of age or older and able to communicate effectively in both languages.

**Notice to complainant on release of identity and personal information**

The Illinois Human Rights Act ("Act"), 775 ILCS 5/1-101 et seq., and Section 2520.330 of IDHR's Rules and Regulations, 56 Ill. Admin. Code, Ch. II, Section 2520.330, require a charge to contain certain information in such detail as to substantially apprise the parties of the time, place, and facts with respect to the alleged civil rights violation. Pursuant to the Department's Rules and Regulations (2 Ill. Admin. Code, Ch. X, Section 926.210), anyone who submits information to IDHR in connection with a discrimination charge should take notice and be aware of the following. During the Department's investigation:

(a) All contents and files maintained by IDHR pertaining to charges shall be confidential and not subject to public disclosure. Relevant exceptions are:
(1) the parties and non-parties to a charge may inspect the file at any time subsequent to the written notice of substantial evidence, default, or dismissal, administrative closure, or approval of terms of settlement by the Human Rights Commission ("Commission");
(2) after the filing of a Complaint with the Commission or the institution of judicial proceedings involving a charge, the Director may release information pertaining to the charge if such information is requested of IDHR or if the Director finds such information newsworthy, useful in education or training, relevant to an issue before the General Assembly, or similarly appropriate for disclosure.

(b) Authorized personnel within IDHR analyze information that IDHR collects. This information may include personal information. IDHR staff may need to reveal some of the personal information to individuals outside the office in order to verify facts related to the charge, or to discover new facts which will help IDHR to determine whether the law has been violated. IDHR may need to disclose to Respondent correspondence that IDHR receives from Complainant or other sources.

(c) After the completion of the Department's investigation, IDHR may release the Department's investigation file, which includes the identity and personal information of the parties pursuant to a Freedom of Information Act ("FOIA") request, a subpoena or a court order, and information submitted to or obtained by IDHR may also be revealed to persons outside of IDHR to enforce a Commission Order or a settlement agreement.

(d) No person is required to file a charge with IDHR and reveal personal information to IDHR; however, if a person files a charge and IDHR cannot obtain the information needed to fully investigate the allegations in the charge, IDHR may close the case.

| |
|---|
| **CONSENT AGREEMENT AND RELEASE** |
| I have read the provided "Notice to Complainant" and I understand that: 1) If my charge is regarding an employment jurisdiction, IDHR may also file my charge of discrimination with EEOC if it has jurisdiction, and I authorize EEOC to look into the discrimination alleged above; 2) In the course of investigating my charge, IDHR will reveal my identity (including my name) and my personal information to named Respondent(s) in my charge to obtain facts and evidence regarding my charge; 3) I do not have to reveal my personal information to IDHR, but IDHR may close my charge if I refuse to reveal information needed to fully investigate my charge; 4) IDHR may be required by law, subpoena, court order, and/or FOIA request to disclose my charge and information in the Department's investigation file concerning my charge to persons outside of IDHR. |
| If IDHR takes a charge based on the information provided, I consent for IDHR to disclose my identity and personal information as necessary to process and investigate my charge, and I release IDHR from any liability whatsoever concerning disclosure of my identity and any personal information I provided to IDHR or IDHR obtained in processing my charge. |
| My signature below verifies the accuracy of the information provided herein and my consent and release as indicated above. |
| Print Name _TEREZO MATTAS Clayton_    Signature _____    Date _06/28/2021_ |
| NOTE: If there is certain personal information you would like withheld, please discuss your concern with an Intake supervisor. |

# Exhibit L:
# MISC Items

- Laptop Adapter
- Real Estate Textbook
- Greenbag
- City Colleges of Chicago Online Class Information





MODERN
**REAL ESTATE** PRACTICE
IN **ILLINOIS**


**10**TH
EDITION

Fillmore W. Galaty | Wellington J. Allaway | Robert C. Kyle

**Dearborn**

**Appointment Confirmation for your Social Security number JERICO MATIAS CRUZ**

AMP Customer Service <schedule@goamp.com>

Thu 5/27/2021 6:02 PM

To: Jerico Cruz [          ]@student.ccc.edu>

JERICO MATIAS CRUZ,

You are scheduled to take the following exam(s) on 07/08/2021 at 09:00 AM at the CHICAGO test center:

Your ID# is your Social Security number

Broker State and National Portion Examination; Your confirmation number is SC4546816; The examination time limit is 3.5 hour(s).

The test center address is:

PSI Chicago 332 S. Michigan Avenue, Suite 410
Chicago IL 60604

DIRECTIONS: ***To allow for a timely check-in, arrive 30 minutes prior to your exam start time.*** Take US-41S which becomes I-94E. Take the W Jackson Blvd exit (51F). Turn left on W Jackson Blvd. Turn right on S Michigan Ave.

For a map to this test center, please visit our website at http://schedule.psiexams.com. Choose the required information, then click on 'Locate Testing Center'.

Your payment in the amount of $55 was received on 05/15/2021 for the Broker Examination. If you need any further assistance, please contact: Candidate Support Center (855) 340-3893 *Please note that verification of payment does not indicate exam eligibility.

IDENTIFICATION:
To gain admission to the test center, you must present two forms of identification, one with a current photograph. Both forms of identification must be current and include your current name and signature.
*You MUST bring one of the following: driver's license with photograph; state identification card with photograph; passport; military identification card with photograph. No forms of temporary identification will be accepted.
*The second form of identification must display your name and signature for signature verification (e.g., credit card with signature, social security card with signature, employment/student ID card with signature).
*If your name on these documents is different than it appears on your identification, you must bring proof of your name change (e.g., marriage license, divorce decree or court order). Candidates are prohibited from misrepresenting their identities or falsifying information to obtain admission to the examination. You will be required to sign a roster for verification of identity to gain admission to the examination.

Additional items.

A basic or financial non-programmable calculator. During your testing process, you will be required to provide biometric verification of your identity. Biometric identification may include photography, fingerprint scan, or other. Your testing session is also subject to video surveillance. If you do not agree to these conditions, you will not be able to test and will be excused from the Assessment Center. Your testing fee will NOT be refunded.

- No personal items, valuables, or weapons should be brought to the Test Center. Keys and wallets may be placed in a provided storage locker; PSI is not responsible for items left in the reception area.

Please note: You may be subject to a metal detection scan prior to admission.

- Examinations are proprietary. No cameras, notes, tape recorders, pagers or cellular/smart phones are allowed in the examination room.
- No guests, visitors or family members are allowed in the examination room or reception areas.
- Hats and/or large coats are not allowed in the testing room.

***You will NOT be admitted if you are more than 15 minutes late for your appointment.***

As indicated in the Candidate Handbook, you may only schedule one appointment at a time per examination. All fees are non-refundable and non-transferable. If you need to reschedule your appointment, you may do so ONE time during your testing window at no charge by contacting Candidate Services at (855) 340-3893 by 3:00pm Central Time at least two business days prior to your examination.

Best wishes for success on your examination!

PSI Candidate Services









## Account Details

**Jerico Matias Cruz**

| | |
|---|---|
| ID | 16558621 |
| Email Address | jcruz156@student.ccc.edu |
| Account Created | 06-13-2021 |
| Last Activity Date | N/A |
| # of Courses | 1 |

User Portal

My Courses

User Profile

Account Details

Copyright © CompTIA, Inc. All Rights Reserved

Terms of use   Privacy Statement   Trademarks

     

# Summer ...

**JC** Jerico Cruz

Course Home    Content    Assessments ⌄    Classlist    Student Support ⌄    Help ⌄

**Discussions List** › **View Topic** › Vi     Settings     Help    

 # Week #1: Introduction - Meet Your Classmates

Jerico Cruz posted Jun 3, 2021 7:55 PM • **272** Words ✏  **Subscribed**

My name is Jerico Matias Cruz. I was born in the Philippines and raised in North Side and Far Northwest Side of the City of Chicago. I attended Chicago Public Schools, both middle school and high school. I also attended universities and colleges in the State of Illinois. By trade, I concentrated in economics.

I studied computer programming I and II courses, and a client-side web development course during my undergraduate. I learned the fundamentals of Java, a computer programming language. I also learned how to write a code and to build a website using CSS, HTML, XHTML, and other web development tools. From hereon, I expand and expound my knowledge with computer programming while reading different sources from academia and other available sources in the internet. I do not have a formal education background in computer science, such as professional IT certifications and/or degrees.

On or about May 2013, I registered a startup company named QA Engineering Sales & Services, LLC, also known as QAENGSS (pronunciation: QA-ENG-S-S). QAENGSS had a computer and electronic device repair license with the City of Chicago Small Business Center. QAENGSS dealt mainly with the computer and electronic parts of the machines that our independent contractor field service technician(s) provided services and repairs. QAENGSS is now a defunct startup company. Moreover, I am expecting to learn more about the CompTIA Security+ examination or the fundamentals of cybersecurity. I find this cybersecurity class like a survey or introductory course in cybersecurity with a practical knowledge and an application in real life situations.

For more information about me, please visit my Linkedin and Personal profile:

Linkedin: https://www.linkedin.com/in/jeric0mcruz

Personal: https://jeric0mcruz.wordpress.com



**Reply to Thread**

Filter by:    **All Posts** ⌄    |    **Clear filters**    Show:    Threaded ⌄

**Patricia Koomson**
June 4 at 1:43 AM

Hello Jericho, I really like your IT background .I know we will also learn a lot from your experience as well.I am looking forward to learning great things from you as well.

↞ **Reply**

**Wyvetta Harper**
June 4 at 8:40 AM

Very thorough introduction! I admire your educational persistence and willingness to learn on your own. I hope that you have a great deal of success with your company, because I do think that the future will be in contracting with larger companies as an independent worker. I don't know that for a fact, but you have positioned yourself for the future!

↞ **Reply**

‹    1   / 1   ›

**Reply to Thread**



## Week #2: Explaining Threat Actors and Threat Intelligence

Jerico Cruz posted Jun 8, 2021 6:59 PM  •  **470** Words  ✏️  ⭐ **Subscribed**

Cybersecurity experts consider two types of threats in the system: Threat actors and threat intelligence. Examples of threat actors are script kiddies, hacktivists, organized crimes, nation states/Advanced Persistent Threats (APTs), insiders, and competitors. Script kiddies are performed by unsophisticated and not formally funded individuals who run pre-made scripts without a full knowledge of their actions. Hacktivists are professional hackers who hack for a political agenda, are fairly sophisticated, and have a limited funding. Organized crimes are professional hackers with link to criminal organizations who are very sophisticated, fully funded, and motivated by money. Nation states or APTs are professional hackers who are fully funded by governments, highly sophisticated, and have massive resources. Insiders are organization's previous employees or third-party vendors who have institutional knowledge about the organization, may not be sophisticated, and rely mainly on passwords on a posted note. Competitors are professional hackers who have a direct knowledge of your organization, a high level of sophistication, different motivations and intents. Therefore, "threat actors come from different parts of the world and will gather as much as information about your organization and use it against your organization," as Professor

about your organization and use it against your organization," as Professor Messer says.

Cybersecurity experts identify different sources of threat intelligence. Open-Source Intelligence (OSINT) is the available information in the public domain, such as the internet, government data, and commercial data. Closed/proprietary intelligence is a proprietary information that has been compiled by threat intelligence services. Vulnerability databases are types of databases where researchers find vulnerabilities in the system, such as Common Vulnerabilities and Exposures (CVE) sponsored by United States (U.S.) Department of Homeland Security (DHS) and Cybersecurity and Infrastructure Security Agency (CISA), U.S. National Vulnerability Database (NVD) sponsored by DHS and CISA, etc. Public/private information-sharing centers refer to public threat intelligence, private threat intelligence and Cyber Threat Alliance (CTA) which provide critical security details  in real-time. Automated Indicator Sharing (AIS) refers to standardized intelligence industry, Structured Threat Information eXpression (STIX), and Trusted Automated eXchange of Indicator Information (TAXII). Dark web intelligence refers to dark web, hacking groups and services, and monitor forums for cybersecurity activity. Indicators of compromise (IOC) refers to an event that indicates an intrusion and specific indicators, such as changes to Domain Name System (DNS) data. Predictive analysis refers to big data which identify network behaviors, forecast for potential attacks, combine with machine learning and with less emphasis on signatures. File/code repositories refer to public/private code repositories which can be used by attackers to exploit, such as phishing. As Professor Messer says, "Threats against your system exist and you must know where threat intelligence reports are coming from, such as public and private threat databases...."

References:

Professor Messer. (2021, January 20). Threat intelligence - sy0 -601 CompTia security+: 1.5 [Video]. Youtube. https://www.youtube.com/watch?

security + 1.3 [Video]. Youtube. https://www.youtube.com/watch?
v=ccjIXXZUt8Y

Professor Messer. (2017, November 11). Threat actors - ComptTIA security+
sy0 - 501 1.3 [Video]. Youtube. https://www.youtube.com/watch?
v=5LMDN3Yl8mI

**Reply to Thread**



Filter by:   **All Posts** ⌄   |   **Clear filters**        Show:   | Threaded ⌄ |

**Wyvetta Harper**
June 9 at 6:00 PM

Excellent coverage of threat intelligence. Question to you: Do you
think that a company can get enough information from the public
sources to really handle major cybersecurity attacks? If not, how
should the smaller companies fund these investments? Many
companies, including hospitals, are operating on slim margins already.
Any suggestions?

↰ **Reply**

‹   | 1 |   / 1   ›

**Reply to Thread**

# Exhibit M:
# 17th District Chicago Police Department Bodycam Footages via IL FOIA

CPD Bodycam Footages via IL FOIA

- https://www.youtube.com/watch?v=EU9AronWAIU
- https://www.youtube.com/watch?v=Wv5EXNeU0yA
- https://www.youtube.com/watch?v=qbtxi54XMO0
- https://www.youtube.com/watch?v=Q60Kh8Hp-e4
- https://www.youtube.com/watch?v=4hj7LQELUNU
- https://www.youtube.com/watch?v=h3_XmSr1z6U
- https://www.youtube.com/watch?v=Q8Pi-CFQ-uc
- https://www.youtube.com/watch?v=Q8Pi-CFQ-uc
- https://www.youtube.com/watch?v=Q8Pi-CFQ-uc
- https://www.youtube.com/watch?v=Q8Pi-CFQ-uc



**Lori E. Lightfoot**        **Department of Police · City of Chicago**        **David O. Brown**
Mayor                3510 S. Michigan Avenue · Chicago, Illinois 60653       Superintendent of Police

December 3, 2021

**<u>Via E-Mail</u>**
Jerico Cruz
theconsultantoo0oo@gmail.com

RE:     **NOTICE OF RESPONSE TO FOIA REQUEST**
        **FOIA FILE NO.:        P668529**

Dear Mr. Cruz:

The Chicago Police Department (CPD) is in receipt of your Freedom of Information Act (FOIA) request for the following:

> Under the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq., please furnish a copy of Ofc. Zagozdon and Ofc. Khan's Body-Worn Camera Footages and other 17th District CPD Peace Officers, such as SGT Patrick Eberlin with Star no. 2315, Ofc. Nancy Rivera with Star no. 10180, Ofc. Jean-Pierre Mahe with Star no. 15606, Ofc. Irfan Ibrahimovic with Star no. 13966, and Ofc. Sargon Oshana with Star no. 10878, from Starbucks at 4715 W Foster Ave, Chicago, Illinois 60630 on or about June 13, 2021 at approximately 6:55 PM and 7:45 PM, for the following requestor:

Your request was reviewed by the undersigned. A search of our records was conducted based upon the parameters provided. You are being provided with a copy of all available Body Worn Camera Footage that related to RD# JE264805 as the responsive record to your request.

Please be advised that certain information has been redacted from the enclosed responsive records pursuant to 5 ILCS 140/7(1)(b) and 5 ILCS 140/7(1)(c). Details of the redactions are set forth below:

Section 7(1)(b) exempts from disclosure "[p]rivate information, unless disclosure is required by another provision of this Act, a State or federal law or a court order." 5 ILCS 140/7(1)(b). The FOIA, in 5 ILCS 140/2(c-5), defines "private information" as follows:

"Private information" means unique identifiers, including a person's social security number, driver's license number, employee identification number, biometric identifiers, personal financial information, passwords or other access codes, medical records, home or personal telephone numbers, and personal email addresses. Private information also includes home address and personal license plates, except as otherwise provided by law or when compiled without possibility of attribution to any person."

Therefore, personal addresses, personal telephone numbers and CPD employee numbers/user codes are exempt and were properly redacted pursuant to Section 7(1)(b).

In addition, dates of birth, victim names/relationships, witness names, and other third-party names, for instance, the names of suspects who were never arrested and of persons referenced incidentally in reports, such as relatives or neighbors (see, e.g., Ill.Att'y Gen. PAC Req. Rev. Ltr. 31526, issued November 26, 2014, at 6) as well as their identifying information has been redacted as this information is exempt and protected from disclosure pursuant to 5 ILCS 140/7(1)(c) of FOIA. Section 7(1)(c) exempts from inspection and copying the following:

"[P]ersonal information contained within public records, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy… 'Unwarranted invasion of personal privacy' means the disclosure of information is that highly personal or objectionable to reasonable person and in which the subject's right to privacy outweighs any legitimate public interest in obtaining the information." *Id.*

LEADS print outs have also been withheld pursuant to §7(1)(a) of the Illinois FOIA Statute that exempts from release "information specifically prohibited from disclosure by federal or State law or rules and regulations implementing federal or State law."

All Department "queries" performed via the Illinois Law Enforcement Agencies Data System (LEADS) have been withheld. LEADS is a statewide computerized data network that is designed to provide justice-related information to authorized criminal justice agencies. Per 20 Ill. Adm. Code 1240.80(d), "LEADS data shall not be disseminated to any individual or organization that is not legally authorized to have access to the information." Illinois courts have recently held that this administrative regulation specifically prohibits a public body from "disclosing information regarding inquiries performed by LEADS users" via FOIA and that "the public is not entitled to view or possesses data that is transmitted through, received through or stored in LEADS."

You have the right to a review under 5 ILCS 140-9.5(a) by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General, 500 South 2nd Street, Springfield, Illinois 62706, Phone: (877) 299-3642, Fax: 217-782-1396, E-mail: publicaccess@atg.state.il.us. You may also seek judicial review of a denial under 5 ILCS 140/11 by filing a lawsuit in the State Circuit Court.

Sincerely,

P. Rodriguez
Freedom of Information Act Officer
Chicago Police Department
Office of Legal Affairs, Unit 114
3510 S. Michigan Ave.
Chicago, IL 60653



**Jerico. the consultant <theconsultantoo0oo@gmail.com>**

---

## Non-Commercial Police FOIA Request :: P668529-062021
1 message

---

**Chicago Public Safety** <chicagops@govqa.us>                    Fri, Dec 3, 2021 at 10:16 AM
To: "theconsultantoo0oo@gmail.com" <theconsultantoo0oo@gmail.com>

**Attachments:**
P668259-REDACTIONS-BWC-EBERLIN-11MIN8SSEC.mp4
P668529_Response_Letter.pdf
P668529-REDACTIONS-BWC-IBRAHIMOVIC-11MIN7SEC.mp4
P668529-REDACTIONS-BWC-KHAN-12MIN39SEC.mp4
P668529-REDACTIONS-BWC-KHAN-9MIN14SEC.mp4
P668529-REDACTIONS-BWC-MAHE-10MIN56SEC.mp4
P668529-REDACTIONS-BWC-MAHE-5MIN6SEC.mp4
P668529-REDACTIONS-BWC-OSHANA-11MIN41SEC.mp4
P668529-REDACTIONS-BWC-RIVERA-11MIN39SEC.mp4
P668529-REDACTIONS-BWC-ZAGOZDON-10MIN33SEC.mp4
P668529-REDACTIONS-BWC-ZAGOZDON-11MIN33SEC.mp4
P668529-REDACTIONS-BWC-ZAGOZDON-26MIN12SEC.mp4
P688529-REDACTIONS-BWC-KHAN-29MIN18SEC.mp4

--- ---

Good morning

Attached is the response to your FOIA request.